# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Qualitas Manufacturing Incorporated, d/b/a ) <br> QMI Security Solutions, d/b/a HomeSafe ) <br> Rolling Shutters ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> Darryl Hicks, individually, and Chicagone ) <br> Developers, Inc., d/b/a The Shutter Man, ) <br> d/b/a Home Safe Rolling Shutters ) <br> ) <br> Defendants. ) | FILED: MARCH 24, 2008 <br> 08CV1718         TC <br> JUDGE COAR <br> MAGISTRATE JUDGE DENLOW <br><br> No. _____ <br><br> JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a HomeSafe Rolling Shutters ("QMI"), for its Complaint against Defendants Darryl Hicks, individually, and Chicagone Developers, Inc. d/b/a The Shutter Man, d/b/a Home Safe Rolling Shutters ("Chicagone," together, with Mr. Hicks shall be referred to as the "Defendants") alleges as follows:

### JURISDICTION AND VENUE

1.     This is an action for trademark infringement, unfair competition and false designation of origin under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, as amended, false designation of origin in violation of the Uniform Deceptive Trade Practices Act, 815 ILCS 510/2(2), 510/2(3), 510/2(5) and 510/2(12), unfair competition arising under Illinois common law, and copyright infringement under the Federal Copyright Act, 17 U.S.C. § § 501 et seq.

2.     Original federal question jurisdiction is vested in this Court under Section 39 of the Lanham Act, 15 U.S.C. § 1121, the Federal Copyright Act, 17 U.S.C. § 501 et seq., and

Sections 1338(a) and (b) of the United States Judicial Code, 28 U.S.C. §§ 1331 and 1338(a) and (b). This Court has pendent jurisdiction over all related state law claims pursuant to 28 U.S.C. § 1338(b). This Court further has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. 1367.

3.    This Court has personal jurisdiction of the Defendants because the Defendants conduct business by or through the manufacture, marketing, advertising, promoting, and/or selling of goods in this judicial district, and/or because the acts complained of occurred in this judicial district, and/or the effect of Defendants' conduct has an effect in this judicial district by harming intellectual property owned by a resident of this judicial district.

4.    Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claim occurred in this judicial district and/or under 28 U.S.C. § 1391(c).

## THE PARTIES

5.    Plaintiff QMI is a corporation organized and existing under the laws of the state of Illinois, with its principal place of business at 1661 Glenlake Avenue, Itasca, Illinois 60143. QMI is in the business of manufacturing, selling, and installing a variety of products for the protection of homes and businesses throughout North America and the Caribbean.

6.    Upon information and belief, Defendant Chicagone Developers, Inc., d/b/a The Shutter Man, d/b/a Home Safe Rolling Shutters is a corporation organized and existing under the laws of the state of Illinois, with its principal place of business at 555 East 75th Street, Chicago, Illinois 60619. Upon information and belief, Chicagone is in the business of manufacturing, selling, and installing rolling shutters for the protection of homes and businesses throughout the Chicago metropolitan area.

7.    Upon information and belief, Defendant Darryl Hicks is an individual whose principal place of business is located at 555 East 75th Street, Chicago, Illinois 60619.  Upon information and belief, Mr. Hicks is the President and sole shareholder of Defendant Chicagone.

## FACTS APPLICABLE TO ALL COUNTS

### Plaintiff QMI's Trademark Rights

8.    Since at least December 1994, Plaintiff QMI has continuously used the mark "HOMESAFE," in connection with the manufacture, sale, and installation of its full line of rolling shutters for use in homes and businesses.  QMI's line of HOMESAFE ROLLING SHUTTERS provides its customers with the industry's best rolling shutters for protection against severe weather and burglary.

9.    QMI was founded in 1986.  QMI started as a small family run business and has grown into the largest manufacturer of rolling shutters and related products throughout North America and the Caribbean.

10.    As QMI has grown, it has invested heavily in the development and promotion of its products.  QMI owns the registration of the mark HOMESAFE, among others.  The filing particulars for HOMESAFE include the following:

| Mark | Reg. No. | Reg. Date | Goods Covered |
|------|----------|-----------|---------------|
| HOMESAFE | 1867637 | December 13, 1994 | Rolling Window Shutters |

11.    The HOMESAFE registration was duly and legally issued and is valid and subsisting.  Further, this registration is now incontestable pursuant to 15 U.S.C. § 1065.  A true and accurate copy of this registration is attached as **Exhibit A**.

12.    QMI's federal registration of the HOMESAFE mark is prima facie evidence of QMI's exclusive right to use the mark for rolling shutters.

- 3 -

13.    QMI has spent significant time, energy, and resources on the advertising and promotion of their quality products, including products sold under the HOMESAFE mark.  As a result of the high quality standards and extensive advertising conducted by QMI, the HOMESAFE mark has become extremely well known in the relevant industry and is distinctive of the rolling shutters on which it is used.

14.    As a result of these efforts, QMI has developed substantial and valuable goodwill in connection with its HOMESAFE mark.

**Plaintiff QMI's Copyrights**

15.    In 1996, QMI created a work titled "QMI - Original Brochure," which contains a large amount of material wholly original to QMI and is copyrightable subject matter under the laws of the United States.

16.    QMI has complied in all respects with the Copyright Act and all other laws governing copyright, and has secured exclusive rights and privileges in and to the copyright of said work, and received from the register of Copyrights a certificate of registration, identified and dated as follows: Reg. No. VAu 682-206, June 24, 2005.  A true and accurate copy of Reg. No. VAu 682-206 is attached hereto as **Exhibit B**.

17.    QMI has at all times been and still is the sole owner of all rights, title and interest in and to the copyright in the work titled "QMI – Original Brochure."

18.    In 1996, QMI created a second work titled "QMI is Security," which contains a large amount of material wholly original to QMI and is copyrightable subject matter under the laws of the United States.

19.    QMI has at all times been and still is the sole owner of all rights, title and interest in and to the copyright in the work titled "QMI is Security."

20.     QMI has complied in all respects with the Copyright Act and all other laws governing copyright, and has secured exclusive rights and privileges in and to the copyright of said work, and received from the register of Copyrights a certificate of registration, identified and dated as follows: Reg. No. VA 1-306-271, September 1, 1996.  A true and accurate copy of Reg. No. VA 1-306-271 is attached hereto as **Exhibit C**.

**Defendants' Conduct**

**Mr. Hicks' Former Relationship With QMI**

21.     Defendant Mr. Hicks is a former employee of QMI.  Mr. Hicks worked for QMI from May 1990 to March 1995.

22.     QMI's President and CEO James Miller took a personal interest in Mr. Hicks and Mr. Hicks' family.  Mr. Miller acted as a mentor and friend to Mr. Hicks, teaching Mr. Hicks about the rolling shutter business.

23.     Mr. Miller and QMI also employed Mr. Hicks' brother and aunts, and helped other members of the Hicks family financially in times of need.

24.     In 1995, Mr. Hicks and his uncle St. Claire Gill started a competing rolling shutter business called Secure Rolling Shutter, with the help and support of QMI and Mr. Miller.  Shortly after that, all business relations ceased between QMI and Secure Rolling Shutters and Mr. Hicks, Mr. Gill and Mr. Miller.

25.     On information and belief, in 2000, Mr. Hicks and Mr. Gill disbanded and discontinued joint operations of Secure Rolling Shutters.

26.     In 2000, Mr. Gill began operations as Southside Security Shutters.  Mr. Gill and Mr. Miller re-established business relationships.

27.     In 2000, QMI and Southside Security Shutters had a tacit understanding whereby Southside Security Shutters was permitted to use certain intellectual property owned by QMI,

including the HOMESAFE in its business name.  Southside Security Shutters then changed its name to "Southside HomeSafe."

### Defendants' Use of QMI's Intellectual Property

28.    Without authorization from QMI, Defendants are using QMI's HOMESAFE mark, the QMI Original Brochure, and the QMI is Security brochure  in connection with their marketing, advertising, promoting, and/or sale of rolling shutters.

29.    On or about September 11, 2006, Mr. Miller visited Defendants' website chicagone.com, and discovered Defendants' displaying portions of QMI's federally copyrighted advertising brochures.  Upon information and belief, Mr. Hicks is the Registrant of the domain name chicagone.com.

30.    Mr. Miller printed out pages of Defendants website containing portions of QMI's copyrighted advertising brochures.  True and correct copies of excerpts from Defendants' website containing unauthorized use of QMI's intellectual property are attached hereto as **Exhibit D.**

31.    Defendants have caused their telephone number and address to be listed under QMI's d/b/a "Home Safe Rolling Shutters" in print and internet telephone directories.  True and correct copies of print and internet telephone directories listing  Defendants' telephone number and address under the HOMESAFE mark and attached hereto as **Exhibit E.**

32.    QMI has made repeated attempts to obtain the Defendants' voluntary cessation of their use of QMI's intellectual property, including QMI's trademark HOMESAFE and its copyrighted material:

      a.    On or about September 11, 2006, Mr. Miller contacted Mr. Hicks via email and demanded that Defendants' immediately remove QMI's intellectual property from Defendants' website;

- 6 -

    b.  Mr. Hicks did not deny that Defendants' website contained QMI's intellectual property. Throughout a series of emails between Mr. Hicks and Mr. Miller, Mr. Hicks promised to remove all QMI intellectual property from Defendants' website (a copy of the emails exchanged between Mr. Miller and Mr. Hicks is attached hereto as **Exhibit F**); and

    c.  As of the date of this filing, Defendants' continue to use QMI's HOMESAFE mark, the QMI Original Brochure, and the QMI is Security brochure without QMI's consent.

33.    Upon information and belief, Defendants have no federal trademark applications or registrations for the mark HOMESAFE, or any other marks.

34.    Defendants' use of the name Home Safe Rolling Shutters is nearly identical, and confusingly similar to QMI's HOMESAFE mark.

35.    Upon information and belief, Defendants adopted the name Home Safe Rolling Shutters for the purpose of trading upon the goodwill symbolized by QMI's federally registered HOMESAFE trademark.

## COUNT I

### Federal Trademark Infringement
### (15 U.S.C. § 1114)

36.    QMI re-alleges paragraphs 1-35 as if fully set forth herein.

37.    QMI's HOMESAFE mark is a valid and protectable mark.

38.    Defendants' use of QMI's HOMESAFE mark is likely to cause confusion, mistake or deception among consumers as to the origin of Defendants' products sold under that mark, or to cause consumers to mistakenly believe that there is a connection, affiliation or sponsorship between Defendants' products, and QMI's HOMESAFE mark and products. Defendants' use of

QMI's HOMESAFE mark constitutes trademark infringement of QMI's registered HOMESAFE trademark in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

39.    By virtue of Defendants' acts, QMI has suffered and will continue to suffer irreparable harm unless Defendants is restrained by this Court; wherefore QMI is without an adequate remedy at law.

## COUNT II

### Federal Unfair Competition and False Designation of Origin
### (15 U.S.C. § 1125(a))

40.    QMI re-alleges paragraphs 1-39 as if fully set forth herein.

41.    Since February 1993, and long prior to Defendants' use of QMI's HOMESAFE mark, QMI has manufactured, marketed, and sold rolling shutters under its mark HOMESAFE.

42.    Defendants' aforementioned conduct is likely to cause confusion, mistake or deception among consumers as to the origin of Defendants' products sold under QMI's HOMESAFE mark.

43.    Defendants' aforementioned conduct is likely to cause consumers to mistakenly believe that there is a connection, affiliation or association between Defendants and their products, and QMI and its products or that Defendants' products were sponsored or approved by QMI.

44.    By virtue of Defendants' acts, QMI has suffered and will continue to suffer irreparable harm, unless Defendants is restrained by this Court; wherefore, QMI is without adequate remedy at law.

## COUNT III

### False Designation Of Origin Under
### The Uniform Deceptive Trade Practices Act
### (815 ILCS 510/2(2), 510/2(3), 510/2(5) and 510/2(12))

45.     QMI re-alleges paragraphs 1-44 as if fully set forth herein.

46.     Defendants' aforementioned acts, which are likely to cause confusion, mistake or deception of consumers as to the origin of Defendants' products or as to an affiliation, connection, sponsorship or association between Defendants and QMI, constitutes unethical and unfair method of competition in violation of the Uniform Deceptive Trade Practices Act, 815 ILCS 510/2(2), 510/2(3), 510/2(5) and 510/2(12).

47.     Defendants have willfully engaged in deceptive trade practices and Defendants' conduct constitutes an unfair method of competition.

48.     As a direct and proximate result of Defendants' willful, wanton and reckless engagement in deceptive trade practices, QMI has been damaged, and Defendants have been unjustly enriched, in an amount to be proved at trial for which damages and/or restitution and disgorgement are appropriate.  QMI is additionally entitled to punitive damages.  As a direct and proximate result of Defendants' conduct, QMI is further entitled to recover all proceeds and other compensation received or to be received by Defendants arising from Defendants' deceptive trade practices.

49.     By virtue of Defendants' acts, QMI has suffered and will continue to suffer irreparable harm, unless Defendants are restrained by this Court; wherefore, QMI is without an adequate remedy at law.

## COUNT IV

### Common Law Unfair Competition

50.     QMI re-alleges paragraphs 1-49 as if fully set forth herein.

51.    Defendants' acts, practices, and conduct, as alleged herein, constitute common law trademark infringement and unfair competition under the laws of the State of Illinois, in that Defendants have caused and continues to cause a likelihood of confusion, mistake, or misunderstanding as to the source or origin of Defendants' products and services.

52.    As a direct and proximate result of Defendants' infringement, QMI has been and is likely to be substantially injured in its business, including its goodwill and reputation, resulting in lost revenues and profits and diminished goodwill.

53.    QMI has no adequate remedy at law because the HOMESAFE mark is unique and represents to the public QMI's identity, reputation, and goodwill, such that damages alone cannot fully compensate QMI for Defendants' misconduct.

54.    By virtue of Defendants' acts, QMI has suffered and will continue to suffer irreparable harm, unless Defendants are restrained by this Court; wherefore, QMI is without an adequate remedy at law.

## COUNT V

### Infringement Of U.S. Copyright Reg. No. VAu 682-206

55.    QMI re-alleges paragraphs 1-54 as if fully set forth herein.

56.    With the full knowledge of QMI's rights, Defendants' have willfully infringed QMI's copyrights by reproducing, preparing derivative works, distributing, publishing, advertising, publicly displaying, works that contain the QMI – Original Brochure, or substantial material copied from QMI's copyrighted work .

57.    On information and belief, Defendants have committed these acts of infringement within this district, by distributing and publicly displaying the infringing copies herein.

58.    QMI has been damaged by Defendants' infringing acts, and these acts are continuing to damage AMI in such a manner that QMI has no adequate remedy at law.

## COUNT VI

### Infringement Of U.S. Copyright Reg. No. VA 1-306-271

59.    QMI re-alleges paragraphs 1-58 as if fully set forth herein.

60.    With the full knowledge of QMI's rights, Defendants' have willfully infringed QMI's copyrights by reproducing, preparing derivative works, distributing, publishing, advertising, publicly displaying, works that contain the QMI is Security brochure, or substantial material copied from QMI's copyrighted work .

61.    On information and belief, Defendants have committed these acts of infringement within this district, by distributing and publicly displaying the infringing copies herein.

62.    QMI has been damaged by Defendants' infringing acts, and these acts are continuing to damage AMI in such a manner that QMI has no adequate remedy at law.

