# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Qualitas Manufacturing Incorporated, d/b/a | ) | |
| QMI Security Solutions, d/b/a HomeSafe | ) | |
| Rolling Shutters | ) | Case No. 08 cv 1718 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Coar |
| | ) | |
| Darryl Hicks, individually, and Chicagone | ) | |
| Developers, Inc., d/b/a The Shutter Man, | ) | |
| d/b/a Home Safe Rolling Shutters | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.3

Plaintiff Qualitas Manufacturing Incorporated, by its undersigned attorneys, hereby certifies that a copy of the Court's notice and materials regarding the voluntary mediation program for Lanham Act cases was forwarded to Defendants Darryl Hicks and Chicagone Developers, Inc., via United Parcel Service, on April 9, 2008.

Respectfully submitted,

**Qualitas Manufacturing Incorporated**

By: /s/Douglas A. Henning
One of Its Attorneys

*Attorneys for Plaintiff,* Qualitas Manufacturing Incorporated
Anthony Nimmo/6195174
Douglas A. Henning/6289724
ICE MILLER LLP
200 W. Madison Street
Suite 3500
(312) 726-1567