UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a HomeSafe Rolling Shutters ) ) ) | ) Case No. 08 cv 1718 |
| Plaintiff, ) | ) |
| v. ) | ) Judge Coar |
| Darryl Hicks, individually, and Chicagone Developers, Inc., d/b/a The Shutter Man, d/b/a Home Safe Rolling Shutters ) ) ) ) | ) |
| Defendants. ) | ) |

## NOTICE OF FILING

TO:　Roderick Sawyer
　　　Law Offices of Roderick Sawyer
　　　2325 South Michigan Avenue
　　　Chicago, Il 60616

PLEASE TAKE NOTICE that on April 10, 2008, we filed with the Clerk of the above Court, on behalf of Plaintiff Qualitas Manufacturing Incorporated's CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.3, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**Qualitas Manufacturing Incorporated**

　　　　　　　　　　　　　　　　　　By: /s/Douglas A. Henning
　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

*Attorneys for Plaintiff,* Qualitas Manufacturing Incorporated
Anthony Nimmo/6195174
Douglas A. Henning/6289724
ICE MILLER LLP
200 W. Madison Street, Suite 3500
(312) 726-1567

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has served on the following via regular mail, on this 10th day of April, 2008:

>Roderick T. Sawyer
>Law Offices of Roderick T. Sawyer
>2325 South Michigan Avenue
>Chicago, IL  60616


>/s/Douglas A. Henning
>Douglas A. Henning

C/64679.1