### <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff QMI Security Solutions, d/b/a HomeSafe Rolling Shutters respectfully prays that this Court:

63.    Issue a preliminary and permanent injunction restraining, enjoining, and prohibiting Defendants, their agents, servants, employees, officers, successors and assigns, attorneys, and all persons, firms, and corporations acting in concert or participation with Defendants or on Defendants' behalf, from:

a.    Using QMI's HOMESAFE mark, or any other name, word or mark likely to cause confusion with QMI's HOMESAFE mark;

b.  Doing any other act likely to confuse, mislead or deceive others into believing Defendants or their products are affiliated with, emanate from, are connected with, sponsored by or approved by QMI; and

c.  Infringing Copyright Registration Nos. VAu 682-206 and VA 1-306-271 in any manner;

64.    Award QMI an equitable accounting of Defendants' profits and award damages in an amount yet to be determined but equal to treble the greater of Defendants' profits, QMI's actual damages or statutory damages, plus pre-judgment and post-judgment interest, costs and attorneys' fees associated with this action, pursuant to QMI's claims for trademark infringement and unfair competition under the Lanham Act, 15 U.S.C. § 1117; under the Uniform Deceptive Trade Practices Act, 815 ILCS 510/2(2), 510/2(3), 510/2(5) and 510/2(12); under Illinois' common law of unfair competition; and for copyright infringement under the Federal Copyright Act, 17 U.S.C. § 504;

65.    Require Defendants, in accordance with Section 36(a) of the Lanham Act, 15 U.S.C. § 1118, to deliver up to QMI for destruction all labels, signs, prints; packages, wrappers, receptacles, and advertisements in Defendants' possession or control bearing the HOMESAFE mark;

66.    Require Defendants, in accordance with Section 34(a) of the Lanham Act, 15 U.S.C. § 1116(a), to file with the Court and serve upon QMI, a report in writing, under oath, setting forth in detail the manner and form in which Defendants has complied with the terms of any injunction entered by this Court;

67.    Require Defendants, in accordance with the Federal Copyright Act, 17 U.S.C. § 503, to recall and impound all works that have been made or used in violation of QMI's exclusive rights and all molds or other articles by which such works may be reproduced;

68.    Award QMI its attorneys' fees under the Lanham Act, 15 U.S.C. § 1117(b), the Uniform Deceptive Trade Practices Act, 815 ILCS 510/3; and the Federal Copyright Act, 17 U.S.C. § 505; and

69.    Grant QMI such other and further relief as this Court deems to be reasonable, just, and equitable.

## JURY DEMAND

Plaintiff Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a HomeSafe Rolling Shutters, demands a trial by jury on all matters and issues triable by jury.

Respectfully submitted,

**Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a HomeSafe Rolling Shutters**

By:    ___/s/ Douglas A. Henning_____
             One of Its Attorneys

*Attorneys for Plaintiff,* Qualitas Manufacturing Incorporated
Anthony Nimmo/6195174
Douglas A. Henning/6289724
ICE MILLER LLP
200 W. Madison Street
Suite 3500
(312) 726-1567

C/62440.6

```
08CV1718           TC
JUDGE COAR
MAGISTRATE JUDGE DENLOW
```

# EXHIBIT A

Int. Cl.: 19

Prior U.S. Cl.: 12

Reg. No. 1,867,637

## United States Patent and Trademark Office

Registered Dec. 13, 1994

### TRADEMARK
#### PRINCIPAL REGISTER

## HOME SAFE

QUALITAS MANUFACTURING, INC. (ILLI-
NOIS CORPORATION)
551 NORTH GRANVILLE AVENUE
HILLSIDE, IL 60162

    FOR: ROLLING WINDOW SHUTTERS, IN
CLASS 19 (U.S. CL. 12).
    FIRST USE 2-16-1993; IN COMMERCE
2-16-1993.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SAFE", APART FROM THE
MARK AS SHOWN.

    SN 74-318,640, FILED 9-29-1992.

SAMUEL E. SHARPER JR., EXAMINING AT-
TORNEY

08CV1718          TC
JUDGE COAR
MAGISTRATE JUDGE DENLOW

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 682-206**

EFFECTIVE DATE OF REGISTRATION

6    24    05
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

QMI - Original Brochure

**NATURE OF THIS WORK ▼** See instructions

Brochure

Previous or Alternative Titles ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**   **NAME OF AUTHOR ▼**

Qualitas Manufacturing Incorporated

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☑ Technical drawing
☐ 2-Dimensional artwork   ☑ Photograph   ☑ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**   **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**a**   Year in Which Creation of This Work Was Completed
1996
Year   in all cases.
This information must be given

**b**   Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____ Nation _____

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Qualitas Manufacturing Incorporated
1061 Glenlake Avenue
Itasca, FL 60143

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 24 2005
ONE DEPOSIT RECEIVED
JUN 24 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY   *DN* | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE   Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                         Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

QMI Security Solutions.
1661 Glenlake Avenue
Itasca, IL 60143
Area code and daytime telephone number   (800) 446-2500        Fax number   630 980 - 6364
Email   gfuller@qminga.com

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   *Qualitas Manufacturing Inc.*
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Gary A. Fuller II                                    Date   6-22-2005
Handwritten signature (X) ▼
X

**Certificate will be mailed in window envelope to this address:**

| Name ▼   QMI Security Solutions |
| Number/Street/Apt ▼   1661 Glenlake Avenue |
| City/State/ZIP ▼   Itasca, IL 60143 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

**\*17 U.S.C. § 506(e):** Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

08667/QMI
BuyLine 6925

**StoreSafe** Rolling Shutters





**QMI** Is Security...

Roll Shutter Supply

Exclusive Distributor of **AULUX**

---

# QMI  The Answer in Storm Protection

StormSafe



**New Patent Pending Hurricane Shutters**

Available in 1997

## StormSafe

- Homes ■ Balconies
- Businesses
- Coastal Properties
- Governmental Properties

StormSafe Rolling Shutters are designed for ultimate hurricane protection. New patent pending designs protect widest openings at higher wind speeds. Complete engineering available for approval of the strictest codes.

StormSafe Rolling Shutters protect your home, balconies, condos, businesses and governmental buildings. QMI StormSafe Rolling Shutters are engineered to withstand hurricane forces up to 175 mph.

---

## Written Specifications

**Architect Notes:**
1) Please fill in the _____ with the appropriate information from the technical information page.
2) The bracketed items [ ] may be selected and included into the specification if desired.
3) The specification 1, specification 2, etc.) noted criteria are to be selected as desired. Select the correct specification and insert into your specification.
4) Contact us and we will gladly help you write your specifications or answer any questions you may have.

### Specifications

Roll shutters shall be built in accordance with QMI's suggestions or shown in either current catalog and shown on page _____ of the architect's drawing.

**Curtains**
(Select either PVC, ALUMINUM, or STEEL)

**PVC**
This curtain shall be made from high impact and stress resistant (extruded) specified at QMI slat # _____ (Galvanium). Aluminum end locks are to be inserted into every 3rd slat for added rigidity.] The curtain color shall be (White, Cream, Beige, Gray).

**Aluminum—Roll Formed**
The curtains shall be made from (roll-formed) rolled formed aluminum, with a (bakelite/high density) foam core specified as QMI slat # _____ (Galvanium). The curtain color shall be (White, Brown, Cream, Beige, Grey, Bronze).

**Aluminum—Extruded**
The curtains shall be made from (extruded aluminum with a baked enamel finish specified at QMI slat # _____. The curtain color shall be (White, Brown, Cream, Beige, Grey, Bronze).

**Steel**
The curtains shall be made from (perforated rolled formed steel with a (foam core specified as QMI slat # _____.) The curtain color shall be (White, Brown, Cream, Beige, Grey, Bronze).

### Housings

The (shutter guide) box housing shall be square and made from (baked and painted extruded aluminum. The end caps shall be cast aluminum. The shutter housing shall be _____ as specified by QMI.] The housing color shall be (White, Brown, Cream, Beige, Grey, Bronze).

### Roller Grilles

This curtains shall be made from QMI extruded aluminum # _____. The curtain color shall be (Clear Anodized, Antique, Dark Bronze, Black, and custom colors.)

### Tracks

The shutter tracks are to be and etched with baked enamel finish and made from extruded 6063-T5 aluminum. They shall be fitted with insulating woven polypropylene runners.] The track color shall be (White, Brown, Cream, Beige, Grey, Bronze).

---

[Storm Bars]
The storm bars are to be acid etched with baked enamel finish and made from extruded 6063-T6 aluminum. They shall be lined with insulating woven polypropylene runners. The storm bar color shall be (White, Brown, Cream, Beige, Grey).

**Controls**
(Select Manual Strap, Pole Crank, or Motor Operator)

**Manual Strap Operator**
The control shall be a (woven strap, 3-1 strap crank) and located as indicated on the drawing.

**Pole Crank Operator**
The pole crank operators shall be fully encoded with self lubricating hardened steel gears. The crank handle shall be (White, Brown, Cream, Beige, Grey).

**Motor Operator**
The motor shall be 120V, 60Hz, asynchronous, single phase, tubular, with solenoid activated braking and thermal protection. [It shall be the manual override here with a (fixed, removable) crank lever.] Standard overrides are single point, double throw, rocker type unless otherwise specified and located as indicated on the drawing. All electrical components are U.L. recognized.

**Installation**
The shutters shall be _____ (# of) guides and shall be (surface, flush-mounted) [There shall be (# of) storm bars installed for added protection.]

Installation shall be performed in accordance with acceptable mechanical and electrical standards and shall meet all national and local code requirements. Fasteners are to be stainless steel.

---

**Please contact QMI for our**
- Home/StoreSafe brochure which highlights residential applications
- StoreSafe brochure which highlights store applications
- Color/profile brochure which highlights profile/color options
- Architectural brochure for our fully interactive CD ROM highlighting all of the features

**NEW QMI CD ROM**
Ask your QMI representative for our fully interactive CD ROM highlighting all of the features

**Visit Our Web Site**
www.qmirollshutters.com

## Call us at 800 446 2500

Exclusive Distributor of **AULUX**

08667 QMI
BuyLine 6925

CounterSafe Rolling Shutters

CounterSafe²



**QMI** *Is Security...*

HomeSafe Rolling Shutters

HomeSafe®



**QMI** *Is Security...*

Exclusive Distributor of ALULUX



*...That Knows When to **Stay Out of Sight***

***OMI** Is Security...*

08667/OMI
BuyLine 6925

Exclusive Distributor of **ALULUX**

## HomeSafe

■ Windows ■ Patio Doors
■ Porches ■ Storm Protection

HomeSafe Rolling Shutters are the answer for home security, storm protection and weather protection—with good looks. A visual barrier provides protection against break-ins, but is often unsightly. We have invested time and resources to design a rolling shutter that looks great and is a security barrier. HomeSafe Rolling Shutters and storm safe and meet the most stringent codes.

Call and request our expanded HomeSafe brochure or visit our web site for more HomeSafe applications. **www.qmishutters.com**





## QMI and Alulux

Alulux, the largest manufacturer of rolling shutter systems in the world, has selected QMI as their exclusive distributor in the United States. Alulux provides over 35 years of roll shutter experience and offers the largest selection and the highest quality of rolling shutter slats, profiles, housings and components in the world.

Alulux has developed many exclusive designs for their rolling shutters. Their "Garant Safety Class Series" has been officially classified as "burglary impeding rolling shutters." To achieve this classification, the rolling shutter must withstand rigorous break-in attempts by trained testing agents.

QMI is proud to add the German quality of Alulux products to our extensive product line.



The Alulux "Garant" for the Ultimate in Security!

● GARANT SHUTTERS FROM ALULUX ●
● BURGLARY IMPENDING ROLLER SHUTTERS ●
VdS

Exclusive Distributor of ALULUX.

---

## StoreSafe

■ Commercial Buildings ■
■ Retail Establishments ■
■ Kiosks ■ Medical Centers ■
■ Clinics ■ Schools ■

StoreSafe Rolling Shutters and Grilles are designed to give the utmost in security and unmatched aesthetics. They are today's answer to the big industrial rolling steel doors of yesterday. Neat, clean rolling shutters are manufactured to withstand abuse and daily use. Optional painted steel curtains are available for optimum security.

StoreSafe Rolling Shutters can be operated from the inside if there is a secondary access available. They can also be electrically operated with an exterior mounted key switch. A manual override is available in case of power outages or emergencies. An optional keyed steel bolt is available to securely lock the base slat. Call and request our expanded StoreSafe brochure or visit us at our web site for more StoreSafe applications. **www.qmishutters.com**

**When visibility is as important as security, QMI rolling grilles are the perfect answer.**





## CounterSafe

■ Pharmacies ■ Fast Food ■
■ Counters ■

CounterSafe Rolling Shutters are perfect for counter applications where a quick and easily operated security barrier is required. They can be designed to be installed on the interior of the application to give a sleek look when closed. The base slat can be securely locked with a slide bolt or a key to give maximum protection.

CounterSafe Rolling Shutters are perfect for pharmacies where new state regulations are requiring more security. They are also perfect for kiosks and pass-through applications.

Call and request our expanded CounterSafe brochure or visit our web site for more CounterSafe applications. **www.qmishutters.com**



QMI The Answer in Security

# QMI  The Answer in Exclusive Features

## Working With QMI Is Simple

### Front View



### Side View

### Top View

### Details

Control Location

### Rail Details

**QMI** Roll Shutter Supply
800-446-2500
FAX 305-362-5511

### "Garrett" Features

- Security end locks.
- Double-walled extruded hollow slat.
- Weather resistant plastic insert in the chamber area for soundproofing.
- Extruded aluminum safety guides will fit snug.
- Tamper proof extruded security anchors in the bottom slat.
- Security anchors in the bottom slat.
- Steel insert in the bottom slat.

### Anti-Push-Up Lock



## From Your First Call...

### QMI Makes Rolling Shutters Easy

Trained QMI sales representatives make it easy to select the right rolling shutter or grille for your application. We make rolling shutters easy. Our knowledgeable representatives walk you through the step-by-step selection process for designing the correct rolling shutter or grille.

QMI faxes you a written quotation which includes alternate controls and slat types so you can quickly compare the cost alternatives of the many choices available to you.

QMI also faxes you drawings of your selections which include all dimensions, side rail installation details, control details and locations. This quickly assures you that there are no surprises.

QMI's written quotation and drawings are great additions to your client presentations.

### QMI gives quotes in hours not in days.

### Choice of Controls

**Manual Strap**
Standard control for smaller shutters. Controls up to 25 lbs.



**3:1 Strap Crank**
3:1 Crank rates from small to medium size shutters. An economical way to control a medium size shutter. Controls up to 45 lbs.

**Pole Crank**
Gears down with pole operator for medium size shutters. Optional removable pole operator available. Controls up to 90 lbs.



**Motor Operated**
Electric motor for all shutter sizes. Optional manual override, and advanced electrical control systems are available. Shown 1.5 to 3.5 amps depending on size.

- Key Switches.
- Remote Controls.
- Timers.
- Sun and Wind Sensors.

Visit QMI's Web Site at www.qmishutters.com

---

### PVC (Poly Vinyl Chloride)











PV1    PV2    PV3    PV4

### Aluminum Roll Formed




AL2    AL3    AL3-E

### Extruded Aluminum



AL2-E    AL3-E

### Steel Roll Formed

ST2    ST3

### Alulux Roller Grille Sections





CD 800    CD 802    CD 88
CD 78    CD 900A    CD 900B

QMI has a selection of over 100 different curtain profiles to fit any requirement you might have. They are in stock for immediate delivery. The following is a brief survey of curtain profiles for your home.

**PVC (Poly Vinyl Chloride)**
PVC profiles provide excellent protection against cold, heat and noise. They create a good visual barrier for security. Excellent scratch resistance.

Construction: Extruded double-walled PVC.
Options: Galvanized steel rebar for added strength.
Colors: White, Ivory, Beige and Grey.

**Aluminum Roll Formed**
Roll Formed Aluminum profiles provide good insulation against cold, heat and noise. They are excellent as a security barrier and provide good storm protection.

Construction: Aluminum roll formed with CFC free foam insulation.
Options: Both standard and high density foam insulations are available.
Colors: White, Brown, Ivory, Beige and Grey.

**Extruded Aluminum**
Extruded Aluminum profiles provide the highest level of security and hurricane protection.

Construction: Extruded double walled aluminum.
Colors: White, Brown, Ivory, Beige and Bronze.

**Steel Roll Formed**
Roll Formed Steel provides the added strength of steel with the added look of our other profiles. Our profiles are sprayed with special paint which resist rust, making them perfect for most environments.

Construction: Steel roll formed with CFC free foam insulation.
Colors: White and Brown.

**CD 800 and CD 802**
CD 800 series is perfect for security applications where visibility is desired. CD 800 series is 2 ¹⁄₄" tall by ¹⁄₄" deep. Each punched opening is 3 ¹⁄₂"x1 ¹⁄₄". PVC inserts are included for noise reduction. Polycarbonate inserts and steel inserts are available for added security. CD 800 is the same except without punched openings.

**CD 78 and CD 88**
CD 78 and 88 series is designed for the highest level of security when visibility is still required. CD 78 is 3 ¹⁄₄" tall by ¹⁄₄" deep. CD 88 is 4" tall by 1" wide. Each punched opening is 3 ¹⁄₂"x1 ¹⁄₄". PVC inserts are included for noise reduction. Polycarbonate inserts and steel inserts are available for added security.

**CD 900A and CD 900B**
CD 900 series is designed for those applications that require a standard grille. CD 900 series is 3 ¹⁄₂" tall by ¹⁄₄" deep. CD 900A has a mesh spacing of 4" and the CD 900B has a mesh spacing of 2".

Colors: Clear Anodized, Light Bronze, Medium Bronze, Dark Bronze and Black.

Exclusive Distributor of ALULUX

# QMI — The Answer in Technical Support

## Various Track Mounting Techniques

### Side Tracks



**Not Drilled:** Select "Not Drilled" when drilling needs to be done in the field due to unique applications.

**Recess Mount:** Typical track attachment when installing in a very narrow wall. Care needs to be taken to provide exact dimensions. Site requirement drawings mount factory when possible.

**Angle Mount:** Most desirable mounting technique when installing between walls or between jambs. The angles act as hem spacers for moderate runs and not square. Side mount less than the wall thickness between walls or jambs.

**Surface Mount:** Most common mounting technique for side track fits outside the wall opening.

*Note: More Side Track Details Are Available*

## Various Shutter Mounting Techniques

### Surface Mount

### Recess Mount

### Soffit Mount

**Dimension Codes**
A—Rough Opening
B—Bottom of the Base Slat
C—Bottom of the Box
D—Top of the Box

**Computer Design Assistance**
QMI offers all its customers to review your preliminary architectural plans and to provide design assistance upon request.

### Track Chart

| Curtain Type | Profile (Slat) Height | Lbs. per lf w/rev. box | Track System | 5.5" | 6" | 7" | 8" | 9" | 10" | 12" | 14" | 16" | Max. Width | Max. Square Feet |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PVC** | | | | | | | | | | | | | | |
| PV1 | 1.45" | 60 | A | 45" | 58" | 103" | 177" | 300" | N/A | N/A | N/A | N/A | 78" | 30 |
| PV2 | 1.50" | 65 | A,B | 35" | 43" | 77" | 116" | 137" | 177" | N/A | N/A | N/A | 120" | 40 |
| PV3 | 2.06" | 75 | B | 38" | N/A | 38" | 62" | 80" | 170" | 124" | N/A | N/A | 144" | 60 |
| PV4 | 1.91" | 95 | B | N/A | N/A | N/A | 56" | 56" | 95" | N/A | 64" | N/A | 198" | 80 |
| **Aluminum Roll Formed—Standard Density Foam** | | | | | | | | | | | | | | |
| AL2 | 1.57" | 86 | A | 34" | 42" | 76" | 108" | 177" | 177" | N/A | N/A | N/A | 180" | 81 |
| AL3 | 2" | 1 | B,C | 34" | 48" | 68" | 68" | 108" | 124 | 175" | N/A | N/A | 180" | 165 |
| AL4 | 2.37" | 95 | N/A | N/A | 60" | 600" | 64" | 84" | 144 | 230" | N/A | N/A | 180" | 99 |
| **Aluminum Roll Formed—High Density Foam** | | | | | | | | | | | | | | |
| AL2-H | 1.57" | | A | 34" | 42" | 76" | 108" | 177" | 177" | N/A | N/A | N/A | 180" | 81 |
| AL3-H | 2" | 1.9 | B,C | N/A | N/A | N/A | 68" | 108" | 124" | 175" | N/A | N/A | 180" | 175 |
| **Extruded Aluminum** | | | | | | | | | | | | | | |
| A4.2-E | 1.97" | 1.5 | N/A | N/A | 42" | 42" | 76" | 100" | 177" | 177" | N/A | N/A | 200" | 156 |
| A3.1-E | 3" | 1.6 | B,C | N/A | N/A | 48" | 48" | 68" | 124" | 175" | N/A | N/A | 200" | 175 |
| A5.1-E | 3.935" | 3 | N/A | N/A | 70" | 100" | 100" | 60" | 144" | N/A | N/A | N/A | 200" | 175 |
| **Steel Roll Formed—Standard Density Foam** | | | | | | | | | | | | | | |
| ST2 | 1.57" | 7 | A | 34" | 42" | 76" | 108" | 177" | 177" | N/A | N/A | N/A | 190 | 99 |
| ST3 | 2" | 7 | N/A | N/A | 45" | 68" | 68" | 124" | 175" | N/A | N/A | N/A | 190 | 128 |
| **Grilles** | | | | | | | | | | | | | | |
| GD 550 | 2.5" | 2.1 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 200" | 162" |
| GD 62 | 2.5" | 2.1 | N/A | N/A | N/A | N/A | 38" | 350" | N/A | N/A | N/A | N/A | 200" | 162" |
| GD 78 | 3.78" | 1.9 | N/A | N/A | N/A | N/A | 96" | 125" | 225" | N/A | N/A | N/A | 200" | 275" |
| GD 80A | 4" | 2.2 | N/A | N/A | N/A | N/A | 68" | 68" | 135" | N/A | N/A | N/A | 270" | 309" |
| GD 9008 | 3.875" | 1.45 | N/A | N/A | N/A | N/A | 68" | 68" | 280" | N/A | N/A | N/A | 180" | 108" |

Note: Wind load testing and local zoning approvals available upon request.

## Standard Control Details

### Strap Controls
**Counter Style** — **Through Wall Style**



### Crank Controls
**Counter Style** — **Through Wall Style**



### Electric Motors
**Standard Motor** — **Motor With Manual Override**



*Note: More Control Details Are Available*

## Sample Combination of Side Tracks Showing Storm Bars

### Recess Mounted Track
### Surface Mounted Track
### Storm Bars
### Sill Detail







Exclusive Distributor of ALULUX®

```
Type of Work:        Visual Material

Registration Number / Date:
                     VAu000682206 / 2005-06-24

Title:               QMI, original brochure.

Copyright Claimant:
                     Qualitas Manufacturing, Inc.

Date of Creation:    1996

Copyright Note:      Cataloged from appl. only.

Names:               Qualitas Manufacturing, Inc.

===============================================================================
```

08CV1718          TC
JUDGE COAR
MAGISTRATE JUDGE DENLOW

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–306–271**

EFFECTIVE DATE OF REGISTRATION

3-14-05
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼          NATURE OF THIS WORK ▼ See Instructions

QMI Is Security          BROCHURE

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical  serial  or collection  give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼     Number ▼          Issue Date ▼          On Pages ▼

**2**

NAME OF AUTHOR ▼          DATES OF BIRTH AND DEATH
                          Year Born ▼     Year Died ▼

**a** Qualitas Manufacturing Incorporated

**NOTE**

Under the law the author of a  work made for hire is generally the employer not the employee (see instructions)  For any part of this work that was made for hire check  Yes  in the space provided  give the employer (or other person for whom the work was prepared) as  Author  of that part  and leave the space for dates of birth and death blank

Was this contribution to the work a  work made for hire ?
☒ Yes
☐ No

Author s Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in U.S.A

Was This Author s Contribution to the Work
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is  Yes  see detailed instructions

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture       ☐ Map          ☒ Technical drawing
☐ 2 Dimensional artwork         ☒ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design  ☐ Architectural work

**b** Name of Author ▼          Dates of Birth and Death
                          Year Born ▼     Year Died ▼

Was this contribution to the work a  work made for hire ?
☐ Yes
☐ No

Author s Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author s Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is  Yes  see detailed instructions

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture       ☐ Map          ☐ Technical drawing
☐ 2 Dimensional artwork         ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design  ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
1996
This information must be given ONLY if this work has been published

**b** Date and Nation of First Publication of This Particular Work
Complete this information
Month Sept  Day 1  Year 1996
U.S.A
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Qualitas Manufacturing Incorporated
1661 Glenlake Avenue
Itasca  IL  60143

Transfer  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 14 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 14 2005
FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions          Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

*Amended by the C O Authority per telephone conversation with Gary Fuller on 6/13/2005

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes, give: **Previous Registration Number** ▼   **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**6**
See instructions before completing this space

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼         Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

QMI Security Solutions
1661 Glenlake Avenue
Itasca, IL 60143

b

Area code and daytime telephone number (800) 446-2500    Fax number (630) 980-6364

Email gfuller @ qmiusa.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Qualitas Manufacturing Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Gary A Fuller II        Date 3-18-2005

Handwritten signature (X) ▼

x _Gary A Fuller_

| Certificate will be mailed in window envelope to this address | Name ▼ QMI Security Solutions | **9** |
| | Number/Street/Apt ▼ 1661 Glenlake Avenue | |
| | City/State/ZIP ▼ Itasca, IL 60143 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000    Web Rev: June 2002    ● Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60 029

# HOMESafe®

# COUNTERSafe®

# STORESafe®

**Your One-Stop Source for Rolling Shutters**

**OMI Roll Shutter Supply**

---

## Specifications

### ARCHITECT NOTES:
1) Please fill in the _____ with the appropriate information from the technical information page.

2) The bracketed items ( ) may be selected and included into the specification if desired.

3) The (specification), specification 2, etc.) noted criteria are to be selected as desired. Select the correct specification and insert into your specification.

4) Contact us and we will gladly help you write your specification or answer any questions you may have.

### SPECIFICATIONS
Roll shutters shall be built in accordance with GMI's suggested specifications shown in the current catalog and shown on page _____ of the architect's drawing.

### CURTAINS
(Select either PVC, ALUMINUM, or STEEL)

### PVC
The curtain shall be made from high impact and stress resistant polyvinyl chloride (PVC). The slats shall be (Galvanized, Aluminum) rebars are to be inserted into every 3rd slat for added rigidity. The curtain color shall be (White, Cream, Beige, Grey).

### ALUMINUM
The curtains shall be made from prefinished rolled formed double wall extruded aluminum with a foam core specified as GMI slat # _____. The curtain color shall be (White, Brown, Cream, Beige).

### STEEL
The curtains shall be made from prefinished rolled formed steel with the foam core specified as GMI slat # _____. The curtain color shall be (White, Brown).

### HOUSINGS
The polymer storage box housing shall be square and made from (40) prefinished rolled formed aluminum shown in their extruded aluminum. The end caps shall be cast aluminum. The housing size shall be _____ square as specified by GMI. The housing color shall be (White, Brown, Cream, Beige).

### RAILS
The side tracks are to be acid etched with baked enamel finish and made from extruded aluminum shown in their extruded aluminum with insulating woven polypropylene runners. The track colors shall be (White, Brown, Cream, Beige).

### STORM BARS
The storm bars are to be acid etched with baked enamel finish and made from extruded 6063-T6 aluminum. They shall be lined with insulating woven polypropylene runners. The storm bar colors shall be (White, Brown, Cream, Beige, Grey).

### CONTROLS
(Select Manual Strap, Pole Crank, or Motor Operator)

### MANUAL STRAP OPERATOR
The control shall be a (recoiling strap, 3-1 strap crank) and located as indicated on the drawing.

### POLE CRANK OPERATOR
The pole crank operator shall be fully encased with self lubricating hardened steel gears. The crank handle shall be (fixed, removable) and located as indicated on the drawing.

### MOTOR OPERATOR
The motor shall be 120v, 60hz, asynchronous, single phase, tubular, with solenoid cathodic breaking and thermal protection. (It shall be the manual override with solenoid feed, remov-able) crank handle.) Standard switches are single pole, double throw, rocker type unless otherwise specified and located as indicated on the drawing. All electrical components are U.L. recognized.

### INSTALLATION
The shutters shall be _____ (# of) panels and shall be (surface, flush) mounted. (There shall be _____ of storm bars installed for added protection.)

Installation shall be performed in accordance with acceptable technical and electrical standards and one to meet all national and local code requirements. Fasteners are to be stainless steel.

### COMPUTER DESIGN ASSISTANCE
We offer, at no obligation, to review preliminary architectural building plans and to provide design assistance upon request.

A drawing can be provided in an AutoCAD®, DXF format to be easily imported and scaled in your drawing. A hard copy is also available for manually drawn plans.

Mounting applications and wiring diagrams are available for easy inclusion into your design.

### HURRICANE PROTECTION
GMI Rolling Shutters are engineered to withstand hurricane forces of over 120 mph.

### LOCATION
Located at the transportation hub of the midwest.



**OMI Roll Shutter Supply**

**551 North Granville**
**Hillside, IL 60162**
**708-547-0800**
**Fax 708-547-0827**

All brand or product names are registered trademarks of their respective companies.

Comprehensive Services    Experienced Professionals    Fine Craftsmanship

## HomeSafe®

HomeSafe Rolling Shutters from GMI are custom manufactured to your specifications to give years of virtually maintenance-free use. HomeSafe Rolling Shutters are perfect for homes, townhomes and condominiums where protection is desired from burglary, hurricanes and noise pollution. HomeSafe Rolling Shutters are perfect for standard windows, patio doors, and large window walls. They are becoming more popular every year. They may be custom installed in new construction or retrofit for existing applications. *Call and request our expanded HomeSafe Brochure for more HomeSafe applications.*

- Security
- Storm Protection
- Privacy
- Sun Protection
- Insulation
- Noise Reduction



**HOMESafe**

## CounterSafe®

CounterSafe Rolling Shutters are perfect for applications where a quick and easily operated security barrier is required. They can be designed to recess into the interior of the application to give a sleek look when closed. The base slat can be securely locked with a slide bolt or a key to give maximum protection.

CounterSafe Rolling Shutters are perfect for pharmacies where new store regulations are requiring more security. They are also perfect for kiosks and pass-through applications.

**CounterSafe Rolling Shutters are designed to be installed in minutes with simple hand tools.**

*Call and request our expanded CounterSafe Brochure for more CounterSafe applications.*

**COUNTERSafe**

## StoreSafe®

StoreSafe Rolling Shutters are today's answer to the big industrial rolling steel doors of yesterday. Most rolling shutters are manufactured to withstand abuse and daily use. Optional painted steel curtains are available for optimum security.

StoreSafe Rolling Shutters can be operated from the inside if there is a secondary access available. StoreSafe Rolling Shutters can also be electrically operated with an exterior mounted key switch. A manual override is available in case of power outages or emergencies. An optional keyed dead bolt is available to securely lock the base slat. *Call and request our expanded StoreSafe Brochure for more StoreSafe applications.*

**STORESafe**

---

## Technical Data

### Types of Curtains

| Type of curtains | Lbs per ft² | Lbs set ft² wt repair | System | 5.5" | \[Max. Rail Height for inside box sizes\] | | | | Max Width | Max Square Ft |
|---|---|---|---|---|---|---|---|---|---|---|
| PV1 | .60 | 1.1 | MINI | 45" | 58" | 103" | 125" | 200" | 78" | 30" |
| PV2 | .65 | .85 | MINI | 35" | 42" | 77" | 116" | 187" | 120" | 40" |
| PV3 | .75 | 1.1 | MAXI | 38 | 55" | 87" | 157" | 144" | 65" | |
| PV4 | .95 | 1.2 | MAXI | NA | 38" | 56" | 95" | 168" | 85" | |
| AL2 | .70 | NA | MINI | 34" | 76" | 108" | 180" | 81" | | |
| AL3 | .80 | NA | MAXI | NA | 48" | 68" | 124" | 180" | 105" | |
| ST3 | 2.00 | NA | MAXI | NA | 48" | 68" | 124" | 180" | 105" | |

**PVC Curtains** — PV 1, PV 1 REEF, PV 2, PV 3, PV 4
**Aluminum & Steel Curtains** — AL 2, AL3 & ST3

*Base slot of the curtain will reduce the actual rough opening by 2.5"

Box Size — Rail Height

*Wind load testing and local zoning approvals available upon request*

### Types of Controls



1. **Strap Control**
   Standard control for smaller shutters. Controls up to 26 lbs.
2. **3:1 Strap Crank**
   3:1 Gear ratio mechanism for small to medium size shutters. An economical way to control a medium size shutters. Controls up to 42-45 lbs.
3. **Pole Crank**
   Standard system with pole operator for medium size shutters. Optional removable pole operator available. Controls up to 80 lbs.
4. **Electric Motor**
   Electric motor for all shutters sizes. Optional manual override, advance electric control systems available. Draws 1.5 to 3.5 amps depending on size.

### Multiple Panels




Top View
Slide Rail
Shutter Curtain
Center Mullion (Built-in Dust Rail)

A = Max Shutter Size - 2"
A = Max Shutter Size - 2 1/2"

Mullions are fixed.
System Bars are removable.

### Standard Mounting Applications




Actual AutoCAD® drawing

Actual AutoCAD® drawing

*The perfect combination of security, protection & Style*

# ROLLING SHUTTERS





## APPLICATIONS
- Storefronts
- Homes
- Malls
- Schools
- Airports
- Hotels/Motels
- Counters
- Kiosks

**www.chicagone.com**

# INDOOR/OUTDOOR ROLLDOWN SYSTEMS




Available colors: White, Ivory, Beige and Bronze









ChicagOne
555 E. 75th St., Suite 1W, Chicago IL 60619
phone 773.783.2105 • Fax 773.783.2155
www.chicagone.com

# RESIDENTIAL

# COMMERCIAL



## Protection And Security Guaranteed

Anywhere you install ChicagOne rolling shutters and shades you'll enjoy the best available protection from damage associated with such elements as hurricane impact, rain, wind, sun & vandalism. Our rolling shutters are also available with interior lock and key mechanisms to further deter against burglaries and break-ins. Our systems have been designed so that they can interface with many existing alarms and telephone systems. With this option you can remotely control the operation of the shutters. The versatility of our custom shutters allows them to be used for almost any application, from small countertops to giant storefronts. ChicagOne is committed to providing quality products and complies with new building codes. And now, we have an internet address for business developers, architects, engineers and virtually any person who's interested in learning more about the company and how our products can be easily incorporated into the design of new buildings.

### Shutter Advantages

- Security
- Hurricane Protection
- Privacy
- Sun Protection
- Insulation
- Noise Reduction

# ENERGY SAVING

**Rolling Shutters help prevent energy loss from thermal transmission...and damaging water condensation in winter.**

Glass areas of your home transmit the outside heat of summer sun and blasts of wintry cold into your rooms.

Hot air currents striking curtains, drapes or shades are merely deflected upward toward the ceiling. Or, in the case of transmitted cold air, down-drafted to the floor, causing damaging water condensation on the glass areas.

Rolling shutters - each slat of which is an insulated thermal barrier - deflect and turn back heat and cold before either can strike the glass areas of windows and doors.

Properly installed Rolling Shutters have been proven to reduce energy costs in the home by as much as 35%.

WITHOUT SHUTTERS
CEILING · SLIDING GLASS DOOR · HEAT · COLD · DRAPES · FLOOR

WITH SHUTTERS
CEILING · SLIDING GLASS DOOR · HEAT · COLD · ROLLING SHUTTERS · DRAPES · AIR SPACE · FLOOR


ChicagOne












```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0001306271 / 2005-03-14

Title:               QMI is security ....

Description:         1 v.

Notes:               Product brochure.
                     Includes photos, technical drawings and text.

Copyright Claimant:
                     Qualitas Manufacturing, Inc.

Date of Creation:    1996

Date of Publication:
                     1996-09-01

Names:               Qualitas Manufacturing, Inc.

==============================================================================
```

08CV1718          TC
JUDGE COAR
MAGISTRATE JUDGE DENLOW

# EXHIBIT D

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::    Page 1 of 19



**ROLLING SHUTTERS**
- Overview
- Benefits
- Features
- Slats
- Colors
- Application
- Controls
- Measurement
- Installation

**STORM PANELS**
- What to Consider
- Header and Sill Profiles
- Measuring and Installation
- Installation Photos
- Coverage Charts
- Architectural Engineering Drawings

**ACCORDIANS**
- Advantages
- Material

**RETRACTABLE AWNINGS**
- Retractable Awnings
- Drop Arm Awnings
- Valance Styles
- Fabric Styles

**ROLLING S**
- Protection
- Interior Scree
- Exterior Scree
- Privacy
- Dark colors vs

**Overview**

When considering Rolling Shutters, you may have only one use in mind. However, the many additional benefits of rolling shutters should be considered in the purchase price. The cost of rolling shutters is similar to quality windows, patio doors, plantation shutters (inside wood shutters), and quality drapery. Consider all the benefits and you'll find that Rolling Shutters are NOT that expensive.

**Benefits**

**Keeps out the sun**

The sun lets in 1200-1400 BTU per square foot per day. Rolling Shutters save both on electric bills and the wear and tear on your air conditioner. New homes could use a smaller air conditioning unit if rolling shutters are installed.

**Keeps homes warmer in winter**

Shutters double the insulating value of thermo-pane windows. One square foot of glass lets in as much cold as 10 square feet of a well insulated wall. This means if a building has windows which make up 10% of the total wall area, the small window area allows more cold in than the rest of the walls. Shutters reduce the heat loss from windows by up to 50%.

**Eliminates air leakage around window frames**

Shutters keep cold air from leaking in around the window frames. Air leakage can be a larger factor than the "R" value of the window itself.

**Provides Security**

Thieves look for an easy and fast way in and out of a building. Shutters are not something they want to deal with. Shutters provide security from intruders without the "What are they trying to hide" statement that security bars seem to make. Shutters also can be opened in the event of a fire, unlike security bars.

**Hail protection of glass and inside furnishings**

We have seen many examples of Rolling Shutters which have protected window glass in the last several years. Tennis ball-sized hail with high winds have broken slat, but in no case was the glass damaged. Can you imagine what destruction happens when all the glass is broken out of a building and the inconvenience that follows?

**Cut out glare and bright sunlight**

Shutters are used in place of awnings. With the shutter partly down, you have an excellent view without the glare from the sky. Another glare problem is viewing television or computer screens near an uncovered window. This problem alone has been the primary reason for shutters on some homes.

**Controls noise**

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::    Page 2 of 19

Rolling shutters cut out 1/2 the noise from traffic, storms, etc.

### Provides day sleeping environment

The combination of light and sound control make rolling shutters an excellent product for day sleepers or naps.

### Replaces drapery

Many homes are built to take advantage of the view. Rolling shutters allow a clear view when weather conditions allow. Many homeowners would rather not have drapes or other inside window treatment which obstructs the view. Other homeowners like to have an attractive window treatment. Rolling shutters allow any type of inside treatment desired with the rolling shutters providing the privacy and energy savings that heavy drapes are supposed to provide.

### Prevents fading of fabric

Rolling shutters provide protection from the sun's rays on drapes, carpets, and furniture.

### Protects windows from golf courses

Many shutter installations have been made on homes next to golf courses. Homes in this area are vulnerable to broken glass due to stray golf balls and benefit greatly from the window protection that rolling shutters offer.

### Keeps windows cleaner

Rolling shutters have two benefits which normally go unrecognized. Using rolling shutters keeps windows cleaner and also keeps the glass from being pitted by blowing sand and dirt.

### Stops condensation on glass

On many windows and patio doors, water vapor condenses on the glass and runs down on the wood trim and floors. This causes discoloring of the wood and rotting of the floor. When rolling shutters are used, the temperature of the glass is higher and moisture does not condense.

### Can be used as counter top doors

Rolling shutters are an attractive and lower cost alternative to expensive metal doors used on parts service counters, kitchen serving windows in schools and churches, ticket windows, and concession stands.

### Protects skylights

Rolling shutters are used both inside or outside of skylights to protect them from hail or to block the sun's heat . Special push down and pull down spring power units are available to move shutters on low pitched skylight.


### Installation

All Season Rolling Shutters will complete all installations in a professional and timely manner. Self installation is another option for do-it-yourselfers.

### Cost of Installation

Rolling Shutters are custom fit to the openings on your home or business. The cost of shutters can be affected by a variety of things which might include:

- Choice of slat material PVC, aluminum, extruded
- Choice of openers manual, or electric
- Difficulty of installation wood siding vs. brick, first or second story opening
- Travel time to your installation
- Installation by All Season or self-installation
- To give you an idea of what you might expect to spend on a shutter, the cost of a 6-foot patio door can begin at approximately $000 and go up depending on the factors listed above. Our product is custom fit to your individual opening.

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::    Page 3 of 19

**Back to Top**

🔴 **ROLLING SHUTTERS**

🔴 **RESIDENTIAL SHUTTERS**



**GALLERY**

🔴 **COMMERCIAL SHUTTERS**



**GALLERY**



Rolling Window shutters have been popular in Europe and among the hurricane-prone regions of the United States for many years. Now, with more concern about security, energy savings, tornado protection and privacy with today's smaller lots, they are becoming very popular throughout the United States.

Installing rolling shutters saves money in several ways. Three slats, some filled with foam insulation, create an insulating dead air space outside your window to lower cooling and heating costs. They provide natural light without sacrificing security and privacy.

Rolling shutters are a sophisticated security system for windows, doors and other exterior openings. They are customized to fit any application size and thus provide an effective burglary deterrent when completely closed. The shutter system can even be integrated into an alarm system. Especially in coastal areas, the popularity of security rolling shutters is increasing due to their ability of withstanding hurricane force winds and flying debris. Chicagone has always emphasized on providing high-quality products. Recently implemented building codes within coastal areas require shutters to pass stringent standardized impact tests.

**Slats**



| Roll-Formed | | | |
|---|---|---|---|
| A-150 | A-180 | A-200 | A-240 |
| PVC | | Extruded Aluminum | |
| Gulf | Elite | RLL 3 | RLL 4 |

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::            Page 4 of 19

## Colors

## Application

**Application The Collection / All in One**                                   3.6 MB

**Stucco Application All Pages**                                              1.3 MB
**Retrofit Application on Stucco Drawings**                                   0.4 MB
**Soffit Application with Stucco Drawings**                                   0.5 MB
**In-Wall Application with Stucco Drawings**                                  0.5 MB
**In-Wall Application with Stucco Framing Drawings**                          0.3 MB

**Siding Application**                                                        1.3 MB
**Retrofit Application on Siding Drawings**                                   0.4 MB
**Soffit Application with Siding Drawings**                                   0.5 MB
**In-Wall Application with Siding Drawings**                                  0.5 MB
**In-Wall Application with Siding Framing Drawings**                          0.3 MB

**Brick Application**                                                         1.3 MB
**Retrofit Application on Brick Veneer Drawings**                             0.4 MB
**Soffit Application with Brick Veneer Drawings**                             0.5 MB
**In-Wall Application with Brick Veneer Drawings**                            0.5 MB
**In-Wall Application with Brick Veneer Framing Drawings**                    0.3 MB

## Controls



Manual Strap

Standard control for smaller shutters. Controls up to 25 lbs.

3-1 Strap Crank

3-1 crank ration for small to medium size



shutters. An economical way to control a medium size shutter. Controls up to 45 lbs.



Pole Crank

Geared system with pole operator for medium size shutters. Optional removable pole operator available. Controls up to 80 lbs.



Motor Operated

Electric motor for all shutter sizes. Optional manual override, and advanced electrical control systems are available. Draws 1.5 to 3.5 amps depending on size.

- Key Switches
- Remote Controls
- Timers
- Sun and Wind Sensors

**Measurement**
**Download measurements**

Always state actual measurements to the nearest 1/8 inch and state the total size in inches. There are 3 basic acres of concern when measuring:

- Width outside of rails
- Height of the side Rails
- Available height above the rail for the shutter box
- Where the control hole enters the building. (gear and strap systems)

**1. Width of shutter**



Be sure to the factory which way you measured.

**2. Height of the side rails and box cover**
The bottom of the rail starts on the sill of the window or the deck of a patio door. If the sill of the window needs an

extension, request a sill angle with the order. Sill angle is available in 1 x 1.25 or 1.5 x 2 inch sizes.

The top end of the rail should be to the top of the window trim or brick mold. Watch for several problems.

How much space is there above the window to the soffit?
Is it a casement window that opens like a door?
Does the area above the window project outward?

When the area above the window is limited, you can do one of three things.

- Lower the shutter box-- this may require a back cover on the box.

- Choose a style of shutter with a smaller slat to make the box smaller

- Install the shutter into the soffit

- or contact the factory for other suggestions



### 3. More on the Box Cover
The size of the box depends on two things.

- The height of the rails
- The size of the slat.

**example:** 84" tall rails
32mm PVC slat 7" box
42mm rolled formed alum slat 8" box
52mm PVC slat (2") 10.25 box

There are two styles of endcaps and how they relate to the rail.
Cast aluminum endcaps fit flush with the rail.
Pease V system with 1 3/4" rails have a 1 1/8" overheand to the side.
More details are located in the architectural brochure and price sheets.
### 4. Control Considerations
The control side is always determined from the inside -right to left.

It is best to make the shutter as wide as possible to keep the a manual control away from the wood trim.
This is true with metal windows with outside trim.



**Inside patio door**

### 5. Multi-panel shutters

Two awning windows side by side usually require one panel or an offset center reail to allow at least one window to open. The distance between the awning windows when open is almost always less than the width of the center rails.

Multi-panel shutters can have a control for each panel or one control for all the panels is the weight a given control can lift. This is usually not a problem for electric shutters.

Measurement of multi-panel shutters need to be drawn out as follows or use the back side of the order form.



Measure the *total width* including the space for the rail for a multi-panel shutter.

*Measure each panel on center.* Wheabelt will figure rail and mullion needs.

In shutters with total width of over 10 ft. or with multiple controls, a wider center rail is needed to support a carrier bearing or make room for the control. Center rails range from 3" for VM to 4 5/8" for the large slat V system.

**Installation**
**Download Installation**

**Installation Part One**

1. Lay the rolling shutter on a flat, clean surface with the end cap ears pointing up. Leave the front cover on. Remove the protective plastic film from the back cover only. Unwrap the strap from around the end cap ears and push the extra strap into the box opening. Tie a spare piece of strap around the housing box to stop the shutter from coming out of the box, when the box is inverted.

2. Slide the guide rail down over the end cap ear. Be careful to align the plastic entry guide into the end of the guide rail. If the entry guide is not aligned properly it will break very easily. Check and makes sure the large drilled hole in the guide rail is facing the front of the box and the rivet hole in the guide rail is opposite the the front of the box. Repeat the opposite side.

3. Slide the U channel down over the end of the guide rails and then rivet the U channel into the place. Ensure the width of the U channel is the same as the width of the housing box.

4. Grasp the guide rails at the bottom of the housing box and invert the shutter. Place the shutter up against the wall. BE CAREFUL WHEN MOVING THE SHUTTER IN THIS POSITION, DUE TO THE ESE OF BREAKING THE END CAP EARS.

5. Place the shutter over the window at the proper height and equal distance on each side of the shutter by pounding a metal awl in the top guide rail hole.

6. While still holding the shutter in place, square and level the shutter. Mark the location of the other guide rail holes.



### Installation Part Two

7. With the shutter being held flush against the wall, make a vertical mark along side of the control side end cap and the guide rail. Make a horizontal mark at the point where the econtrol side guide rail meets the end cap and also make a mark at the top of the end cap.

   Remove the awl and carefully lower the shutter to a stable surface.

8. On the vertical line just make, measure in toward the window 5/8". If the shutter is a bottom exit, measure up from the guide rail line 3/4". If the shutter is a top exit, measure down from the top line 3/4".

9. If the shutter is being mounted on a block or brick surface, drill appropriate holes where marked, to insert anchors.

10. Drill the 3/4" control hole (see step 8). Pay close attention when drilling the hole. Control hole must be drilled perfectly straight and level to avoid fraying the strap.

11. Feed the end of the strap through the control hole. Make sure it is not twisted.

12. Fasten the rolling shutter to the wall, plumb and level. Do not overly tighten the top screws.



### Installation Part Three

13. From the inside of the all check the strap for proper clearance. Thread the strap through a strap guide and attach the strap guide to the wall over the 3/4" hole.



14. Remove the spare strap from around the housing box and allow the shutter profile to lower into the U-channel and lock into place. Remove the front cover and secure the housing box to the wall with 2 or more flat head screws.

15. IMPORTANT: Cut the strap ONLY when the shutter is fully DOWN!!!! Determine at what height the customer wants the operator (crank box or pull strap) and cut the strap 2' below the location of the operator.

16. CRANK BOX ASSEMBLE:
Lay the crank box on a flat surface. Remove the cover and take out the large nylon gear. Thread the strap through the end of the gear and tie a secure knot in the end of the strap and then pull on the strap to return the knot into the cavity in the side of the gear. (ensure the knot is below the side surface of the gear). Replace the nylon gear into the crank box, threading the strap through the guide rollers. Replace the cover and secure with screws

PULL STRAP ASSEMBLE
Slice a 1/4" opening in the end of the strap. Lay the main body of the pull strap box on a flat surface. Thread the strap under the catch plate and over the two support pins. Attach the strap over the T-pin (through the slit in the strap). Push the retraction wheel flange inward to release the tension on the retraction BE VERY CAREFUL WHEN RELEASING THE WHEEL, AS THE STRAP WILL TIGHTEN QUICKLY. Replace the cover by snappling into place.

17. Position either the crank box or the pull strap box at the determined height and so the strap in straight down the wall from the strap guide. Mark where each of the screw holes will be. Move the operator away and install anchors if necessary. Replace the operator and secure to the wall with the appropriate color screws. Do not overly tighten screws, as this will distort the operator.

18. Roll the shutter profile up and down several times, making sure that it works properly. Check and make sure that when the shutter is in the full down position, that it is lock into place. Additional profile may need to be added or removed.

19. Roll the shutter all the way up and replace the font cover. Caulk all the exterior edges (guide rails, side and top of box and u-channel). Be careful when caulking the control side of the box that caulking does not get on the strap. Remove the protective film from the front cover. Install deco caps in each guide rail.

**Back to Top**


STORM PANELS



**What to  Consider**

**You Should Consider
Storm Panels if...**

- Concrete, Masonry and frame construction with or with out lap style siding

**Characteristics**

- Corrugated metal or polycarbonte hurricane panels that interlock in approximately 13-inch increments.
- Economical storm protection
- Can be installed with little or no

- Easy access to openings from outside.
- only on the structure when in use.
- Want an economical but effective protection.
- **Pricing & Ordering**

- architectural impact.
- New see-thru polycarbonate panels allow light and view.
- Headers and sills, should they be used, can be removable and stored until required.
- Meets all code requirements
- Simple installation
- Unlimited widths
- Heights to 12'
- Special sizes upon request
- Corrugated steel, aluminum
- Great variety of attachment systems
- Vertical or horizontal panel installation
- Hurricane Panels can overlap
- New design
  - Reduced cost
  - Easier installation
  - Aluminum or Galvanized steel panels
  - clear lexan panels for light

- **Pricing & Ordering**

**Considerations**

- Not the most attractive product, i.e., ugly ;-)
- Storm panels when not in use will require storage somewhere in your home or garage.
- No central operation
- Timeconsuming to put up and take down.
- 2nd story will require an extension ladder to install.
- Operation from outside of the structure only
- Lap siding requires special installation
- Make note of any obstructions which would inhibit installation.
- Limited color choice - mill finish and clear only
- **Pricing & Ordering**

**Description**

Chicago One improves on a simple but effective maximum impact storm panel product. Professional redesign results in easier installation, stronger panels, safer panel-edge design, horizontal mounting of panes increasing the number of openings storm panels can effectively cover and reduced cost.

Installation is now certified without the use of costly and unsightly headers and sills; however, we now offer a newly designed group of headers and sills in white, ivory, beige and bronze for he conventional installation.

Chicago One storm panels are available in aluminum, galvanized steel and a clear polycabonate panel that can be used with aluminum and steel panels to allow light in.

**Back to Top**
**Header and Sill Profiles**



**12" STORM PANEL**



**HEADERS**

STANDARD
"H" HEADER

OPTIONAL
"U" HEADER

DIRECT BOLTING PANEL
TO HEAD OR SILL



**SILLS**

SILL ANGLE
OPTION

SILL ANGLE
OPTION 2

F-TRACK FOR HEADER
AND/OR SILL

**Back to Top**

**Measuring and Installation**

## Measuring the opening width and opening height

If you are measuring a door...

- Door has steps..
  - Measure the height from the top of the step to the top of the opening (for mounting sill to top of front of steps).

- Door is flush to the floor
  - Measure height from the floor to top of opening (for mounting sill to floor)

## Installing the Header

- Center and leveling the header
  - Make a pencil mark approximately 3" above the top center of the window or opening. Now, make a pencil mark on the top center of the Header. Place the Header directly above the window opening and align both center marks. Make sure that the Header is flush to the top of the opening, is leveled and positioned so that the overlap is equal on both sides.

- The headers and sill need to be pre drilled before installation.
  - I recommend you mark the header and sill 2-3" in from each end and at the center. Then space evenly at no greater than 12" centers between the center and end marks. Drill each of these marks with a 1/4" or 5/16" drill bit. Tip: make your marks in a straight line so when you drill your holes you will have a nice straight line of holes.

- Drilling
  - Set the Header aside. Using a 1/4" masonry drill bit, drill these marked holes 1-1/2" deep. Take care not to drill off center.

- Mounting the Header
  - With the Header positioned again on the wall, insert the Nail and Anchor through the Header into the holes in the wall until the Anchor "seats" on the Header. Then hammer the nail all the way in which will firmly set the Anchor. Repeat for all holes.

## Installing the Sill

- Aligning the Sill
  - Take the Panel to be used for the opening and slide it up into the Header on the extreme left side. Level vertically and make a pencil mark at the bottom of the Panel. Remove the Panel and make another pencil mark 1/4" above the first mark. Repeat procedure for right side.

- 
- The headers and sill need to be pre drilled before installation.
  - I recommend you mark the header and sill 2-3" in from each end and at the center. Then space evenly at no greater than 12" centers between the center and end marks. Drill each of these marks with a 1/4" or 5/16" drill bit. Tip: make your marks in a straight line so when you drill your holes you will have a nice straight line of holes.

- Drilling

  - Set the Sill aside, using a 1/2" masonry drill bit, drill the marked holes 1" deep. Take care not to drill off center.

- Inserting the Tampins(R)

  - Insert Tampin(R) in wall.
  - Place Tampin(R) Setter in Tampin(R).
  - 3. Hammer Tampin(R) Setter against Tampin(R) a few times to expand Tampin(R) in wall.

- Mounting the Sill

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::        Page 13 of 19

- After inserting Tampins(R) in wall, place your Screws through the holes and screw to wall. You now have a REMOVABLE Sill which can be stored with your Panels or left mounted on the wall.
NOTE: When installing Sill to "Floor", Reverse procedure of installation, Install Sills first.

## Installing the Panels

- Your Storm Panels are now ready for installation in preparation for a storm. It is recommended that you install all the panels to make certain that all steps were taken to provide you with the proper hurricane protection.

- Insert one Panel into the Header with the edge of the Panel even with the header. Place pre-punched holes located at bottom of Panel over extended stud on the Sill. As you overlap each Panel, hand secure the molded wing nuts on the studs.

- NOTE: Storm Panels are secured to sill with "Wing Nuts" instead of metal clips which could vibrate loose during hurricanes leaving your home unprotected.

## Back to Top

## Installation Photos



The following storm panel installation instructions are for a typical horizontal surface mount on a masonry building.

The first step in the installation process is to determine where to drill for the Tampin(R) Brand Machine Screw Anchors. I have, after 1,000's of installations, developed a simple but neat system. Using a panel for this opening, simply place it centered over the opening horizontally. If you have a sill that you can rest the panel on, that will be the easiest. Check that you have equal overlap of the opening right and left. Mark both right and left all holes. Be sure you mark each hole at the center of the key. If you are working alone, I would then drill each marked spot, clean the hole of all dust and insert and set a Tampin(R) in each hole. Install the panel using sidewalk bolts in the lower holes. Install the next panel up using the top holes of the first panel and the bottom holes of the next panel. Then mark the holes for the second panel. Then keep repeating the steps until all panels are installed.




If you have no sill, this method will work just as easily. Using a panel for the opening center the panel horizontally at the top of the opening and above the opening an amount that will provide equal coverage above and below when you are finished. You can start at the bottom if you prefer but the panels hang down better working from the top down. Mark the upper right hole in the panel. Using the combo drill bit drill the hole, clean out the dust, insert and set the Tampin(R).  Using a sidewalk bolt attach the panel at the upper right hole loosely.





This is a trade secret. Pick up panel on the left end and level the panel and mark all holes on that end of the panel. One point, make sure the mark for these holes are in the keyway near the top. This must coincide with how the sidewalk bolt on the right end of the panel rests in the keyway as you hold up the panel for leveling and marking the holes on the left end of the panel. Take the panel down and using the combo bit drill, clean holes, insert and set

Remember the level we marked every 6 inches? Use it to line up with the holes you have already drilled and make sure the holes are plumb (level) vertically on each side of the opening. This is one of those times where you "measure twice and drill once"

I recommend you mark a level at 6-inch increments for use when marking the spots to drill for installation of Tampins(R). Keep the felt marker handy for marking the wall.

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::        Page 14 of 19

Tampins(R).



This special COMBO drill bit will drill the necessary hole at the proper depth in a masonry wall for a Tampin(R). Great tool and a great time saver. You gotta have one if you are using Tampins(R).



The combo bit will stop drilling at the collar to insure proper depth for for the Tampin(R).



This is a trade secret! After you drill the hole for your Tampin(R) there will be a lot of dust left behind. **YOU MUST** clean out the dust **BEFORE** inserting the Tampin(R) in the hole! If you don't clean out the dust and set a Tampin(R) in the uncleaned hole, you will NOT BE ABLE TO SCREW IN A SIDEWALK BOLT. The dust left in the hole will coat the threads inside of the Tampin(R) and no amount of work will clean the threads. The easiest way to clean the hole is to use a small hose and simply blow vigorously into the hole cleaning out ALL of the dust. I did not have a hose so I used a retractable pen barrel to blow into the hole. Works great but sends the dust all over you.



The Tampin(R) being inserted in the pre drilled hole. Note: the brass end goes in first.



The setting tool will insure the Tampin(R) is set in place properly. The tool is a must have if you are using Tampins(R) The act of setting is done with one firm hit with a hammer. Hitting the tool several times could damage the Tampin(R). If you damage the Tampin(R), they are very difficult to remove so do it right the first time. **ONE** FIRM HIT BY THE HAMMER!



This is what the Tampin(R) looks like when properly set.



This an after picture. Proud of yourself for doing a great install?



Example of a horizontal mount.



Example of a vertical mount.

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::        Page 15 of 19

**Back to Top**

**Coverage Charts**

| Panels | Coverage | Cut |
|---|---|---|
| 1 | 13.375 | 15 |
| 1.5 | 19.25 | 21 |
| 2 | 25.375 | 27 |
| 2.5 | 31.25 | 33 |
| 3 | 37.25 | 39 |
| 3.5 | 43.125 | 45 |
| 4 | 49.375 | 51 |
| 4.5 | 55.25 | 57 |
| 5 | 61 | 63 |
| 5.5 | 67 | 69 |
| 6 | 72.75 | 75 |
| 6.5 | 78.625 | 81 |
| 7 | 84.625 | 87 |
| 7.5 | 90.5 | 93 |
| 8 | 96.5 | 99 |
| 8.5 | 102.375 | 105 |
| 9 | 108.25 | 111 |
| 9.5 | 114.25 | 117 |
| 10 | 120.125 | 123 |
| 10.5 | 126 | 129 |
| 11 | 132 | 135 |
| 1.5 | 137.875 | 141 |
| 12 | 143.75 | 147 |
| 12.5 | 148.625 | 153 |
| 13 | 155.75 | 159 |
| 13.5 | 161.5 | 165 |
| 14 | 167.375 | 171 |
| 14.5 | 173.25 | 177 |
| 15 | 179.625 | 183 |
| 15.5 | 185.5 | 189 |
| 16 | 191.5 | 195 |
| 16.5 | 197.375 | 201 |
| 17 | 203.625 | 207 |
| 17.5 | 209.5 | 213 |
| 18 | 215.5 | 219 |
| 18.5 | 221.5 | 225 |
| 19 | 227.5 | 231 |
| 19.5 | 233.5 | 237 |
| 20 | 239.5 | 243 |

**Back to Top**

**Architectural Engineering Drawings**

##  ACCORDIANS

### What are the Advantages of Accordian Shutters?

Accordion Shutters are a good choice for storm protection because of their versatility. These shutters can open as one unit, from right to left or left to right; or as two units, opening away from the center. When fully open, the shutter blades fold compactly to the sides, allowing you to have full use of the light and beauty your windows have to offer.

### What are Accordian Shutters Made With?

**SHUTTER BLADES**- These are the interconnecting aluminum alloy reinforced panels that fold left or right along the tracks. The blade interlocking points function as a vertical support system.

**TRACKS**- These are the the aluminum channels along the top and bottom of the accordion system that guide and secure the shutter blades.

**WHEELS**- The nylon coated wheels allow the shutter blades to move along the tracks.

**LOCKING MECHANISMS**- Each system is equipped with a lock and key device for your protection.

**Back to Top**

##  RETRACTABLE AWNINGS

 CASSETTE AWNING

click to view

STANDARD AWNING 
click to view



Now you can use and enjoy your deck or patio more than ever - when you have a beautiful chicagone retractable Awning protecting you from the hot sun and its harmful ultra-violet rays.

Imagine being able to utilize your outdoor living space whenever you want. Our Retractable Awning provides an entirely new dimension to outdoor living and entertainment, giving new life to your patio, lanai, deck, terrace, balcony, pool side or dock side. Choose from our many fabrics to achieve a distinctive and attractive look for your home .

### Why are Retractable Awnings an excellent choice?

The Chicagone retractable awning is the foremost in design and manufacturing. The retractable Chicagone awning has a wide variety of application, including: porches, patios, balconies, decks and pool decks, outdoor areas and many enclosed areas around the home or business.

### What are the benefits of Chicagone Retractable Awnings?

Chicagone approach to designer awnings is unique and innovative by using special monitoring systems. In the event of mild to heavy winds, sensors are used to detect higher wind speeds that may damage your awnings. Once the sensors detect wind gusts, of a certain speed, the awning is automatically retracted to prevent damage. Other sensors, like sun/heat sensors can also be installed to make the awnings extend automatically once the sun reaches a certain position.

### What are Retractable Awnings made of?

Our retractable awnings are constructed to shelter the home or business from the damaging effect of the sun. Enjoy the benefits of year-round sun protection from heat, UV rays and glare. All systems are constructed from heavy-duty aluminum and all of are fabrics resist fading. Chicagone™ has one of the largest selection of fabrics (color and patterns). You'll be interested to know that we can even custom order colors, if you so desire.

## What kinds of Retractable Awnings are there?

The Universal is the most popular of the retractable awnings. The Universal has a wide array of applications, including residential and commercial structures. The Universal system is available with the traditional hand crank mechanism or with the more modern motorized operation, for easy control and use. The Universal can be constructed to fit virtually any area.

## Product Details

The Voss awning is unique in many ways. First its sleek stylish look makes it ideal for homeowners who don't want something clumsy or bulky attached to their home. The awning has a unique wind lock system, which allows the awnings to retract and position itself horizontally tight against the roller tube. This keeps a straight clean line when retracted, not an angle, which takes away from the appeal of the awning. Secondly the wind lock system allows the awnings to float 5 degrees with the wind, not fight the wind causing more stress on the arms. The arms are built with durable steel cable for maximum longevity and strength. State-of-the-art technology was used to design, manufacture, and install the Voss awnings system for years of trouble free operation. Solid mounting brackets permit quick and easy installation, and for those areas where an overhang or eaves aren't available, a hood and dip rail is available to preserve and protect the fabric. These awnings can be built from sizes 7 foot wide with 4' 11" projection to over 40' wide and 13' 1" projection (call for details).

## Models

**SUNRISE 2000** is the most popular model, which can be installed against walls, to ceilings and under rafters. (Maximum width: 35 feet, maximum projection: 13 feet)

**TOGA** is perfect for patios with no roof overhang! The entire fabric rolls up into a protective box that always closes properly even when adjusted to an extreme pitch.

**LITTLE BIG** is used for limited space, i.e. small patios and balconies, where it allows for extreme projection at an exceptionally small width.

**VARIO VOLANT** and its special front bar with a long separate telescopic valance provides privacy and protection from a low setting sun. Vario Valant is compatible with the three models above.

**MONOBLOC** models allow for tilting the front bar of the awning to adjust for low setting sun.
**Back to Top**

### Drop Arm Awnings



When a fixed awning won't do and a retractable is more than what you need, the solution may be a drop arm awning. Drop arm awnings allow you to set the coverage, from closed to 180-degree coverage of a window, door or opening. These awnings add a distinct European flair to any opening and can also be rolled out in the rain. Plus, when it's not in use it will roll up on its tube and the valence will add a distinct look to your window while the arms rest discretely at the sides. And with over 300 fabric styles and colors to choose including solids, stripes, and patterns, you can have it custom made to your taste and style.

### Valance Styles



France

Germany



Greece

Italy

Belgium

### Fabric Styles

Chicagone carries Dickson Sunbrella and John Boyle fabrics in a wide variety of colors and styles to meet every individual wish. The fabric has a 5-year limited warranty against dry rot, mildew and fading. Solution-dyed acrylic fiber protects the colors, and fluorocarbon finish provides excellent water resistance.

  

**Back to Top**

 **ROLLING SCREENS**

### Protection

Rolling screens are the perfect product for any windows that lets in too much light & heat. If you would like to retain a view to the outside yet protect patrons, staff and merchandise from the sun, a rolling sun screen may be just the thing you need!

### Interior Screens

If it's simply glare control you're looking for - an interior screen will do the job beautifully. Mounted just like a blind, interior rolling screens are available in many different colors and several densities. They are most commonly controlled with a chain-pull operator, but can also be motorized and operated with a switch or remote control

The reason that interior screens are relatively ineffective in heat control is due to the 'greenhouse effect'. Once the sun's rays penetrate the glass window and come into contact with something (blinds, furniture, floors etc) it turns into heat and becomes trapped. Therefore anything placed on the inside of the glass will not control heat.



### Exterior Screens

To keep out the heat you need to block the sun *before* it penetrates the glass.  If it's heat control as well as glare control, an exterior application is required. Exterior rolling screens are similar to rolling shutters - they use the same rails & panel box as well as the same operators - the aluminum profiles of the shutters are replaced with pvc coated sunscreen material. Our screens have an innovative edge-retention system that keeps the screen 'locked' into the rails so they don't billow or blow out in the wind.



### Privacy

In addition to providing light and heat control, exterior screens will create privacy in the daytime for anyone on the inside. Perhaps you have a common area outside your building and wish to give patrons inside some privacy yet allow them to retain their view. (Of course at night the effect is reversed! Exterior rolling screens are available in several different colors and 2 different densities. The denser the weave, the more heat and glare



control but less view to the outside is retained. Alternately, the looser the weave, more sun is allowed to
penetrate, but the view is a bit clearer.)

**Dark Colors vs Light**

When screens are on the outside of the window, dark colors will absorb more of the light which allows less to
penetrate the glass. As well, dark colors are easiest to see through. If the screen is mounted on the inside, a
lighter color will reflect a lot of the sun back through the glass but it is more difficult to see through. Because
they are reflecting light, a light color will appear 'foggy' when you look through.  Ultimately it is your choice as
to the location of the screen or the color chosen. However, if you want to control heat and light, keep your view
and yet minimize the changes to the appearance of your business, a rolling sun screen may be exactly what you
need.



click to view



click to view

**Back to Top**



# *The perfect combination of security, protection & Style*

# ROLLING SHUTTERS




## APPLICATIONS

- Storefronts
- Homes
- Malls
- Schools
- Airports
- Hotels/Motels
- Counters
- Kiosks



www.chicagone.com



---

# INDOOR/OUTDOOR ROLLDOWN SYSTEMS



**Aluminum Foam-Filled**

**Foam-Filled** - these slats are the best choice for insulation, noise reduction, and unwanted entry while offering the strength to resist storm protection. Foam filled slats are available in 42mm or 55mm.

**Extruded Aluminum** - this material offers the greatest durability. It is the ideal choice for home and security protection. Extruded aluminum slats are available in 42mm, 50mm, 65mm or 80mm Punched Steel.

**Available colors: White, Ivory, Beige and Bronze**

**Surface Mount**
Standard Mounting Applications Actual AutoCAD drawing

**Recess Mount**
Standard Mounting Applications Actual AutoCAD drawing



A - Mini Storm Bar 2"
A - Mini Storm Bar 2 1/2"

Mullions are fixed
Storm Bars are removable

Actual AutoCAD drawing



**ChicagOne**
555 E. 75th St., Suite 1W. Chicago IL 60619
phone 773.783.2105 • Fax 773.783.2155
www.chicagone.com

**RESIDENTIAL**

**COMMERCIAL**



### Protection And Security Guaranteed



Anywhere you install ChicagOne rolling shutters and shades you'll enjoy the best available protection from damage associated with such elements as hurricane impact, rain, wind, sun & vandalism. Our rolling shutters are also available with interior lock and key mechanisms to further deter against burglaries and break-ins. Our systems have been designed so that they can interface with many existing alarms and telephone systems. With this option you can remotely control the operation of the shutters. The versatility of our custom shutters allows them to be used for almost any application, from small countertops to giant storefronts. ChicagOne is committed to providing quality products and complies with new building codes. And now, we have an internet address for business developers, architects, engineers and virtually any person who's interested in learning more about the company and how our products can be easily incorporated into the design of new buildings.

### Shutter Advantages
• **Security**
• **Hurricane Protection**
• **Privacy**
• **Sun Protection**
• **Insulation**
• **Noise Reduction**




## ENERGY SAVING

**Rolling Shutters help prevent energy loss from thermal transmission...and damaging water condensation in winter.**

Glass areas of your home transmit the outside heat of summer sun and blasts of wintry cold into your rooms.

Hot air currents striking curtains, drapes or shades are merely deflected upward toward the ceiling. Or, in the case of transmitted cold air, down-drafted to the floor, causing damaging water condensation on the glass areas.

Rolling shutters - each slat of which is an insulated thermal barrier - deflect and turn back heat and cold before either can strike the glass areas of windows and doors.

Properly installed Rolling Shutters have been proven to reduce energy costs in the home by as much as 35%.






























# Technical Data

## Types of Curtains



| Type of curtains | Lbs. per ft.[2] | Lbs. per ft.[6] w/ rebar | System | Max. Rail Height for these box sizes | | | | | Max. Width | Max. Square Ft. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 5.5" | 6" | 7" | 8" | 10" | | |
| PV1 | .60 | 1.1 | MINI | 45" | 58" | 103" | 125" | 200" | 78" | 30[2] |
| PV2 | .65 | .85 | MINI | 35" | 42" | 77" | 116" | 187" | 120" | 40[2] |
| PV3 | .75 | 1.1 | MAXI | NA | 38 | 55" | 87" | 157" | 144" | 65[2] |
| PV4 | .95 | 1.2 | MAXI | NA | 38" | 56" | 95" | 168" | 85[2] |
| AL2 | .70 | NA | MINI | 34" | 42" | 76" | 108" | 177" | 180" | 81[2] |
| AL3 | .80 | NA | MAXI | NA | NA | 48" | 68" | 124" | 180" | 105[2] |
| ST3 | 2.00 | NA | MAXI | NA | NA | 48" | 68" | 124" | 180" | 105[2] |

*Wind load testing and local zoning approvals available upon request

*Base slat of the curtain will reduce the actual rough opening by 2.5"

## Types of Controls

   

1. Strap Control
   Standard control for smaller shutters. Controls up to 25 lbs.
2. 3-1 Strap Crank
   3-1 Crank ratio from small to medium size shutters. An economical way to control a medium size shutters. Control up to 45 lbs.
3. Pole Crank
   Geared system with pole operator for medium size shutters. Optional removable pole operator available. Controls up to 80 lbs.
4. Electric Motor
   Electric motor for all shutters sizes. Optional manual override, advance electrical control systems available. Draws 1.5 to 3.5 amps depending on size.

## Multiple Panels



Actual AutoCAD® drawing

## Standard Mounting Applications    Additional mounting applications are available




Actual AutoCAD® drawing



Actual AutoCAD® drawing

08CV1718         TC
JUDGE COAR
MAGISTRATE JUDGE DENLOW

# EXHIBIT E

FROM :HomeSafe-Rolling-Shutters    FAX NO. :17737780063    Aug. 02 2007 02:25PM P2

businessname: rolling shutters listings in Chicago, IL at Yellowbook.com                Page 1 of 1



**Yellow Book**

BUSINESS PEOPLE
REVERSE LOOKUP
BY DISTANCE

Product / Service

or Company Name
rolling shutters

Location
Chicago, IL        Find It!

Login | Register
My Yellow Book Help

Home → Business → Search Results: " rolling shutters" in Chicago, IL

Sort By: Relevancy | Alphabetically | Distance

If no exact matches found, try expand to: *Surrounding Chicago, IL, Cook County, IL*

**Expand To**
Surrounding Chicago, IL
Cook County, IL

**Local Results:**

**A. Home Safe Rolling Shutters** [View Ad]
773-778-8063
2100 W 63rd Street
Chicago IL 80636
More Results For: Shutters
More Info

**B. Home Safe Rolling Shutters**
773-778-8063
2100 W 63rd Street
Chicago IL 60636
More Results For: Awnings &
Canopies
More Results For: Security Control
Equip., Systems & Monitoring
More Results For: Shutters
More Info   Directions

**C. Home Safe Rolling Shutters**
773-783-2106
555 E 75th St
Chicago IL 60619-2230
More Info   Directions

**D. Home Safe Security Rolling Shutters**
773-778-8063
2100 W 63rd St
Chicago IL 60636
More Results For: Shutters
More Info   Directions

**E. Home Safe Security Rolling Shutters**
773-778-8063
2100 W 63rd St
Chicago IL 80636-2006
More Results For: Shutters
More Info   Directions

**F. Rolling Shutters Inc**
800-658-3930
Call
Chicago IL
More Results For: Shutters
More Info

**G. T2 Rolling Shutters Inc**
312-226-8282
2721 S Halsted St
Chicago IL 60608
More Results For: Shutters
More Info   Directions

**H. T2 Rolling Shutters Inc**
312-226-8282
2721 S Halsted St
Chicago IL 60608-5906
More Results For: Shutters
More Info   Directions

**Other Advertisers Serving Your Area:**

**Rolling Shutters Inc** [View Ad]
800-658-3930
Call
More Results For: Shutters
More Info

© 2007 MapQuest Inc.                © 2007 NAVTEQ

Search Results: " rolling shutters" in Chicago, IL

Advertise With Us | Company Info | Careers | Contact Us

Browse Yellow Book | Browse Local Directories | Download Toolbar

Recycling Information

©2007 Yellow Book USA, Inc. All rights reserved

Conditions Of Use · Site Map   Help    1 800 YB-YELLOW

AT&T Yahoo! Mail

**Mail** | Addresses ⌄ | Calendar ⌄ | Notepad ⌄

Welcome, **rollingshutters@b...**
[Sign Out, Member Center]

Search:

Check Mail    Compass

Previous | Next | Back to Messages

Delete | Reply ⌄ | Forward | ⌄ | Spam | ⌄ | Move... ⌄

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:** DarrinT2d@aol.com  ⦿ Add to Address Book  ⦿ Add Mobile Alert
**Date:** Tue, 31 Jul 2007 12:45:40 EDT
**Subject:** HomeSafe
**To:** DarrinT2d@aol.com, RollingShutters@att.net

**Folders** [Add - Edit]
Inbox
Draft
Sent
Bulk  [Empty]
Trash  [Empty]

**Search Shortcuts**
My Photos
My Attachments

Get photo offers
in your email

**Rolling Shield Inc D & P Roll Off & Recycling**
(800) 474-0404        (800) 523-4252

**T2 Rolling Shutters Inc**
2721 S Halsted
Chicago, IL 60608 Map
(312) 225-9282 Call

★ ★ ★ ★ ★

Review This Business!

**Home Safe Rolling Shutters**
555 E 75th
Chicago, IL 60619 Map
(773) 783-2105

More Options

Rate it
Read Reviews

Review This Business!

Search Mail    Search the Web

Mail For Mobile - Mail Upgrades - Options

*(handwritten: YELLOW PAGES.COM)*

# YELLOWPAGES.COM

Home > Chicago > **Name Search - home safe rolling shutters**

We found **1 business** for "home safe rolling shutters" in the **Chicago, IL** area.

You can select **Save This Search** on the right to store this search in MY YELLOWPAGES.COM

**Home Safe Rolling Shutters**
557 E 75th St
Chicago, IL 60619 Map
**(773) 783-2105**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it | **Read Reviews**

More Info

Send to Mobile | Map It | E-mail It | Get Directions | Search Nearby | Save This Listing | Save a Note

## RELATED BUSINESSES

**Renewal by Andersen**



Serving Your Area
**(800) 447-2958**
More Info | Web Site

**Home Depot Home Services**



Serving Your Area
**(800) 504-9128**
More Info | Web Site

**Revisions Window & Door Replacement Company**



451 W Fullerton Avenue
Elmhurst, IL 60126
**(866) 737-5221**
More Info | Web Site

**Evergreen Door & Windows**

Evergreen
Door & Window

3800 W 95th
Evergreen Park, IL 60805



# Yellow Book™ 2008-2009

*Since* **1930**

AMW
312-380-5500
24 HOUR EMERGENCY SERVICE
Heating & Cooling
Sales & Service
All Makes/Models Repairs
Leaking Boilers Repaired  773-640-7001

# Chicago

**Complete Yellow Pages**
**Business White Pages**
Residential White Pages @ yellowbook.com









## NORTHWESTERN UNIVERSITY ATHLETICS

**NORTHWESTERN Wildcats**

For Ticket Information, Call:
**847-491-CATS (2287)**
www.NUsports.com

## LOOKING FOR GREAT SEATS?

Now you can buy premium tickets
directly from season ticket holders at

chicago bulls ticket exchange

visit BULLS.COM/**TICKETEXCHANGE**

## comcast®

**For Your Home and Business**

**866.471.5050**

www.comcast.com   www.comcast.com/business



Recyclable Paper

Bright yellow portion of map reflects distribution area of directory.

---

Great local search - nationwide...**yellowbook.com**

To Promote Your Business Call 1-800-YB-YELLOW (1-800-929-3556)

Holy Trinity Missionary Baptist Church #2
5416 S Calumet Ave Chgo 60615 .......................773 538-7866
Holy Trinity Non-Sectarian Ch
6910 S Halsted St Chgo 60621 ...........................773 723-7553
Holy Trinity Polish Mission
118 N Noble St Chgo 60622
Holy Trinity Polish Mission
1118 N Noble St Chgo 60622 ..............................773 489-5918
Holy Zion Baptist Church
6110 S Ashland Ave Chgo 60636 ........................773 489-4140
Holy Zion Healing Temple
5037 W 172th Pl Chgo 60445 ..............................773 778-5802
Holy Zion Missionary Baptist Church Inc
1256 W 103rd St Chgo 60643 ..............................773 468-6663
Holzhall Marianne C aty 321 N Clark St Chgo 60610 ...773 239-1229
Holzhauer James D aty 71 S Wacker Dr Chgo 60606 ...312 701-7078
Holzman Nathalie K social wkr
30 N Michigan Ave Chgo 60602
Holzwarth Elsie G aty 29 S La Salle St Chgo 60603 ....312 782-1751
Hom Anna MD 4646 N Marine Dr Chgo 60640 .........773 564-5355
Homaco Chgo .........................................................312 422-0118
Homan Apartment Rental Inc
90 S Homan Ave Chgo 60624 ..............................773 826-1984
Homan Apartment Rentals
90 S Homan Ave Chgo 60624 ..............................773 533-0522
Homan Corp 3830 S Homan Ave Chgo 60632 ..........773 523-0200
Homan Cynthia A aty
455 N Cityfront Plaza Dr Chgo 60611 ...................312 321-4200
Homan Foods 3007 S Homan Ave Chgo 60623 .......773 247-8045
Homan Gas & Weld Mart 4316 S Homan Ave Chgo 60632 773 826-5746
Homan Square Cate 3817 W Arthington St Chgo 60624 773 638-5634
Homan Square Cafe 3333 W Arthington St Chgo 60624 773 638-0136
Homan Square Cafe 3333 W Arthington St Chgo 60624 773 638-5820
Homan Square community Center
3317 W Arthington St Chgo 60624
Homburger Thomas C aty
70 W Madison St Chgo 60602 ..............................312 372-1121
Home Advantage Plus LLC
310 S Peoria St Chgo 60607 ...............................312 433-6488
Home Amusement Co 649 W Webster Ave Chgo 60614 773 327-0350
Home Analysis Group Rosalie
Chicago Tel No 312 551-1400
Home Analysis Group
2860 N Pine Grove Ave Chgo 60657 ...................773 929-4243
Home Appliances Sales & Service
3318 S Halsted St Chgo 60608 ............................773 924-4113

**HOME APPRAISAL SERVICES LLC**
**6686 Broadway Suite #1**
**Mrlvie IN 46410.........219 796-9133**

Home Art Guild Research Center
35 E Wacker Dr Chgo 60601 ...............................312 726-7426
Home Assurance Inspection Inc
70 W Madison St Chgo 60602 ..............................312 696-1998
Home & Away Condo Svc
405 N Wabash Ave Chgo 60611 ..........................312 822-0151
Home Barnes Investments
222 S Riverside Plz Chgo 60606
Home Care Medical Supplies
5686 N Kimball Ave Chgo 60659 .........................773 588-0012

**HOME CARE PLUS**
**2008 W Foster**
**Chgo 60625..........773 267-5123**

Home Care Plus Inc Chgo ....................................773 784-7848
Home Care Plus Inc Chgo ....................................773 784-6523
Home Care Plus Inc 2908 W Foster Ave Chgo 60625 773 784-1623
Home Care Service-South & West Inc
4830 W 126th Pl/Alsip 60803 Toll Free '1' ...........800 310-5133

**HOME CARE SERVICES OF**
**ILLINOIS**
**Call..........773 477-7792**

Home Care Specialists Inc Chgo ..........................773 427-4700
Home Carpet & Linoleum Center
3071 N Lincoln Ave Chgo 60657 .........................773 528-3390
Home Carpet One Chgo 60657 .............................773 528-3355
Home Carpet One 3071 N Lincoln Ave Chgo 60657 ..773 935-9314
Home Carpet One 1363 N Milwaukee Ave Chgo 60622 312 254-0840

**HOME CARPET ONE**
**3071 North Lincoln Ave**
**Chgo 60657..........773 598-5100**

Home City Ice
1125 International Pkwy Woodridg 60517 ...Chicago Tel No 773 235-3897
Home City Ice
1125 International Pkwy Woodridg 60517 ...Chicago Tel No 773 235-3892
Home City Ice
1125 International Pkwy Woodridg 60517 ...Chicago Tel No 773 235-3325
Home Comfort 102 W Division St Chgo 60622 .........773 278-4796
Home Condominium Remodeling Center
10918 S Bell Ave Chgo 60643 ..............................773 238-7166
Home Accessories Collection
2665 N Halsted St Chgo 60614 ............................773 472-7740
Home Delivery Transportation
9751 S Charles St Chgo 60643
Home Depot 7019 N Cicero Ave Chgo 60646 .........773 298-8510
Home Depot 1300 S Clinton St Chgo 60607 ...........312 850-4855
Home Depot 1300 S Clinton St Chgo 60607 ...........312 850-8100
Home Depot 2803 N Kimball Ave Chgo 60618 ........773 463-6385
Home Depot 8211 N Lincoln Ave Chgo 60659 ........773 588-5828
Home Depot 1232 W North Ave Chgo 60622 ..........773 486-9200
Home Depot 4555 S Western Blvd Chgo 60609 ......773 247-4766
Home Depot Inc The 200 W 87th St Chgo 60620 ....773 602-1301
Home Depot The 2555 N Normandy Ave Chgo 60707 773 889-7290
Home Direct USA
300 S Marshfield Rd Hrzlct 61257 Toll Free '1' ....800 611-6302

**HOME DIRECT USA**
300 S Marshfield Rd Hrzlcrt 61257 Toll Free '1' ....800 805-3471
Home Discovery Inc 1214 W Webster Ave Chgo 60614 773 388-0077
Home Discovery Inc 1214 W Webster Ave Chgo 60614 773 348-8993
Home Discovery Inc 1214 W Webster Ave Chgo 60614 773 404-0170
Home Dream Furniture
3837 W Lawrence Ave Chgo 60625 .....................773 583-3709
Home Electronics 6042 N Clark St Chgo 60626 ......773 338-9970
Home Element 600 W Michigan Ave Chgo 60611 ....312 787-3358
Home Element 600 W Michigan Ave Chgo 60611 ....312 787-3356
Home Entertainment Design
1864 Johns Dr Glnvw 60025 Toll Free '1' ............800 533-6873
Home Environment Center
2831 N Halsted St Chgo 60657 ...........................773 262-5000
Home Express Mortgage Corporation
8337 W Wrightwood Ave Chgo 60707 .................773 248-0800
Home Family Mortgage Corp
5307 Butterfield Rd Downers Grv 60515 Toll Free '1' ..800 317-9727

**HOME FINANCIAL GROUP INC**
**6057 W Belmont Avenue**
**Chgo 60634.........773 237-4822**

Home First Financial
2902 N Central Park Ave Chgo 60647 .................773 394-0300
Home Foods 3319 W Chicago Ave Chgo 60651 ......773 826-5734
Home For Destitute Crippled Children
333 N Michigan Ave Chgo 60601
Home Furnishings Consultants Ltd
5300 S Michigan Ave Chgo 60615 ......................312 922-7200
Home Furniture Design
5921 W Dickens Ave Chgo 60639
Home Health Of Illinois 5661 N Pulaski Rd Chgo 60630 773 539-1251
Home Helpers Chgo ..............................................773 582-9388
Home Improvement Specialties
35357 N Hwy 45 14 Villa 60046 Toll Free '1' ......800 540-9436
Home Inc 180 Station Chgo ...................................312 527-1050
Home Inspection Of Illinois
3933 W Belmont Ave Chgo 60618 .......................312 332-1030

**HOME INSPECTOR**
**CONSULTANTS INC**
**Call..........312 364-0190**

Home Inspectors The Chgo ....................................773 445-3448
Home Instead Senior Care
2904 W Belmont Ave Chgo 60618 ......................773 238-2890
Home Instead Senior Care
Palos Hls 60465 ........................Chicago Tel No 773 445-3448
Home Instead Senior Care
2804 W Belmont Ave Chgo 60618 ......................773 463-3500
Home Instead Senior Care
4736 N Marine Dr Chgo 60640 ...........................773 784-4024
Home Instead Senior Care
1515 S Michigan Ave Chgo 60605 .....................312 326-1367
Home Instead Senior Care
1515 S Michigan Ave Chgo 60605 .....................312 386-1363
Home Insurance Company
123 S Riverside Plz Chgo 60606
Home Lending Corp 2909 W 59th St Chgo 60629 ....312 559-9500
Home Line 3410 W Division St Chgo 60651 ...........773 252-8700
Home Liquors Food Mart 301 E 61st St Chgo 60637 773 363-0471
Home Loan Center The 400 W State St Chgo 60610 773 284-1600
Home Loan Experts
2333 W Cermak Rd Chgo 60608 .........................773 890-7700
Home Loan Experts 2333 W Cermak Rd Chgo 60608 773 633-1914
Home Loan Financial Group
4415 W Milwaukee Ave Chgo 60630
Home Made Pizza 2900 W Armitage Ave Chgo 60647 773 248-2900
Home Market Realty Inc
5640 S Harlem Ave Chgo 60638 .........................773 788-9999
Home Max Builders Inc
7703 W Belmont Ave Elmwd Pk 60707 ...............708 452-8440
Home Medical Equipment
7435 W Talcott Ave Chgo 60631 ........................773 792-5021
Home Medical Pharmacy & Supply Inc
4937 W Fullerton Ave Chgo 60639 .....................773 745-1440
Home Medical Pharmacy & Supply Inc
4937 W Fullerton Ave Chgo 60639 .....................800 372-3272
Home Menders Plus Ref Grv 60171 ......................708 583-1229
Home Mission Apostolic Church Of God
7353 S Halsted St Chgo 60621 ...........................773 874-2600
Home Network Realty Inc Chgo ............................773 293-4580
Home Of Life Community Development Corp
4650 W Madison St Chgo 60644 .........................773 626-8665
Home Of The Hoagy 1312 W 111th St Chgo 60643 ..773 238-7171
Home Owners Agency Inc
735-B Michelle Dr Crvelh IL 60414 .....Chicago Tel No 773 631-2113
Home Owners Assistance Assoc
300 S Wells St Chgo 60606
Home Owners Bargain Outlet Hobo
4052 W Grand Ave Chgo 60651 .........................312 229-5677
Home Owners Life Ins Co
307 N Michigan Ave Chgo 60601
Home Owners Realty 5812 W Grand Ave Chgo 60639 312 346-8100
Home Owners Realty 5812 W Grand Ave Chgo 60639 312 346-0140
Home Preview Channel 605 N La Salle Dr Chgo 60610 312 670-0633
Home Pride Real Estate Inc
5860 W Irving Park Rd Chgo 60634 ....................773 736-0044
Home Products Int'l Inc 4501 W 47th St Chgo 60632 773 890-1010
Home Products International Inc
4501 W 47th St Chgo 60632 ..............................773 890-1010
Home Quest 5900 N Clark St Chgo 60660 ............773 878-3010
Home Raters Highwd 60035 .................................773 579-0808
Home Raters Highwd 60035 ......Chicago Tel No 773 579-0808
Home Rebuilders Inc 2926 147th Posen Toll Free '1' 800 745-5556
Home Rebuilding & Construction
5836 W Grand Ave Chgo 60639 .........................773 622-3970
Home Repair Specialist Chgo ...............................773 549-6800
Home Repair Specialists 7406 W Addison Toll Free '1' 800 952-7737
Home Repair Specialists
7406 W Addison St Chgo 60634 Toll Free '1' .......888 260-7837
Home Run Inn Pizza 4254 W 31st St Chgo 60623 ..773 247-9696
Home Run Inn Pizza 6221 S Archer Ave Chgo 60638 773 581-0330
Home Run Technology 3025 N Halsted St Chgo 60657 773 477-2000

Home Safe Rolling Shutters
551 E 75th St Chgo 60619 .................................773 783-2105
Home Safe Security Rolling
2100 W 63rd St Chgo 60636
Home Service Upholstery
3209 W Fullerton Ave Chgo 60647 .....................773 376-9953
Home Site Realty Inc
6225 N Milwaukee Ave Chgo 60646 ...................773 891-4425
Home Solution Builders 4122 Octavia Ave Nordp ...708 456-9360
Home Solution Group 404 E 87th Chgo 60619 ......773 651-9460

**HOME SQUAD 2411 N Marshfield**
**Chgo 60614.........773 868-4663**

Home Staff 800 W North ........................................312 951-2493

**HOME STAFF INC**
**5517 N Cumberland #915**
**Chgo 60656.........773 467-6002**

Home Star Group The
4646 N Hermitage Ave Chgo 60640
Home Stretch Inn 2222 Rivers Rd Riv Grv 60171 ...708 453-7789
Home Stretch Inn 2222 Rivers Rd Riv Grv 60171 ...708 453-0016
Home Sweet Home 4618 N Lincoln Ave Chgo 60625 773 334-6700
Home-Sweet-Home Child Care
3535 W Lawrence Ave Chgo 60625 ...................773 286-0078
Home Techs 2 Inc 2602 W Lawrence Ave Chgo 60625 773 989-7642

Home Therapy Associates Ltd
4239 W 95th St Oak Lwn 60453 Toll Free '1' .......800 684-3774
Home Thinkers 55 W Jackson Blvd Chgo 60604 ....312 386-9819
Home Town Promotions
4001 Roberts Rd 64D La Toll Free '1' ..................888 504-4001
Home Trade Realty 5120 W Irving Park Rd Chgo 60641 773 777-8828
Home View Realty Inc
5493 N Milwaukee Ave Chgo 60630
Home-Wern Construction
835 Cpg Crr Dr Schmbrg Toll Free '1' ................800 300-1574
Home Wizards 6149 S Stony Island Ave Chgo 60637 773 356-9749
Homebuyers Real Estate Inc
16540 S Western Ave Chgo 60655 ....................773 233-9500

**HOMECARE ASSISTANTS**
**1200 Central Ave**
**Wllmtte 60091.........847 328-2000**
**www.homecareassistants.com**

**HOMECARE OF MIDWEST**
**2934 Central St**
**Evnstn 60201.........847 556-1700**
**www.homecareofmidwest.org**

HomeCare Solutions Inc .......................................773 229-9300
Homecom Communications
222 Merchandise Mart Plz Chgo 60654 .............312 663-4500
Homecrafters Enterprises
5623 S Mason Ave Chgo 60638 .........................773 585-5911

**HOMECRAFT CONSTRUCTION**
**9449 S Halsted**
**Chgo 60620.........773 846-2440**

**HOMECRAFT FENCING**
**9449 S Halsted**
**Chgo 60620.........773 846-2440**

Homedics 1810 S Dixie Chgo 60615
Homefinders 5411 W Lawrence Ave Chgo 60630 ....312 842-8271
Homefinders Development Co
8225 N Milwaukee Ave Chgo 60646 ...................773 286-6638
Homefront Innovations Chgo .................................773 508-3102
Homefurnishers Stavers Grv
Chicago Tel No 312 827-0000
Homekrafters 550 Beverly Ly 60172 60010 Toll Free '1' 800 804-7069
Homeland Center 4838 N Western Ave Chgo 60625 773 506-8570
Homeland Food Market
4046 N Broadway St Chgo 60613
Homeland Market 6044 N Broadway St Chgo 60660 773 973-1445
Homeland Gas 3007 W 63rd St Chgo 60629 .........773 778-7140
Homeland Security Services
5245 S Menard Ave Chgo 60638 .......................773 838-8786
Homelife Furniture Store
7601 S Cicero Ave Chgo 60652 ........................773 284-3441
Homelife Furniture Store
4730 W Irving Park Rd Chgo 60641 ...................773 202-2001

**HOMELIFT INC**
**Call..........312 850-4109**

HomeLinks Healthcare Ltd
7257 W Touhy Ave Chgo 60631
Homelink Health Services Inc
5241 N Elston Ave Chgo 60630 .........................773 631-5633
Homeloans 4 USA 500 N Michigan Ave Chgo 60611 773 627-7588
Homemade Pizza Co 1546 E 55th St Chgo 60615 ..773 493-6020
Homemade Pizza Co 3230 N Broadway St Chgo 60657 773 549-2100
Homemade Pizza Co 3240 N Lincoln Ave Chgo 60657 773 529-9600
Homemade Pizza Co 1933 W Wabansia Ave Chgo 60622 773 342-0600
Homemakers Supply 3415 N Cicero Ave Chgo 60641 773 463-7484
Homemart Realty 4650 W Archer Ave Chgo 60632 ..773 588-1065
Homeowners Advantage Construction
6050 W Montrose Ave Chgo 60634 ...................773 545-8188
Homeowners Assoc 600 W Liberty Dr Chgo 60611 ..312 642-4600
Homeowners Association Credit Union
6050 W Montrose Ave Chgo 60634
Homeowners Realty Inc
116 W 95th St Chgo 60628
Homepack-DOMA Moving & Storage
2509 S State St Chgo 60616 .............................312 957-4657
Homepro Realty 5040 W Diversey Ave Chgo 60639 773 725-0053

**HOMER GWINN & COMPANY**
**10001 South Western Avenue**
**Chgo 60643.........773 445-1600**

Homer Homes 2724 W Sheridan Ave Chgo 60645 ..773 761-2713
Homer Homes 4847 N Western Ave Chgo 60625 ....773 303-0790
Homer Paul aty 203 N La Salle St Chgo 60601 .......312 368-7002
Homer Wright 5450 S Morgan St Chgo 60609 .......773 783-4804
Homeroom Project 2440 W Hubbard St Chgo 60612 312 433-9089
Homers 5 8919 S Commercial Ave Chgo 60617 ....773 721-1616
Homers Satellite Tv of America
2300 W Fullerton Ave Chgo 60647 .....................312 666-8020
Homesavers Inc 6139 N Crestial Ave Chgo 60631 ...773 775-4100
Homescape Construction
21299 N 75th Ave Elmwd Pk 60707 ..................708 453-4286
Homescape Construction
21299 N 75th Ave Elmwd Pk 60707 ..................708 455-0065
Homes For Sale by Owner Inc
4759 W 95th St Oak Lwn 60453 ........................773 935-5607
Homes 4 You 2140 W Devon Ave Chgo 60659 .....773 338-5540
Homes Of The Riversedge
2860 N Sheffield Ave Chgo 60657
Homes Owners Assistance Assoc
300 S Wells St Chgo 60606 ...............................773 486-5505
Homes Satellite Tv of America
2300 W Fullerton Ave Chgo 60647
Homeward Pharmacy Services
2003 W Fullerton St Chgo 60614 .......................312 666-8020
Homewatch 1299 N Crestial Ave Chgo 60631 .......773 767-3447
Homeward Electric Company
6230 S Sayre Ave Chgo 60638 .........................773 767-3447

Homethings 1500 S Westera Ave Chgo 60608 ......312 421-5436
Hometown America 150 N Wacker Dr Chgo 60606 ..312 499-3000
Hometown America 550 W Washington St Chgo 60661 312 499-7500
Hometown Christian Church Disciples Of Christ
6340 W 87th St Chgo 60620
Hometown Distributing Co Inc
4841 S California Ave Chgo 60632 .....................773 582-9206
Hometown Insurance Inc
3636 S Iron St Chgo 60609 ...............................773 247-4863
Hometown Services Chgo 60615 .........................773 924-5505

**HOMEVESTORS**
**Toll Free '1'.........800 765-3175**

Homeward Bound Inc
2757 W 55th St Chgo 60632
Homewise Builders Inc 2841 N Pulaski Rd Chgo 60641 773 777-2273
Homewood Amoco 2138 W 183rd Homewd Toll Free '1' 800 498-0429
Homewood Suites Motel 40 E Grand Ave Chgo 60611 312 644-2222
Homework Mastery Center The
1424 E 53rd St Chgo 60615
Homey 3636 N Lincoln Ave Chgo 60613 ...............773 244-2555
Homes Surplus 5220 S Pulaski Rd Chgo 60632 ....773 884-2555
Homestead Beauty 905 S Cottage Grove Ave Chgo 60628 773 238-3175
Hom Company 222 Merchandise Mart Plz Chgo 60654 312 467-0726
Hon Kee Restrnt 1064 W Argyle St Chgo 60640 ....773 878-4650
Honan Construction 1445 W Belmont Ave Chgo 60657 773 529-4802
Honda Car 6600 N Western Ave Chgo 60645 ........773 274-1500
Honda City 4899 S Pulaski Rd Chgo 60632 ..Chicago Tel No 773 582-9190
Honda City 4889 S Pulaski Rd Chgo 60632 ...........773 847-3390
Honda City 4950 S Pulaski Rd Chgo 60632 ...........773 284-6165
Honest Engine Toll Free '1' ...................................800 481-8863
Honest Foods Inc 5408 N Elston Ave Chgo 60630 ..773 777-3255
Honey Baked Ham Co
3018 N Western Ave Chgo 60618
Honey Baked Ham Co 6815 S Stony Island Ave Chgo 60617 773 734-9700
Honey Baked Ham Co
3018 N Western Ave Chgo 60618 Toll Free '1' .....888 540-4497
Honey Bear Ham Company
1100 W Grand Ave Chgo 60622
Honey Bear Nursery & Kindergarten Inc
417 W 86th St Chgo 60620
Honey Bee Owners Assoc
8647 W Foster Ave Chgo 60656
Honey Bee Support Center The
3320 W Crystal St Chgo 60651 .........................773 278-0756
Honey Comb Barber & Beauty
2453 E 79th St Chgo 60649
Honey Don't Forget the Milk Grocery & Deli
11 W Harrison Chgo
Honey One 8882 224 N Western Ave Chgo 60647 ...773 227-0044
Honey Sales Co 332 W Newport Ave Chgo 60657 ..773 472-5936
Honey Tree Early Learning Center
301 N Clark St Chgo 60601
Honey Tree Learning Center
1225 S State St Chgo 60605 ..............................312 553-9100
Honeybaked Ham Company The
Chgo
8150 S Cicero Ave Chgo 60652
Honeychild 8883 224 N Western Ave Chgo 60647 ..773 602-9700
Honeybear Haven 8701 S Saginaw Ave Chgo 60617 773 934-9814
Honeybee's House Of Learning
8512 S Ingleside Ave Chgo 60619
Honeychild 735 N LaSalle Dr Chgo 60610 ............773 498-8035
Honeycomb 736 N LaSalle St Chgo 60610 ............312 573-1300
Honeycomb The 2547 W 71st St Chgo 60629 .......773 918-1846
Honeycutt Printing Serv
Cokgm Gate 1138 W Argyle St Chgo 60640 ........773 271-6508
Honeywell
Home & Building Control
National Customer Assistance Center Toll Free '1' ...888 466-9993
Honeywell 435 W Erie St Chgo 60610 ...................312 932-0529
Honeywell 629 W Sheridan Rd Chgo 60613 ...........773 529-6844
Honeywell Security 214 W Huron St Chgo 60654 ...312 733-3800
Honeywell Security 2020 W Rice St Chgo 60622 ....773 252-5837
Hong David T 104 S Michigan Ave Chgo 60603 .....312 263-9463
Hong David T 209 S State St Chgo 60604 ............312 583-1019
Hong Duk Nam 340 3930 W 26th St Chgo 60623 ...773 254-0853
Hong Sarah DDS 636 Church St Evnstn 60201 ......312 902-4500

**HONG HUAH CHINESE**
**RESTAURANT**
**5924 W Fullerton Ave**
**Chgo 60639.........773 889-4800**

Hong Jenny MD 203 N Calumet Ave Chgo 60614 ...773 929-2260
Hong Kong Bay Chinese Restaurant
1531 W Wells St Chgo 60613
Hong Kong Buffet 649 N McCormick Rd Chgo 60645 773 649-0888
Hong Kong Clothier & Tailors
540 N Michigan Ave Chgo 60611
Hong Kong Club 228 W Cermak Rd Chgo 60616 ....312 644-0663
Hong Kong Custom Made Suits
540 N Michigan Ave Chgo 60611
Hong Kong Delight III Inc
1238 S Canal St Chgo 60602
Hong Kong Express 627 E 35th St Chgo 60616 .....312 491-8318
Hong Kong Express 627 E 35th St Chgo 60616 .....312 842-2929
Hong Kong Garden 215 W 23rd Chgo 60616
Hong Kong Express 2703 W Cermak Rd Chgo 60608 312 842-9599
Hong Kong Fashion 1927 W Argyle St Chgo 60640 773 271-1812
Hong Kong Lion 3004 N Cicero Ave Chgo 60641 ...773 777-6012
Hong Kong Maid 222 Merchandise Mart Chgo 60654 312 642-0480
Hong Kong Oriental Delicacies
2425 S Wallace St Chgo 60616
Hong Kong Sea Buffet Chgo 60632 ......................312 791-9111
Hong Kong Gua Fa Beauty
2243 S Wentworth Ave Chgo 60616 .................312 225-0569
Hong Kong Restaurant
2757 W 55th St Chgo 60632
Hong Kong Seafood Restaurant
3740 W Southport Ave Chgo 60613
Hong Kong Taste 8511 S Clark St Chgo 60609 .......773 436-7250
Hong Kong Taste 8511 S Clark St Chgo 60609 .......773 436-7255
Hong Kong Trading Development Council
333 N Michigan Ave Chgo 60601 .....................312 726-4515
Hong Kyung DD 371 W Lawrence Ave Chgo 60625 312 583-1010
Hong Nancy MD 5850 S Harper Ave Chgo 60637 ...773 684-2200
Hong Ning LM MD 328 W 64th St Chgo 60621 ......773 476-1095
Hong Xiang Bakery 1139 W Argyle St Chgo 60640 773 561-0289

# ⬛ Switchboard® Your Digital Directory

| Find a Business | Find a Person | Maps & Directions | Search by Phone | Area & Zip Codes |

| Business Name or Category | Location | Within |
|---|---|---|
| Shutters | City of Chicago, IL | |

## Home Safe Rolling Shutters

(773) 783-2105
555 East 75th Street Chicago, IL 60619

More Information
Driving Directions



Send to your phone    Print View

On Click: ● Recenter ○ Zoom IN

▼ **More Information**

**Home Safe Rolling Shutters**
555 East 75th Street Chicago, IL 60619

| Phone: | (773) 783-2105 |
|---|---|
| Payment Options: | All Major Cards Accepted, American Express, Master Card, VISA |
| Business Categories: | Awnings Canopies & Shade Structures, Shutters Retail |

▶ **Driving Directions**

Some business data provided by infoUSA, Inc. Copyright ® 2007



08CV1718          TC
JUDGE COAR
MAGISTRATE JUDGE DENLOW

# EXHIBIT F

## Potts, Rita

**From:**   Jim Miller [jmiller@qmiusa.com]
**Sent:**   Tuesday, September 12, 2006 8:13 AM
**To:**     'Darryl Hicks'
**Subject:** RE: Copyright material

The law classes I took at Northern and our attorney's are family members. Did you ever meet my sister Joanell or her husband Jim? Want to?

The brochure on your website.

I am not screwing around here Darryl. I don't take kindly to our stuff being stolen and used to represent others.

Shut it down today.

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 7:53 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

What school of law did you go to, and what brochure are you talking about?

*Jim Miller <jmiller@qmiusa.com>* wrote:
So are you saying you used your brochure on the website to sell all of those customers and didn't use my brochures?

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 5:06 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

ok see ya in Atlanta

*Jim Miller <jmiller@qmiusa.com>* wrote:
The word on the street was there was a large settlement because of a death in the family.

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 4:58 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

settlement? I wish

*Jim Miller <jmiller@qmiusa.com>* wrote:
And a large settlement?

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 4:55 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

2/18/2008

How do you think I was able to start www.cafetrinidad.com, remember think and grow rich. Thank god for shutters.

*Jim Miller <jmiller@qmiusa.com>* wrote:
Yep.

---

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 4:48 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

come on you are a computer guy why should I go through all that. Do you think I would still be around without a customer base.

*Jim Miller <jmiller@qmiusa.com>* wrote:
Whatever. Start importing addresses.

---

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 4:40 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

If you have remote control access I will allow you to access my system and show you, this way you can see ingenious.net.

*Jim Miller <jmiller@qmiusa.com>* wrote:
Yeah, let me see the files. What are you worried about? Even I can't sell people who have already been sold. Anyway, that's not the point. Prove what you say.

I'm calling you on it.

Prove it.

---

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 4:14 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

How, give you my data. How about just asking St Clair  he knows.

*Jim Miller <jmiller@qmiusa.com>* wrote:
Yep at 12 years that would be 420 customers a week with an average of over 1 new customer a week. Yeah I don't buy it.

Prove it. Simple enough.

---

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 3:54 PM

2/18/2008

**To:** Jim Miller
**Subject:** RE: Copyright material

you would be surprised if you only knew. its been over 12 years, but I stll think you have the best shutter mind out there, remember I learned from the best.


*Jim Miller <jmiller@qmiusa.com>* wrote:

5000 customers? Come on.

---

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 3:25 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

Ok Mr. Jim I will research my site and make any update asap.

As you already know I am working with several large venders with my software system, so I already have there permission to use any information I need, but since I have over 5000 currenty customers, I think I have enough info.


*Jim <jmiller@qmiusa.com>* wrote:

Anything that is not yours!

Especially anything that is owned by QMI or Alulux, or for that matter, anyone else.

It is your responsibility to make sure stuff isn't stolen.

---

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 2:40 PM
**To:** Jim Miller
**Subject:** Re: Copyright material

Mr. Jim Miller

Please detail exactly what items you are talking about, and I would be happy to remove it.

Thanks
Darryl A. Hicks


*Jim Miller <jmiller@qmiusa.com>* wrote:

Darryl

Get my stuff off your website and get that brochure off your

2/18/2008

website with my graphics. If I find out you give out another brochure with my stuff on it, and don't get that stuff off your website after today, it will give me a perfect opportunity to see you in court. Quit using other people's stuff. It is theft.

My sister in law will have to make up her own mind what she wants to do.

Jim Miller
President