## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Qualitas Manufacturing Incorporated, d/b/a | ) | |
| QMI Security Solutions, d/b/a HomeSafe | ) | |
| Rolling Shutters | ) | |
|           Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 cv 1718 |
| | ) | Judge Coar |
| Darryl Hicks, individually, and Chicagone | ) | Magistrate Judge Denlow |
| Developers, Inc., d/b/a The Shutter Man, | ) | |
| d/b/a Home Safe Rolling Shutters | ) | |
| | ) | |
|           Defendants. | ) | |

## DECLARATION OF DOUGLAS A. HENNING IN SUPPORTOF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

I, DOUGLAS A. HENNING, declare:

1.     I am an attorney licensed to practice law in Illinois.  I represent Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a HomeSafe Rolling Shutters ("QMI") in the above-captioned litigation.  The following information is set forth of my own personal knowledge, and, if called as a witness, I could and would testify competently to the following facts.  I offer the following declaration testimony in support of QMI's Motion for Entry of Default Judgment.

2.     Attached hereto as Exhibit A is a true and accurate copy of the Complaint filed in this case on March 24, 2008.

3.     Attached hereto as Exhibit B is a true and accurate copy of the April 9, 2008 letter sent to Roderick T. Sawyer that enclosed the Complaint, the Summons to

Darryl Hicks, the Summons to Chicagone Developers, Inc., and the Waiver of Service of Summons.

4.    Attached hereto as Exhibit C is a true and accurate copy of the April 10, 2008, affidavit of William Donahue attesting to service of process upon Defendant Hicks.

5.    Attached hereto as Exhibit D is a true and accurate copy of the Waiver of Service of Summons, executed on April 28, 2008 by Roderick T. Sawyer, the Registered Agent of Defendant Chicagone Developers, Inc., and purported attorney for Defendants.

6.    Attached hereto as Exhibit E is a true and accurate copy of QMI's counsel's May 20, 2008, May 22, 2008, and June 3, 2008 emails to Mr. Sawyer.

7.    Attached hereto as Exhibit F is a true and accurate copy of Mr. Sawyer's May 22, 2008 email to Douglas A. Henning.

8.    I declare under penalty of perjury under the laws of the State of Illinois, and the laws of the United States of America, that the foregoing is true and correct. Executed this 13th day of June, 2008 at Chicago, Illinois.


By: _____
    Douglas A. Henning


*Attorneys for Plaintiff,* Qualitas Manufacturing Incorporated
Anthony Nimmo/6195174
Douglas A. Henning/6289724
ICE MILLER LLP
200 W. Madison Street
Suite 3500
Chicago, IL  60606-3417
(312) 726-1567

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Qualitas Manufacturing Incorporated, d/b/a ) <br> QMI Security Solutions, d/b/a HomeSafe ) <br> Rolling Shutters ) <br>                 Plaintiff, ) <br> ) <br>      v. ) <br> ) <br> Darryl Hicks, individually, and Chicagone ) <br> Developers, Inc., d/b/a The Shutter Man, ) <br> d/b/a Home Safe Rolling Shutters ) <br> ) <br>              Defendants. ) | FILED: MARCH 24, 2008 <br> 08CV1718       TC <br> JUDGE COAR <br> MAGISTRATE JUDGE DENLOW <br><br> No. _____ <br><br> <u>JURY TRIAL DEMANDED</u> |

### COMPLAINT

Plaintiff Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a HomeSafe Rolling Shutters ("QMI"), for its Complaint against Defendants Darryl Hicks, individually, and Chicagone Developers, Inc. d/b/a The Shutter Man, d/b/a Home Safe Rolling Shutters ("Chicagone," together, with Mr. Hicks shall be referred to as the "Defendants") alleges as follows:

### JURISDICTION AND VENUE

1.     This is an action for trademark infringement, unfair competition and false designation of origin under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, as amended, false designation of origin in violation of the Uniform Deceptive Trade Practices Act, 815 ILCS 510/2(2), 510/2(3), 510/2(5) and 510/2(12), unfair competition arising under Illinois common law, and copyright infringement under the Federal Copyright Act, 17 U.S.C. § § 501 et seq.

2.     Original federal question jurisdiction is vested in this Court under Section 39 of the Lanham Act, 15 U.S.C. § 1121, the Federal Copyright Act, 17 U.S.C. § 501 et seq., and

Sections 1338(a) and (b) of the United States Judicial Code, 28 U.S.C. §§ 1331 and 1338(a) and (b). This Court has pendent jurisdiction over all related state law claims pursuant to 28 U.S.C. § 1338(b). This Court further has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. 1367.

3.    This Court has personal jurisdiction of the Defendants because the Defendants conduct business by or through the manufacture, marketing, advertising, promoting, and/or selling of goods in this judicial district, and/or because the acts complained of occurred in this judicial district, and/or the effect of Defendants' conduct has an effect in this judicial district by harming intellectual property owned by a resident of this judicial district.

4.    Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claim occurred in this judicial district and/or under 28 U.S.C. § 1391(c).

## THE PARTIES

5.    Plaintiff QMI is a corporation organized and existing under the laws of the state of Illinois, with its principal place of business at 1661 Glenlake Avenue, Itasca, Illinois 60143. QMI is in the business of manufacturing, selling, and installing a variety of products for the protection of homes and businesses throughout North America and the Caribbean.

6.    Upon information and belief, Defendant Chicagone Developers, Inc., d/b/a The Shutter Man, d/b/a Home Safe Rolling Shutters is a corporation organized and existing under the laws of the state of Illinois, with its principal place of business at 555 East 75th Street, Chicago, Illinois 60619. Upon information and belief, Chicagone is in the business of manufacturing, selling, and installing rolling shutters for the protection of homes and businesses throughout the Chicago metropolitan area.

7.    Upon information and belief, Defendant Darryl Hicks is an individual whose principal place of business is located at 555 East 75th Street, Chicago, Illinois 60619. Upon information and belief, Mr. Hicks is the President and sole shareholder of Defendant Chicagone.

## FACTS APPLICABLE TO ALL COUNTS

### Plaintiff QMI's Trademark Rights

8.    Since at least December 1994, Plaintiff QMI has continuously used the mark "HOMESAFE," in connection with the manufacture, sale, and installation of its full line of rolling shutters for use in homes and businesses. QMI's line of HOMESAFE ROLLING SHUTTERS provides its customers with the industry's best rolling shutters for protection against severe weather and burglary.

9.    QMI was founded in 1986. QMI started as a small family run business and has grown into the largest manufacturer of rolling shutters and related products throughout North America and the Caribbean.

10.    As QMI has grown, it has invested heavily in the development and promotion of its products. QMI owns the registration of the mark HOMESAFE, among others. The filing particulars for HOMESAFE include the following:

| Mark | Reg. No. | Reg. Date | Goods Covered |
|------|----------|-----------|---------------|
| HOMESAFE | 1867637 | December 13, 1994 | Rolling Window Shutters |

11.    The HOMESAFE registration was duly and legally issued and is valid and subsisting. Further, this registration is now incontestable pursuant to 15 U.S.C. § 1065. A true and accurate copy of this registration is attached as **Exhibit A**.

12.    QMI's federal registration of the HOMESAFE mark is prima facie evidence of QMI's exclusive right to use the mark for rolling shutters.

13.    QMI has spent significant time, energy, and resources on the advertising and promotion of their quality products, including products sold under the HOMESAFE mark.  As a result of the high quality standards and extensive advertising conducted by QMI, the HOMESAFE mark has become extremely well known in the relevant industry and is distinctive of the rolling shutters on which it is used.

14.    As a result of these efforts, QMI has developed substantial and valuable goodwill in connection with its HOMESAFE mark.

**Plaintiff QMI's Copyrights**

15.    In 1996, QMI created a work titled "QMI - Original Brochure," which contains a large amount of material wholly original to QMI and is copyrightable subject matter under the laws of the United States.

16.    QMI has complied in all respects with the Copyright Act and all other laws governing copyright, and has secured exclusive rights and privileges in and to the copyright of said work, and received from the register of Copyrights a certificate of registration, identified and dated as follows: Reg. No. VAu 682-206, June 24, 2005.  A true and accurate copy of Reg. No. VAu 682-206 is attached hereto as **Exhibit B**.

17.    QMI has at all times been and still is the sole owner of all rights, title and interest in and to the copyright in the work titled "QMI – Original Brochure."

18.    In 1996, QMI created a second work titled "QMI is Security," which contains a large amount of material wholly original to QMI and is copyrightable subject matter under the laws of the United States.

19.    QMI has at all times been and still is the sole owner of all rights, title and interest in and to the copyright in the work titled "QMI is Security."

20.    QMI has complied in all respects with the Copyright Act and all other laws governing copyright, and has secured exclusive rights and privileges in and to the copyright of said work, and received from the register of Copyrights a certificate of registration, identified and dated as follows: Reg. No. VA 1-306-271, September 1, 1996.  A true and accurate copy of Reg. No. VA 1-306-271 is attached hereto as **Exhibit C**.

### Defendants' Conduct

### Mr. Hicks' Former Relationship With QMI

21.    Defendant Mr. Hicks is a former employee of QMI.  Mr. Hicks worked for QMI from May 1990 to March 1995.

22.    QMI's President and CEO James Miller took a personal interest in Mr. Hicks and Mr. Hicks' family.  Mr. Miller acted as a mentor and friend to Mr. Hicks, teaching Mr. Hicks about the rolling shutter business.

23.    Mr. Miller and QMI also employed Mr. Hicks' brother and aunts, and helped other members of the Hicks family financially in times of need.

24.    In 1995, Mr. Hicks and his uncle St. Claire Gill started a competing rolling shutter business called Secure Rolling Shutter, with the help and support of QMI and Mr. Miller. Shortly after that, all business relations ceased between QMI and Secure Rolling Shutters and Mr. Hicks, Mr. Gill and Mr. Miller.

25.    On information and belief, in 2000, Mr. Hicks and Mr. Gill disbanded and discontinued joint operations of Secure Rolling Shutters.

26.    In 2000, Mr. Gill began operations as Southside Security Shutters.  Mr. Gill and Mr. Miller re-established business relationships.

27.    In 2000, QMI and Southside Security Shutters had a tacit understanding whereby Southside Security Shutters was permitted to use certain intellectual property owned by QMI,

including the HOMESAFE in its business name.  Southside Security Shutters then changed its name to "Southside HomeSafe."

### Defendants' Use of QMI's Intellectual Property

28.    Without authorization from QMI, Defendants are using QMI's HOMESAFE mark, the QMI Original Brochure, and the QMI is Security brochure  in connection with their marketing, advertising, promoting, and/or sale of rolling shutters.

29.    On or about September 11, 2006, Mr. Miller visited Defendants' website chicagone.com, and discovered Defendants' displaying portions of QMI's federally copyrighted advertising brochures.  Upon information and belief, Mr. Hicks is the Registrant of the domain name chicagone.com.

30.    Mr. Miller printed out pages of Defendants website containing portions of QMI's copyrighted advertising brochures.  True and correct copies of excerpts from Defendants' website containing unauthorized use of QMI's intellectual property are attached hereto as **Exhibit D**.

31.    Defendants have caused their telephone number and address to be listed under QMI's d/b/a "Home Safe Rolling Shutters" in print and internet telephone directories.  True and correct copies of print and internet telephone directories listing  Defendants' telephone number and address under the HOMESAFE mark and attached hereto as **Exhibit E**.

32.    QMI has made repeated attempts to obtain the Defendants' voluntary cessation of their use of QMI's intellectual property, including QMI's trademark HOMESAFE and its copyrighted material:

      a.   On or about September 11, 2006, Mr. Miller contacted Mr. Hicks via email and demanded that Defendants' immediately remove QMI's intellectual property from Defendants' website;

    b.  Mr. Hicks did not deny that Defendants' website contained QMI's intellectual property. Throughout a series of emails between Mr. Hicks and Mr. Miller, Mr. Hicks promised to remove all QMI intellectual property from Defendants' website (a copy of the emails exchanged between Mr. Miller and Mr. Hicks is attached hereto as **Exhibit F**); and

    c.  As of the date of this filing, Defendants' continue to use QMI's HOMESAFE mark, the QMI Original Brochure, and the QMI is Security brochure without QMI's consent.

33.    Upon information and belief, Defendants have no federal trademark applications or registrations for the mark HOMESAFE, or any other marks.

34.    Defendants' use of the name Home Safe Rolling Shutters is nearly identical, and confusingly similar to QMI's HOMESAFE mark.

35.    Upon information and belief, Defendants adopted the name Home Safe Rolling Shutters for the purpose of trading upon the goodwill symbolized by QMI's federally registered HOMESAFE trademark.

## COUNT I

### Federal Trademark Infringement
### (15 U.S.C. § 1114)

36.    QMI re-alleges paragraphs 1-35 as if fully set forth herein.

37.    QMI's HOMESAFE mark is a valid and protectable mark.

38.    Defendants' use of QMI's HOMESAFE mark is likely to cause confusion, mistake or deception among consumers as to the origin of Defendants' products sold under that mark, or to cause consumers to mistakenly believe that there is a connection, affiliation or sponsorship between Defendants' products, and QMI's HOMESAFE mark and products. Defendants' use of

QMI's HOMESAFE mark constitutes trademark infringement of QMI's registered HOMESAFE trademark in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

39.    By virtue of Defendants' acts, QMI has suffered and will continue to suffer irreparable harm unless Defendants is restrained by this Court; wherefore QMI is without an adequate remedy at law.

## COUNT II

### Federal Unfair Competition and False Designation of Origin
### (15 U.S.C. § 1125(a))

40.    QMI re-alleges paragraphs 1-39 as if fully set forth herein.

41.    Since February 1993, and long prior to Defendants' use of QMI's HOMESAFE mark, QMI has manufactured, marketed, and sold rolling shutters under its mark HOMESAFE.

42.    Defendants' aforementioned conduct is likely to cause confusion, mistake or deception among consumers as to the origin of Defendants' products sold under QMI's HOMESAFE mark.

43.    Defendants' aforementioned conduct is likely to cause consumers to mistakenly believe that there is a connection, affiliation or association between Defendants and their products, and QMI and its products or that Defendants' products were sponsored or approved by QMI.

44.    By virtue of Defendants' acts, QMI has suffered and will continue to suffer irreparable harm, unless Defendants is restrained by this Court; wherefore, QMI is without adequate remedy at law.

- 8 -

## COUNT III

### False Designation Of Origin Under
### The Uniform Deceptive Trade Practices Act
### (815 ILCS 510/2(2), 510/2(3), 510/2(5) and 510/2(12))

45.    QMI re-alleges paragraphs 1-44 as if fully set forth herein.

46.    Defendants' aforementioned acts, which are likely to cause confusion, mistake or deception of consumers as to the origin of Defendants' products or as to an affiliation, connection, sponsorship or association between Defendants and QMI, constitutes unethical and unfair method of competition in violation of the Uniform Deceptive Trade Practices Act, 815 ILCS 510/2(2), 510/2(3), 510/2(5) and 510/2(12).

47.    Defendants have willfully engaged in deceptive trade practices and Defendants' conduct constitutes an unfair method of competition.

48.    As a direct and proximate result of Defendants' willful, wanton and reckless engagement in deceptive trade practices, QMI has been damaged, and Defendants have been unjustly enriched, in an amount to be proved at trial for which damages and/or restitution and disgorgement are appropriate. QMI is additionally entitled to punitive damages. As a direct and proximate result of Defendants' conduct, QMI is further entitled to recover all proceeds and other compensation received or to be received by Defendants arising from Defendants' deceptive trade practices.

49.    By virtue of Defendants' acts, QMI has suffered and will continue to suffer irreparable harm, unless Defendants are restrained by this Court; wherefore, QMI is without an adequate remedy at law.

## COUNT IV

### Common Law Unfair Competition

50.    QMI re-alleges paragraphs 1-49 as if fully set forth herein.

- 9 -

51.     Defendants' acts, practices, and conduct, as alleged herein, constitute common law trademark infringement and unfair competition under the laws of the State of Illinois, in that Defendants have caused and continues to cause a likelihood of confusion, mistake, or misunderstanding as to the source or origin of Defendants' products and services.

52.     As a direct and proximate result of Defendants' infringement, QMI has been and is likely to be substantially injured in its business, including its goodwill and reputation, resulting in lost revenues and profits and diminished goodwill.

53.     QMI has no adequate remedy at law because the HOMESAFE mark is unique and represents to the public QMI's identity, reputation, and goodwill, such that damages alone cannot fully compensate QMI for Defendants' misconduct.

54.     By virtue of Defendants' acts, QMI has suffered and will continue to suffer irreparable harm, unless Defendants are restrained by this Court; wherefore, QMI is without an adequate remedy at law.

## COUNT V

### Infringement Of U.S. Copyright Reg. No. VAu 682-206

55.     QMI re-alleges paragraphs 1-54 as if fully set forth herein.

56.     With the full knowledge of QMI's rights, Defendants' have willfully infringed QMI's copyrights by reproducing, preparing derivative works, distributing, publishing, advertising, publicly displaying, works that contain the QMI – Original Brochure, or substantial material copied from QMI's copyrighted work .

57.     On information and belief, Defendants have committed these acts of infringement within this district, by distributing and publicly displaying the infringing copies herein.

58.     QMI has been damaged by Defendants' infringing acts, and these acts are continuing to damage AMI in such a manner that QMI has no adequate remedy at law.

## COUNT VI

### Infringement Of U.S. Copyright Reg. No. VA 1-306-271

59.     QMI re-alleges paragraphs 1-58 as if fully set forth herein.

60.     With the full knowledge of QMI's rights, Defendants' have willfully infringed QMI's copyrights by reproducing, preparing derivative works, distributing, publishing, advertising, publicly displaying, works that contain the QMI is Security brochure, or substantial material copied from QMI's copyrighted work .

61.     On information and belief, Defendants have committed these acts of infringement within this district, by distributing and publicly displaying the infringing copies herein.

62.     QMI has been damaged by Defendants' infringing acts, and these acts are continuing to damage AMI in such a manner that QMI has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff QMI Security Solutions, d/b/a HomeSafe Rolling Shutters respectfully prays that this Court:

63.     Issue a preliminary and permanent injunction restraining, enjoining, and prohibiting Defendants, their agents, servants, employees, officers, successors and assigns, attorneys, and all persons, firms, and corporations acting in concert or participation with Defendants or on Defendants' behalf, from:

    a.  Using QMI's HOMESAFE mark, or any other name, word or mark likely to cause confusion with QMI's HOMESAFE mark;

- 11 -

b.   Doing any other act likely to confuse, mislead or deceive others into believing Defendants or their products are affiliated with, emanate from, are connected with, sponsored by or approved by QMI; and

c.   Infringing Copyright Registration Nos. VAu 682-206 and VA 1-306-271 in any manner;

64.     Award QMI an equitable accounting of Defendants' profits and award damages in an amount yet to be determined but equal to treble the greater of Defendants' profits, QMI's actual damages or statutory damages, plus pre-judgment and post-judgment interest, costs and attorneys' fees associated with this action, pursuant to QMI's claims for trademark infringement and unfair competition under the Lanham Act, 15 U.S.C. § 1117; under the Uniform Deceptive Trade Practices Act, 815 ILCS 510/2(2), 510/2(3), 510/2(5) and 510/2(12); under Illinois' common law of unfair competition; and for copyright infringement under the Federal Copyright Act, 17 U.S.C. § 504;

65.     Require Defendants, in accordance with Section 36(a) of the Lanham Act, 15 U.S.C. § 1118, to deliver up to QMI for destruction all labels, signs, prints; packages, wrappers, receptacles, and advertisements in Defendants' possession or control bearing the HOMESAFE mark;

66.     Require Defendants, in accordance with Section 34(a) of the Lanham Act, 15 U.S.C. § 1116(a), to file with the Court and serve upon QMI, a report in writing, under oath, setting forth in detail the manner and form in which Defendants has complied with the terms of any injunction entered by this Court;

67.    Require Defendants, in accordance with the Federal Copyright Act, 17 U.S.C. § 503, to recall and impound all works that have been made or used in violation of QMI's exclusive rights and all molds or other articles by which such works may be reproduced;

68.    Award QMI its attorneys' fees under the Lanham Act, 15 U.S.C. § 1117(b), the Uniform Deceptive Trade Practices Act, 815 ILCS 510/3; and the Federal Copyright Act, 17 U.S.C. § 505; and

69.    Grant QMI such other and further relief as this Court deems to be reasonable, just, and equitable.

## JURY DEMAND

Plaintiff Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a HomeSafe Rolling Shutters, demands a trial by jury on all matters and issues triable by jury.

Respectfully submitted,

**Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a HomeSafe Rolling Shutters**


By:    ___/s/ Douglas A. Henning_____
           One of Its Attorneys


*Attorneys for Plaintiff,* Qualitas Manufacturing Incorporated
Anthony Nimmo/6195174
Douglas A. Henning/6289724
ICE MILLER LLP
200 W. Madison Street
Suite 3500
(312) 726-1567

C/62440.6

08CV1718          TC
JUDGE COAR
MAGISTRATE JUDGE DENLOW

# EXHIBIT A

Int. Cl.: 19

Prior U.S. Cl.: 12

Reg. No. 1,867,637

## United States Patent and Trademark Office

Registered Dec. 13, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## HOME SAFE

QUALITAS MANUFACTURING, INC. (ILLI-
NOIS CORPORATION)
551 NORTH GRANVILLE AVENUE
HILLSIDE, IL 60162

FOR: ROLLING WINDOW SHUTTERS, IN
CLASS 19 (U.S. CL. 12).
FIRST USE 2–16–1993; IN COMMERCE
2–16–1993.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SAFE", APART FROM THE
MARK AS SHOWN.

SN 74–318,640, FILED 9–29–1992.

SAMUEL E. SHARPER JR., EXAMINING AT-
TORNEY

08CV1718        TC
JUDGE COAR
MAGISTRATE JUDGE DENLOW

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 682-206**

EFFECTIVE DATE OF REGISTRATION

| 6 | 24 | 05 |
|---|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

Title of This Work ▼

*QMI - Original Brochure*

NATURE OF THIS WORK ▼ See Instructions

*Brochure*

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

NAME OF AUTHOR ▼

**a** *Qualitas Manufacturing Incorporated*

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in *USA*

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☒ Map          ☒ Technical drawing
☐ 2-Dimensional artwork        ☒ Photograph   ☒ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed   *1996*   Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____ Nation _____

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

*Qualitas Manufacturing Incorporated*
*1661 Glenlake Avenue*
*Itasca FL 60143*

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 24 2005
ONE DEPOSIT RECEIVED
JUN 24 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | DW | | FORM VA |
|---|---|---|---|
| CHECKED BY | | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
**a**
See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                    **Account Number** ▼

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

QMI Security Solutions.
1661 Glenlake Avenue
Itasca, IL 60143
Area code and daytime telephone number (800) 446-2500          Fax number  630 980-6364
Email  gfuller@qmisga.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ { ☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☒ authorized agent of  Qualitas Manufacturing Inc.

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Gary A. Fuller II                              Date  6-22-2005

**Handwritten signature (X)** ▼
X

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | **Name** ▼ |
|---|---|
| | QMI Security Solutions |
| | **Number/Street/Apt** ▼ |
| | 1661 Glenlake Avenue |
| | **City/State/ZIP** ▼ |
| | Itasca, IL 60143 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



Exclusive Distributor of ALULUX



**QMI** *The Answer in Security*






## StoreSafe

- Commercial Buildings ■
- Retail Establishments ■
- Kiosks ■ Medical Centers ■
- Clinics ■ Schools ■

StoreSafe Rolling Shutters and Grilles are designed to give the utmost in security and unmatched aesthetics. They are today's answer to the big industrial rolling steel doors of yesterday. Neat, clean rolling shutters are manufactured to withstand abuse and daily use. Optional painted steel curtains are available for optimum security.

StoreSafe Rolling Shutters can be operated from the inside if there is a secondary access available. They can also be electrically operated with an exterior mounted key switch. A manual override is available in case of power outages or emergencies. An optional keyed dead bolt is available to securely lock the base slat. Call and request our expanded StoreSafe brochure or visit us at our web site for more StoreSafe applications. (www.qmishutters.com)

▼ When visibility is as important as security, QMI rolling grilles are the perfect answer.

## CounterSafe

- Pharmacies ■ Fast Food ■
- Counters ■

CounterSafe Rolling Shutters are perfect for counter applications where a quick and easily operated security barrier is required. They can be designed to be installed on the interior of the application to give a sleek look when closed. The base slat can be securely locked with a slide bolt or a key to give maximum protection.

CounterSafe Rolling Shutters are perfect for pharmacies where new state regulations are requiring more security. They are also perfect for kiosks and pass-through applications.

Call and request our expanded CounterSafe brochure or visit our web site for more CounterSafe applications. (www.qmishutters.com)

## HomeSafe

- Windows ■ Patio Doors ■
- Porches ■ Storm Protection ■

HomeSafe Rolling Shutters are the answer for home security, storm protection and weather protection—with good locks. A robust barrier provides protection against break-ins, but is often unsightly. We have invested time and resources to design a rolling shutter that looks great and is a security barrier. HomeSafe Rolling Shutters are storm safe and meet the most stringent codes.

Call and request our expanded HomeSafe brochure or visit our web site for more HomeSafe applications. (www.qmishutters.com)



The Alulux "Garant" for the Ultimate in Security!





## QMI and Alulux

Alulux, the largest manufacturer of rolling shutter systems in the world, has selected QMI as their exclusive distributor in the United States. Alulux provides over 25 years of roller shutter experience and offers the largest selection and the highest quality of rolling shutter slats, grilles, housings and components in the world.

Alulux has developed many exclusive designs for their rolling shutters. Their "Garant Series (Germany, Security Series, classified as "burglary resistant" rolling shutters. To achieve this classification, the rolling shutter must withstand rigorous breakin attempts by trained testing agents.

QMI is proud to add the Gellmann quality of Alulux products to end extensive product line.

Exclusive Distributor of ALULUX

# QMI — The Answer in Exclusive Features

## Working With QMI is Simple

### Details

Front View

Side View

Top View

**QMI**

### From Your First Call...

## QMI Makes Rolling Shutters Easy

Trained QMI sales representatives make it easy to select the right rolling shutter or grille for your application. We make calling shutters easy. Our knowledgeable representatives walk you through the step-by-step selection process for designing the correct rolling shutter or grille.

QMI faxes you a written quotation which includes alternate concepts and cost types so you can quickly compare the cost alternatives of the many choices available to you.

QMI also faxes you drawings of your selections which include all dimensions, side installation details, control details and features. This quickly assures you that there are no surprises.

QMI's written quotation and drawings are your best additions to your client presentations.

**QMI gives quotes in hours not in days.**



### "Garant" Features

### Anti-Push-Up Lock

## Visit QMI's Web Site at www.qmishutters.com

## Shutter Curtain Profiles (Slats)

### PVC (Poly Vinyl Chloride)






QMI has a selection of over 150 different curtain profiles to fit any requirement you might have. They offer good to immediate deterrent. The following is a good variety of curtain profiles for your home.

**PVC (Poly Vinyl Chloride)**
PVC profiles provide excellent protection against cold, heat and noise. They create a good value barrier for security and weather resistance.

Construction: Extruded double walled PVC
Colors: Galvanizes steel re-bar for added strength
Colors: White, Ivory, Beige and Grey.

**Aluminum Roll Formed**
Roll Formed Aluminum profiles provide good insulation against cold, heat and noise. They are excellent as a security barrier and provide good storm protection.

Construction: Aluminum roll formed with CFC free foam insulation.
Options: Both standard and high density foam insulators are available.
Colors: White, Brown, Ivory, Beige and Grey.

**Extruded Aluminum**
Extruded Aluminum profiles provide the highest level of security and hurricane protection.

Construction: Extruded double walled aluminum.
Colors: White, Brown, Ivory, Beige and Bronze.

**Steel Roll Formed**
Roll Formed Steel provides the added strength of steel with the down side of a richer problem. Our profiles are sprayed with special paint which adds rust, making them perfect for most environments.

Construction: Steel roll formed with CFC free foam insulation
Colors: White and Brown.

### Aluminum Roll Formed



### Extruded Aluminum

### Steel Roll Formed

### Alulux Roller Grille Sections

**CD 550 and CD 552**
CD 550 series is perfect for applications across curtains and commercial doors.

**CD 75 and CD 55**
CD 75 and 55 Series is designed for the highest level of security where visibility is not required.

**CD 900A and CD 900B**
CD 900 series is designed for large applications.












Exclusive Distributor of ALULUX



Type of Work:        Visual Material

Registration Number / Date:
                     VAu000682206 / 2005-06-24

Title:               QMI, original brochure.

Copyright Claimant:
                     Qualitas Manufacturing, Inc.

Date of Creation:    1996

Copyright Note:      Cataloged from appl. only.

Names:               Qualitas Manufacturing, Inc.

=====================================================================================

08CV1718          TC
JUDGE COAR
MAGISTRATE JUDGE DENLOW

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-306-271**

EFFECTIVE DATE OF REGISTRATION

3-14-05
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼

QMI Is Security

NATURE OF THIS WORK ▼ See Instructions

BROCHURS

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

NAME OF AUTHOR ▼

**a** Qualitas Manufacturing Incorporated

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☒ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☒ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
This information must be given in all cases.
1996   Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month Sept   Day 1   Year 1996
Nation USA

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Qualitas Manufacturing Incorporated
1661 Glenlake Avenue
Itasca IL 60143

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 14 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 14 2005
FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

\*Amended by the C.O. Authority per telephone conversation with Gary Fuller on 6/13/2005

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

QMI Security Solutions
1661 Glenlake Avenue
Itasca, IL 60143

Area code and daytime telephone number (800) 446-2500        Fax number (630) 980-6364

Email gfuller@qmiusa.com

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Qualitas Manufacturing Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Gary A. Fuller II        Date 3-18-2005

Handwritten signature (X) ▼

X _Gary A. Fuller II_

| Certificate will be mailed in window envelope to this address | **Name** ▼ QMI Security Solutions | |
|---|---|---|
| | **Number/Street/Apt** ▼ 1661 Glenlake Avenue | |
| | **City/State/ZIP** ▼ Itasca, IL 60143 | |

**9**

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000    Web Rev: June 2002    ⊕ Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,029

HOME**Safe**®

COUNTER**Safe**®

STORE**Safe**®

*Your One-Stop Source for Rolling Shutters*

GMI Roll Shutter Supply







## Specifications

All brand or product names are registered trademarks of their respective companies.

**ARCHITECT NOTES:**
1) Please fill in the _____ with the appropriate information from the technical information page.

2) The bracketed items [ ] may be selected and included into the specification if desired.

3) This _____ specification may be selected as desired. Select the correct specification and insert into your drawing.

4) Contact us and we will gladly help you write your specification or answer any questions you may have.

**SPECIFICATIONS**
Rollshutters shall be built in accordance with GMI's suggested specifications shown in the current catalog and shown on page _____ of the architect's drawing.

**CURTAINS**
Select either PVC, ALUMINUM, or STEEL.

**PVC**
The curtain shall be made from rigid impact-resistant PVC. The curtain shall be (White, Brown, Cream, Beige, Grey).

**ALUMINUM**
The curtain shall be made from prefinished rolled formed aluminum with a foam core specified as GMI slat #_____. The curtain color shall be (White, Brown, Cream, Beige).

**STEEL**
The curtains shall be made from prefinished rolled formed steel specified as GMI slat #_____. The curtain color shall be (White, Brown).

**HOUSING**
The _____ upper box housing shall be square and made from 040 pre-finished rolled formed aluminum...

**RAILS**
The side tracks are to be made from ...

**STORM BARS**
The storm bars are to be acid etched with bases encased in and made from extruded 050-35 aluminum. They shall be lined with insulating woven polyester and shall be (White, Brown, Cream, Beige, Grey).

**OPERATORS**
(Select Manual Strap, Pole Crank, or Motor Operator)

**MANUAL STRAP OPERATOR**
The control unit (strap, roller, winder) shall be encased and is as indicated on the drawing.

**POLE CRANK OPERATOR**
The pole crank operator shall be fully encased with self-lubricating hardened steel gears. The crank handle shall be fixed, removable and located as indicated on the drawing.

**MOTOR OPERATOR**
The motor shall be 120v, 60hz, asynchronous, single phase, tubular, with solenoid activated braking and thermal protection. It shall be the manual over-ride type with a (fixed, removable) crank handle. [Standard switches are single pole operable throw, rocker type unless otherwise specified and located as indicated on the drawing. All electrical components are U.L. recognized.]

**INSTALLATION**
The shutters shall be _____ (# of) panels and shall be (surface, flush) mounted. [There shall be _____ (# of) storm bars installed for added protection.]

Installation shall be performed in accordance within acceptable mechanical and electrical standards and one to meet all national and local code requirements. Fasteners shall be stainless steel.

**CENTRALIZED LOCATION**
Located in a major transportation hub of the midwest.

**COMPUTER DESIGN ASSISTANCE**
We offer, at no obligation, to review preliminary architectural building plans and to provide design assistance upon request.

A drawing can be provided in an AutoCAD® .DXF format to be easily imported and scaled in your drawing. A hard copy is also available for manually drawn plans.

Mounting applications and wiring diagrams are available for easy inclusion into your design.

**HURRICANE PROTECTION**
GMI Rolling Shutters are engineered to withstand hurricane forces of over 90 mph.

GMI Roll Shutter Supply
551 North Granville
Illinois 60162
708-547-0800
Fax 708-547-0827

Comprehensive Services    Experienced Professionals    Fine Craftsmanship

## HomeSafe®

HomeSafe Rolling Shutters from GM are custom manufactured to your specifications to give years of virtually maintenance-free use. HomeSafe Rolling Shutters are perfect for homes, townhomes and condominiums where protection is desired from hurricanes, and harmful sun radiation. HomeSafe Rolling Shutters are perfect for patio enclosures, sliding doors, and large window walls which are becoming more popular every year. They are custom built for new construction or retrofit for existing applications.

## CounterSafe®

CounterSafe Rolling Shutters are perfect for counter applications where a quick and easily operated security barrier is required. They can be designed to be installed on the interior of the application to give a sleek look when closed. The base slat can be securely locked with a slide bolt or a key for ultimate protection.

CounterSafe Rolling Shutters are perfect for pharmacies where a new store regulations are requiring more security. They are also perfect for kiosks and pass-through applications.

CounterSafe Rolling Shutters are designed to be installed in minutes with simple hand tools.

## StoreSafe®

StoreSafe Rolling Shutters are designed to give the utmost in security and unmatched aesthetics. StoreSafe Rolling Shutters are today's answer to the big industrial rolling steel doors of yesterday. Neat, clean rolling shutters are manufactured to protect storefronts and daily use. Optional painted steel curtains are available for optimum security.

StoreSafe Rolling Shutters can be operated from the inside if there is a secondary access available. StoreSafe Rolling Shutters can also be electronically operated with an exterior mounted key switch. A manual override so in emergencies. An optional keyed dead bolt is available to securely lock the base slat.



**HOMESafe**
- Security
- Storm Protection
- Privacy
- Sun Protection
- Insulation
- Noise Reduction




**COUNTERSafe**



**STORESafe**

## Technical Data

### Types of Curtains

| | PVC Curtains | | | | Aluminum & Steel Curtains | | |
|---|---|---|---|---|---|---|---|
| PV1 | PV1 REB | PV2 | PV4 | | AL3 & ST3 | AL2 | |

*Base slat of the curtain will reduce the height rough depending by 2.5"*

| Model | Ibs./sq.ft. | Thickness | Max. Width | Max. Width | Max. Width | Max. Height |
|---|---|---|---|---|---|---|
| | | | MINI | | | |
| PV1 | .60 | 1.1 | MINI | 45" | 53" | 103" | 1285 | 2000 | 78" | 30" |
| PV2 | .65 | .85 | MINI | 53" | 42" | 77" | 116" | 187" | 120" | 40" |
| PV3 | .75 | 1.1 | MAXI | 38 | 55" | 87" | 157" | 187 | 168" | 65" |
| PV4 | .95 | 1.2 | MAXI | NA | 38" | 56" | 95" | NA | 168" | 85" |
| AL2 | .70 | 1.4 | MINI | 34" | 42" | 76" | 106" | 180" | 81" |
| AL3 | .80 | NA | MAXI | NA | 48" | 68" | 124" | 180" | 105" |
| ST3 | 2.00 | NA | MAXI | NA | 48" | 68" | 124" | 180" | 105" |

*Wind load testing and local zoning approvals available upon request

### Types of Controls

1. **Strap Control** — Standard operator for smaller shutters. Controls up to 26 lbs.
2. **3-1 Strap Crank** — 3-1 Crank ratio makes crank easier to turn. Standard operator for medium size shutters. An economical way to control a medium size shutters. Controls up to 45 lbs.
3. **Gear Control** — Geared system with pole operator for medium size shutters. Optional removable pole operator available. Controls up to 50 lbs.
4. **Electric Control** — Electric motor for all shutters sizes. Optional manual override with a crank. Standard operator or remote control systems available. Draws 1.5 to 3.5 amps depending on size.

### Multiple Panels

### Structure Mounting Applications





Actual AutoCAD drawing

# The perfect combination of security, protection & Style

## ROLLING SHUTTERS




**APPLICATIONS**
- Storefronts
- Homes
- Malls
- Schools
- Airports
- Hotels/Motels
- Counters
- Kiosks



www.chicagone.com

# INDOOR/OUTDOOR ROLLDOWN SYSTEMS



Aluminum Foam-Filled

Available colors: White, Ivory, Beige and Bronze

Surface Mount
Standard Mounting Applications Actual AutoCAD drawing

Recess Mount
Standard Mounting Applications Actual AutoCAD drawing

Shutter Curtain

Center Mullion

A - Mini Storm Bar 2"
A - Mini Storm Bar 2 ¼"

Mullions are fixed
Storm Bars are removable     Actual AutoCAD drawing

Top View
Side Rail
Multiple Panels

Chicago

# RESIDENTIAL

# COMMERCIAL





## ENERGY SAVING

Rolling Shutters help prevent energy loss from thermal transmission...and damaging water condensation in winter.

WITHOUT SHUTTERS

WITH SHUTTERS

Glass areas of your home transmit the outside heat of summer sun and blasts of wintry cold into your rooms.

Hot air currents striking curtains, drapes or shades are merely deflected upward toward the ceiling. Or, in the case of transmitted cold air, down-drafted to the floor, causing damaging water condensation on the glass areas.

Rolling shutters - each slat of which is an insulated thermal barrier - deflect and turn back heat and cold before either can strike the glass areas of windows and doors.

Properly installed Rolling Shutters have been proven to reduce energy costs in the home by as much as 35%.



## Protection And Security Guaranteed

Anywhere you install ChicagOne rolling shutters and shades you'll enjoy the best available protection from damage associated with such elements as hurricane impact, rain, wind, sun & vandalism. Our rolling shutters are also available with interior lock and key mechanisms to further deter against burglaries and break-ins. Our systems have been designed so that they can interface with many existing alarms and telephone systems. With this option you can remotely control the operation of the shutters. The versatility of our custom shutters allows them to be used for almost any application, from small countertops to giant storefronts. ChicagOne is committed to providing quality products and complies with new building codes. And now, we have an internet address for business developers, architects, engineers and virtually any person who's interested in learning more about the company and how our products can be easily incorporated into the design of new buildings.





### Shutter Advantages

• Security
• Hurricane Protection
• Privacy
• Sun Protection
• Insulation
• Noise Reduction



















Type of Work:        Visual Material

Registration Number / Date:
                     VA0001306271 / 2005-03-14

Title:               QMI is security ....

Description:         1 v.

Notes:               Product brochure.
                     Includes photos, technical drawings and text.

Copyright Claimant:
                     Qualitas Manufacturing, Inc.

Date of Creation:    1996

Date of Publication:
                     1996-09-01

Names:               Qualitas Manufacturing, Inc.

================================================================================

08CV1718         TC
JUDGE COAR
MAGISTRATE JUDGE DENLOW

# EXHIBIT D

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::        Page 1 of 19

    

| ROLLING SHUTTERS | STORM PANELS | ACCORDIANS | RETRACTABLE AWNINGS | ROLLING S |
|---|---|---|---|---|
| Overview<br>Benefits<br>Features<br>Slats<br>Colors<br>Application<br>Controls<br>Measurement<br>Installation | What to Consider<br>Header and Sill<br>Profiles<br>Measuring and<br>Installation<br>Installation Photos<br>Coverage Charts<br>Architectural<br>Engineering<br>Drawings | Advantages<br>Material | Retractable<br>Awnings<br>Drop Arm Awnings<br>Valance Styles<br>Fabric Styles | Protection<br>Interior Scree<br>Exterior Scree<br>Privacy<br>Dark colors vs |

**Overview**

When considering Rolling Shutters, you may have only one use in mind. However, the many additional benefits of rolling shutters should be considered in the purchase price. The cost of rolling shutters is similar to quality windows, patio doors, plantation shutters (inside wood shutters), and quality drapery. Consider all the benefits and you'll find that Rolling Shutters are NOT that expensive.

**Benefits**

**Keeps out the sun**

The sun lets in 1200-1400 BTU per square foot per day. Rolling Shutters save both on electric bills and the wear and tear on your air conditioner. New homes could use a smaller air conditioning unit if rolling shutters are installed.

**Keeps homes warmer in winter**

Shutters double the insulating value of thermo-pane windows. One square foot of glass lets in as much cold as 10 square feet of a well insulated wall. This means if a building has windows which make up 10% of the total wall area, the small window area allows more cold in than the rest of the walls. Shutters reduce the heat loss from windows by up to 50%.

**Eliminates air leakage around window frames**

Shutters keep cold air from leaking in around the window frames. Air leakage can be a larger factor than the "R" value of the window itself.

**Provides Security**

Thieves look for an easy and fast way in and out of a building. Shutters are not something they want to deal with. Shutters provide security from intruders without the "What are they trying to hide" statement that security bars seem to make. Shutters also can be opened in the event of a fire, unlike security bars.

**Hail protection of glass and inside furnishings**

We have seen many examples of Rolling Shutters which have protected window glass in the last several years. Tennis ball-sized hail with high winds have broken slat, but in no case was the glass damaged. Can you imagine what destruction happens when all the glass is broken out of a building and the inconvenience that follows?

**Cut out glare and bright sunlight**

Shutters are used in place of awnings. With the shutter partly down, you have an excellent view without the glare from the sky. Another glare problem is viewing television or computer screens near an uncovered window. This problem alone has been the primary reason for shutters on some homes.

**Controls noise**

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::          Page 2 of 19

Rolling shutters cut out 1/2 the noise from traffic, storms, etc.

**Provides day sleeping environment**

The combination of light and sound control make rolling shutters an excellent product for day sleepers or naps.

**Replaces drapery**

Many homes are built to take advantage of the view. Rolling shutters allow a clear view when weather conditions allow. Many homeowners would rather not have drapes or other inside window treatment which obstructs the view. Other homeowners like to have an attractive window treatment. Rolling shutters allow any type of inside treatment desired with the rolling shutters providing the privacy and energy savings that heavy drapes are supposed to provide.

**Prevents fading of fabric**

Rolling shutters provide protection from the sun's rays on drapes, carpets, and furniture.

**Protects windows from golf courses**

Many shutter installations have been made on homes next to golf courses. Homes in this area are vulnerable to broken glass due to stray golf balls and benefit greatly from the window protection that rolling shutters offer.

**Keeps windows cleaner**

Rolling shutters have two benefits which normally go unrecognized. Using rolling shutters keeps windows cleaner and also keeps the glass from being pitted by blowing sand and dirt.

**Stops condensation on glass**

On many windows and patio doors, water vapor condenses on the glass and runs down on the wood trim and floors. This causes discoloring of the wood and rotting of the floor. When rolling shutters are used, the temperature of the glass is higher and moisture does not condense.

**Can be used as counter top doors**

Rolling shutters are an attractive and lower cost alternative to expensive metal doors used on parts service counters, kitchen serving windows in schools and churches, ticket windows, and concession stands.

**Protects skylights**

Rolling shutters are used both inside or outside of skylights to protect them from hail or to block the sun's heat . Special push down and pull down spring power units are available to move shutters on low pitched skylight.

**Installation**

All Season Rolling Shutters will complete all installations in a professional and timely manner. Self installation is another option for do-it-yourselfers.

**Cost of Installation**

Rolling Shutters are custom fit to the openings on your home or business. The cost of shutters can be affected by a variety of things which might include:

- Choice of slat material PVC, aluminum, extruded
- Choice of openers manual, or electric
- Difficulty of installation wood siding vs. brick, first or second story opening
- Travel time to your installation
- Installation by All Season or self-installation
- To give you an idea of what you might expect to spend on a shutter, the cost of a 6-foot patio door can begin at approximately $000 and go up depending on the factors listed above. Our product is custom fit to your individual opening.

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::          Page 3 of 19

**Back to Top**

⚙ ROLLING SHUTTERS

⚙ RESIDENTIAL SHUTTERS



GALLERY

⚙ COMMERCIAL SHUTTERS



GALLERY



Rolling Window shutters have been popular in Europe and among the hurricane-prone regions of the United States for many years. Now, with more concern about security, energy savings, tornado protection and privacy with today's smaller lots, they are becoming very popular throughout the United States.

Installing rolling shutters saves money in several ways. Three slats, some filled with foam insulation, create an insulating dead air space outside your window to lower cooling and heating costs. They provide natural light without sacrificing security and privacy.

Rolling shutters are a sophisticated security system for windows, doors and other exterior openings. They are customized to fit any application size and thus provide an effective burglary deterrent when completely closed. The shutter system can even be integrated into an alarm system. Especially in coastal areas, the popularity of security rolling shutters is increasing due to their ability of withstanding hurricane force winds and flying debris. Chicagone has always emphasized on providing high-quality products. Recently implemented building codes within coastal areas require shutters to pass stringent standardized impact tests.

Slats



| Roll-Formed | | | |
|---|---|---|---|
| A-150 | A-180 | A-200 | A-240 |
| PVC | | Extruded Aluminum | |
| Gulf | Elite | RLL 3 | RLL 4 |

Colors



**Application**

| | | |
|---|---|---|
| Application The Collection / All in One | 🖳 | 3.6 MB |
| Stucco Application All Pages | 🗒 | 1.3 MB |
| Retrofit Application on Stucco Drawings | 🗒 | 0.4 MB |
| Soffit Application with Stucco Drawings | 🗒 | 0.5 MB |
| In-Wall Application with Stucco Drawings | 🗒 | 0.5 MB |
| In-Wall Application with Stucco Framing Drawings | 🗒 | 0.3 MB |
| Siding Application | 🗒 | 1.3 MB |
| Retrofit Application on Siding Drawings | 🗒 | 0.4 MB |
| Soffit Application with Siding Drawings | 🗒 | 0.5 MB |
| In-Wall Application with Siding Drawings | 🗒 | 0.5 MB |
| In-Wall Application with Siding Framing Drawings | 🗒 | 0.3 MB |
| Brick Application | 🗒 | 1.3 MB |
| Retrofit Application on Brick Veneer Drawings | 🗒 | 0.4 MB |
| Soffit Application with Brick Veneer Drawings | 🗒 | 0.5 MB |
| In-Wall Application with Brick Veneer Drawings | 🗒 | 0.5 MB |
| In-Wall Application with Brick Veneer Framing Drawings | 🗒 | 0.3 MB |

**Controls**



Manual Strap

Standard control for smaller shutters. Controls up to 25 lbs.

3-1 Strap Crank

3-1 crank ration for small to medium size

.: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::          Page 5 of 19

 shutters. An economical way to control a medium size shutter. Controls up to 45 lbs.

 Pole Crank

Geared system with pole operator for medium size shutters. Optional removable pole operator available. Controls up to 80 lbs.

 Motor Operated

Electric motor for all shutter sizes. Optional manual override, and advanced electrical control systems are available. Draws 1.5 to 3.5 amps depending on size.

- Key Switches
- Remote Controls
- Timers
- Sun and Wind Sensors

**Measurement**
**Download measurements**

Always state actual measurements to the nearest 1/8 inch and state the total size in inches. There are 3 basic acres of concern when measuring:

- Width outside of rails
- Height of the side Rails
- Available height above the rail for the shutter box
- Where the control hole enters the building. (gear and strap systems)

1. Width of shutter



Be sure to the factory which way you measured.

2. Height of the side rails and box cover
The bottom of the rail starts on the sill of the window or the deck of a patio door. If the sill of the window needs an

extension, request a sill angle with the order. Sill angle is available in 1 x 1.25 or 1.5 x 2 inch sizes.

The top end of the rail should be to the top of the window trim or brick mold. Watch for several problems.

How much space is there above the window to the soffit?
Is it a casement window that opens like a door?
Does the area above the window project outward?

When the area above the window is limited, you can do one of three things.

- Lower the shutter box-- this may require a back cover on the box.
- Choose a style of shutter with a smaller slat to make the box smaller
- Install the shutter into the soffit
- or contact the factory for other suggestions



3. More on the Box Cover
The size of the box depends on two things.

- The height of the rails
- The size of the slat.

**example:** 84" tall rails
32mm PVC slat 7" box
42mm rolled formed alum slat 8" box
52mm PVC slat (2") 10.25 box

There are two styles of endcaps and how they relate to the rail.
Cast aluminum endcaps fit flush with the rail.
Pease V system with 1 3/4" rails have a 1 1/8" overheand to the side.
More details are located in the architectural brochure and price sheets.
4. Control Considerations
The control side is always determined from the inside -right to left.

It is best to make the shutter as wide as possible to keep the a manual control away from the wood trim.
This is true with metal windows with outside trim.

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::        Page 7 of 19



**Inside patio door**

### 5. Multi-panel shutters

Two awning windows side by side usually require one panel or an offset center reail to allow at least one window to open. The distance between the awning windows when open is almost always less than the width of the center rails.

Multi-panel shutters can have a control for each panel or one control for all the panels is the weight a given control can lift. This is usually not a problem for electric shutters.

Measurement of multi-panel shutters need to be drawn out as foliows or use the back side of the order form.



Measure the *total width* including the space for the rail for a multi-panel shutter.

*Measure each panel on center*. Wheabelt will figure rail and mullion needs.

In shutters with total width of over 10 ft. or with multiple controls, a wider center rail is needed to support a carrier bearing or make room for the control. Center rails range from 3" for VM to 4 5/8" for the large slat V system.

**Installation**
**Download Installation**

**Installation Part One**

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future    Page 8 of 19

1.  Lay the rolling shutter on a flat, clean surface with the end cap ears pointing up. Leave the front cover on. Remove the protective plastic film from the back cover only. Unwrap the strap from around the end cap ears and push the extra strap into the box opening. Tie a spare piece of strap around the housing box to stop the shutter from coming out of the box, when the box is inverted.

2.  Slide the guide rail down over the end cap ear. Be careful to align the plastic entry guide into the end of the guide rail. If the entry guide is not aligned properly it will break very easily. Check and makes sure the large drilled hole in the guide rail is facing the front of the box and the rivet hole in the guide rail is opposite the the front of the box. Repeat the opposite side.

3.  Slide the U channel down over the end of the guide rails and then rivet the U channel into the place. Ensure the width of the U channel is the same as the width of the housing box.

4.  Grasp the guide rails at the bottom of the housing box and invert the shutter. Place the shutter up against the wall. BE CAREFUL WHEN MOVING THE SHUTTER IN THIS POSITION, DUE TO THE ESE OF BREAKING THE END CAP EARS.

5.  Place the shutter over the window at the proper height and equal distance on each side of the shutter by pounding a metal awl in the top guide rail hole.

6.  While still holding the shutter in place, square and level the shutter. Mark the location of the other guide rail holes.



### Installation Part Two

7.  With the shutter being held flush against the wall, make a vertical mark along side of the control side end cap and the guide rail. Make a horizontal mark at the point where the econtrol side guide rail meets the end cap and also make a mark at the top of the end cap.

    Remove the awl and carefully lower the shutter to a stable surface.

8.  On the vertical line just make, measure in toward the window 5/8". If the shutter is a bottom exit, measure up from the guide rail line 3/4". If the shutter is a top exit, measure down from the top line 3/4".

9.  If the shutter is being mounted on a block or brick surface, drill appropriate holes where marked, to insert anchors.

10. Drill the 3/4" control hole (see step 8). Pay close attention when drilling the hole. Control hole must be drilled perfectly straight and level to avoid fraying the strap.

11. Feed the end of the strap through the control hole. Make sure it is not twisted.

12. Fasten the rolling shutter to the wall, plumb and level. Do not overly tighten the top screws.



### Installation Part Three

13. From the inside of the all check the strap for proper clearance. Thread the strap through a strap guide and attach the strap guide to the wall over the 3/4" hole.

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::          Page 9 of 19



14.   Remove the spare strap from around the housing box and allow the shutter profile to lower into the U-channel and lock into place. Remove the front cover and secure the housing box to the wall with 2 or more flat head screws.

15.   IMPORTANT: Cut the strap ONLY when the shutter is fully DOWN!!!! Determine at what height the customer wants the operator (crank box or pull strap) and cut the strap 2' below the location of the operator.

16.   CRANK BOX ASSEMBLE:
      Lay the crank box on a flat surface. Remove the cover and take out the large nylon gear. Thread the strap through the end of the gear and tie a secure knot in the end of the strap and then pull on the strap to return the knot into the cavity in the side of the gear (ensure the knot is below the side surface of the gear). Replace the nylon gear into the crank box, threading the strap through the guide rollers. Replace the cover and secure with screws

      PULL STRAP ASSEMBLE
      Slice a 1/4" opening in the end of the strap. Lay the main body of the pull strap box on a flat surface. Thread the strap under the catch plate and over the two support pins. Attach the strap over the T-pin (through the slit in the strap). Push the retraction wheel flange inward to release the tension on the retraction BE VERY CAREFUL WHEN RELEASING THE WHEEL, AS THE STRAP WILL TIGHTEN QUICKLY. Replace the cover by snapping into place.

17.   Position either the crank box or the pull strap box at the determined height and so the strap in straight down the wall from the strap guide. Mark where each of the screw holes will be. Move the operator away and install anchors if necessary. Replace the operator and secure to the wall with the appropriate color screws. Do not overly tighten screws, as this will distort the operator.

18.   Roll the shutter profile up and down several times, making sure that it works properly. Check and make sure that when the shutter is in the full down position, that it is lock into place. Additional profile may need to be added or removed.

19.   Roll the shutter all the way up and replace the font cover. Caulk all the exterior edges (guide rails, side and top of box and u-channel). Be careful when caulking the control side of the box that caulking does not get on the strap. Remove the protective film from the front cover. Install deco caps in each guide rail.

**Back to Top**

⊛ STORM PANELS



What to Consider

**You Should Consider Storm Panels if...**

◼ Concrete, Masonry and frame construction with or with out lap style siding

**Characteristics**

◼ Corrugated metal or polycarbonte hurricane panels that interlock in approximately 13-inch increments.
◼ Economical storm protection
◼ Can be installed with little or no

.:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::    Page 10 of 19

- Easy access to openings from outside.
- only on the structure when in use.
- Want an economical but effective protection.
- **Pricing & Ordering**

architectural impact.
- New see-thru polycarbonate panels allow light and view.
- Headers and sills, should they be used, can be removable and stored until required.
- Meets all code requirements
- Simple installation
- Unlimited widths
- Heights to 12'
- Special sizes upon request
- Corrugated steel, aluminum
- Great variety of attachment systems
- Vertical or horizontal panel installation
- Hurricane Panels can overlap
- New design
  - Reduced cost
  - Easier installation
  - Aluminum or Galvanized steel panels
  - clear lexan panels for light

- **Pricing & Ordering**

## Considerations

- Not the most attractive product, i.e., ugly ;-)
- Storm panels when not in use will require storage somewhere in your home or garage.
- No central operation
- Timeconsuming to put up and take down.
- 2nd story will require an extension ladder to install.
- Operation from outside of the structure only
- Lap siding requires special installation
- Make note of any obstructions which would inhibit installation.
- Limited color choice - mill finish and clear only
- **Pricing & Ordering**

## Description

Chicago One improves on a simple but effective maximum impact storm panel product. Professional redesign results in easier installation, stronger panels, safer panel-edge design, horizontal mounting of panes increasing the number of openings storm panels can effectively cover and reduced cost.

Installation is now certified without the use of costly and unsightly headers and sills; however, we now offer a newly designed group of headers and sills in white, ivory, beige and bronze for he conventional installation.

Chicago One storm panels are available in aluminum, galvanized steel and a clear polycabonate panel that can be used with aluminum and steel panels to allow light in.
**Back to Top**
**Header and Sill Profiles**



**12" STORM PANEL**



## HEADERS

STANDARD
"H" HEADER

OPTIONAL
"U" HEADER

DIRECT BOLTING PANEL
TO HEAD OR SILL



## SILLS

SILL ANGLE
OPTION

SILL ANGLE
OPTION 2

F-TRACK FOR HEADER
AND/OR SILL

**Back to Top**

**Measuring and Installation**

**Measuring the opening width and opening height**
If you are measuring a door...

- Door has steps..
  - o  Measure the height from the top of the step to the top of the opening (for mounting sill to top of front of steps).

- Door is flush to the floor
  - o  Measure height from the floor to top of opening (for mounting sill to floor)

**Installing the Header**

- Center and leveling the header
  - o  Make a pencil mark approximately 3" above the top center of the window or opening. Now, make a pencil mark on the top center of the Header. Place the Header directly above the window opening and align both center marks. Make sure that the Header is flush to the top of the opening, is leveled and positioned so that the overlap is equal on both sides.

- The headers and sill need to be pre drilled before installation.
  - o  I recommend you mark the header and sill 2-3" in from each end and at the center. Then space evenly at no greater than 12" centers between the center and end marks. Drill each of these marks with a 1/4" or 5/16" drill bit. Tip: make your marks in a straight line so when you drill your holes you will have a nice straight line of holes.

- Drilling
  - o  Set the Header aside. Using a 1/4" masonry drill bit, drill these marked holes 1-1/2" deep. Take care not to drill off center.

- Mounting the Header
  - o  With the Header positioned again on the wall, insert the Nail and Anchor through the Header into the holes in the wall until the Anchor "seats" on the Header. Then hammer the nail all the way in which will firmly set the Anchor. Repeat for all holes.

**Installing the Sill**

- Aligning the Sill
  - o  Take the Panel to be used for the opening and slide it up into the Header on the extreme left side. Level vertically and make a pencil mark at the bottom of the Panel. Remove the Panel and make another pencil mark 1/4" above the first mark. Repeat procedure for right side.

- The headers and sill need to be pre drilled before installation.
  - o  I recommend you mark the header and sill 2-3" in from each end and at the center. Then space evenly at no greater than 12" centers between the center and end marks. Drill each of these marks with a 1/4" or 5/16" drill bit. Tip: make your marks in a straight line so when you drill your holes you will have a nice straight line of holes.

- Drilling

  - Set the Sill aside, using a 1/2" masonry drill bit, drill the marked holes 1" deep. Take care not to drill off center.

- Inserting the Tampins(R)

  - Insert Tampin(R) in wall.
  - Place Tampin(R) Setter in Tampin(R).
  - 3. Hammer Tampin(R) Setter against Tampin(R) a few times to expand Tampin(R) in wall.

- Mounting the Sill

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::    Page 13 of 19

- After inserting Tampins(R) in wall, place your Screws through the holes and screw to wall. You now have a REMOVABLE Sill which can be stored with your Panels or left mounted on the wall.
NOTE: When installing Sill to "Floor"  Reverse procedure of installation, Install Sills first.

### Installing the Panels

- Your Storm Panels are now ready for installation in preparation for a storm. It is recommended that you install all the panels to make certain that all steps were taken to provide you with the proper hurricane protection.

- Insert one Panel into the Header with the edge of the Panel even with the header. Place pre-punched holes located at bottom of Panel over extended stud on the Sill. As you overlap each Panel, hand secure the molded wing nuts on the studs.

- NOTE: Storm Panels are secured to sill with "Wing Nuts" instead of metal clips which could vibrate loose during hurricanes leaving your home unprotected.

**Back to Top**

### Installation Photos



The following storm panel installation instructions are for a typical horizontal surface mount on a masonry building.

The first step in the installation process is to determine where to drill for the Tampin(R) Brand Machine Screw Anchors. I have, after 1,000's of installations, developed a simple but neat system. Using a panel for this opening, simply place it centered over the opening horizontally. If you have a sill that you can rest the panel on, that will be the easiest. Check that you have equal overlap of the opening right and left. Mark both right and left all holes. Be sure you mark each hole at the center of the key. If you are working alone, I would then drill each marked spot, clean the hole of all dust and insert and set a Tampin(R) in each hole. Install the panel using sidewalk bolts in the lower holes. Install the next panel up using the top holes of the first panel and the bottom holes of the next panel. Then mark the holes for the second panel. Then keep repeating the steps until all panels are installed.



If you have no sill, this method will work just as easily. Using a panel for the opening center the panel horizontally at the top of the opening and above the opening an amount that will provide equal coverage above and below when you are finished. You can start at the bottom if you prefer but the panels hang down better working from the top down. Mark the upper right hole in the panel. Using the combo drill bit drill the hole, clean out the dust, insert and set the Tampin(R).  Using a sidewalk bolt attach the panel at the upper right hole loosely.



This is a trade secret. Pick up panel on the left end and level the panel and mark all holes on that end of the panel. One point, make sure the mark for these holes are in the keyway near the top. This must coincide with how the sidewalk bolt on the right end of the panel rests in the keyway as you hold up the panel for leveling and marking the holes on the left end of the panel. Take the panel down and using the combo bit drill, clean holes, insert and set



Remember the level we marked every 6 inches? Use it to line up with the holes you have already drilled and make sure the holes are plumb (level) vertically on each side of the opening. This is one of those times where you "measure twice and drill once"



I recommend you mark a level at 6-inch increments for use when marking the spots to drill for installation of Tampins(R). Keep the felt marker handy for marking the wall.

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::        Page 14 of 19

Tampins(R).





This special COMBO drill bit will drill the necessary hole at the proper depth in a masonry wall for a Tampin(R). Great tool and a great time saver. You gotta have one if you are using Tampins(R).

The combo bit will stop drilling at the collar to insure proper depth for the Tampin(R).

This is a trade secret! After you drill the hole for your Tampin(R) there will be a lot of dust left behind. **YOU MUST** clean out the dust **BEFORE** inserting the Tampin(R) in the hole! If you don't clean out the dust and set a Tampin(R) in the uncleaned hole, you will NOT BE ABLE TO SCREW IN A SIDEWALK BOLT. The dust left in the hole will coat the threads inside of the Tampin(R) and no amount of work will clean the threads. The easiest way to clean the hole is to use a small hose and simply blow vigorously into the hole cleaning out ALL of the dust. I did not have a hose so I used a retractable pen barrel to blow into the hole. Works great but sends the dust all over you.





The Tampin(R) being inserted in the pre drilled hole. Note: the brass end goes in first.

The setting tool will insure the Tampin(R) is set in place properly. The tool is a must have if you are using Tampins(R) The act of setting is done with one firm hit with a hammer. Hitting the tool several times could damage the Tampin(R). If you damage the Tampin(R), they are very difficult to remove so do it right the first time. **ONE** FIRM HIT BY THE HAMMER!

This is what the Tampin(R) looks like when properly set.





This an after picture. Proud of yourself for doing a great install?

Example of a horizontal mount.

Example of a vertical mount.

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::          Page 15 of 19

**Back to Top**

Coverage Charts

| Panels | Coverage | Cut |
|--------|----------|-----|
| 1 | 13.375 | 15 |
| 1.5 | 19.25 | 21 |
| 2 | 25.375 | 27 |
| 2.5 | 31.25 | 33 |
| 3 | 37.25 | 39 |
| 3.5 | 43.125 | 45 |
| 4 | 49.375 | 51 |
| 4.5 | 55.25 | 57 |
| 5 | 61 | 63 |
| 5.5 | 67 | 69 |
| 6 | 72.75 | 75 |
| 6.5 | 78.625 | 81 |
| 7 | 84.625 | 87 |
| 7.5 | 90.5 | 93 |
| 8 | 96.5 | 99 |
| 8.5 | 102.375 | 105 |
| 9 | 108.25 | 111 |
| 9.5 | 114.25 | 117 |
| 10 | 120.125 | 123 |
| 10.5 | 126 | 129 |
| 11 | 132 | 135 |
| 1.5 | 137.875 | 141 |
| 12 | 143.75 | 147 |
| 12.5 | 148.625 | 153 |
| 13 | 155.75 | 159 |
| 13.5 | 161.5 | 165 |
| 14 | 167.375 | 171 |
| 14.5 | 173.25 | 177 |
| 15 | 179.625 | 183 |
| 15.5 | 185.5 | 189 |
| 16 | 191.5 | 195 |
| 16.5 | 197.375 | 201 |
| 17 | 203.625 | 207 |
| 17.5 | 209.5 | 213 |
| 18 | 215.5 | 219 |
| 18.5 | 221.5 | 225 |
| 19 | 227.5 | 231 |
| 19.5 | 233.5 | 237 |
| 20 | 239.5 | 243 |

**Back to Top**

Architectural Engineering Drawings

:: CHICAGONE.COM  Manufacturing, Designing and Building Into The Future ::        Page 16 of 19

## ACCORDIANS

**What are the Advantages of Accordian Shutters?**

 Accordion Shutters are a good choice for storm protection because of their versatility. These shutters can open as one unit, from right to left or left to right; or as two units, opening away from the center. When fully open, the shutter blades fold compactly to the sides, allowing you to have full use of the light and beauty your windows have to offer.

**What are Accordian Shutters Made With?**

**SHUTTER BLADES**- These are the interconnecting aluminum alloy reinforced panels that fold left or right along the tracks. The blade interlocking points function as a vertical support system.

**TRACKS**- These are the the aluminum channels along the top and bottom of the accordion system that guide and secure the shutter blades.

**WHEELS**- The nylon coated wheels allow the shutter blades to move along the tracks.

**LOCKING MECHANISMS**- Each system is equipped with a lock and key device for your protection.
**Back to Top**

## RETRACTABLE AWNINGS


click to view


click to view

 Now you can use and enjoy your deck or patio more than ever - when you have a beautiful chicagone retractable Awning protecting you from the hot sun and its harmful ultra-violet rays.

Imagine being able to utilize your outdoor living space whenever you want. Our Retractable Awning provides an entirely new dimension to outdoor living and entertainment, giving new life to your patio, lanai, deck, terrace, balcony, pool side or dock side. Choose from our many fabrics to achieve a distinctive and attractive look for your home .

**Why are Retractable Awnings an excellent choice?**
The Chicagone retractable awning is the foremost in design and manufacturing. The retractable Chicagone awning has a wide variety of application, including: porches, patios, balconies, decks and pool decks, outdoor areas and many enclosed areas around the home or business.

**What are the benefits of Chicagone Retractable Awnings?**
Chicagone approach to designer awnings is unique and innovative by using special monitoring systems. In the event of mild to heavy winds, sensors are used to detect higher wind speeds that may damage your awnings. Once the sensors detect wind gusts, of a certain speed, the awning is automatically retracted to prevent damage. Other sensors, like sun/heat sensors can also be installed to make the awnings extend automatically once the sun reaches a certain position.

**What are Retractable Awnings made of?**
Our retractable awnings are constructed to shelter the home or business from the damaging effect of the sun. Enjoy the benefits of year-round sun protection from heat, UV rays and glare. All systems are constructed from heavy-duty aluminum and all of are fabrics resist fading. Chicagone™ has one of the largest selection of fabrics (color and patterns). You'll be interested to know that we can even custom order colors, if you so desire.

:: CHICAGONE.COM Manufacturing, Designing and Building Into The Future ::          Page 17 of 19

### What kinds of Retractable Awnings are there?

The Universal is the most popular of the retractable awnings. The Universal has a wide array of applications, including residential and commercial structures. The Universal system is available with the traditional hand crank mechanism or with the more modern motorized operation, for easy control and use. The Universal can be constructed to fit virtually any area.

### Product Details

The Voss awning is unique in many ways. First its sleek stylish look makes it ideal for homeowners who don't want something clumsy or bulky attached to their home. The awning has a unique wind lock system, which allows the awnings to retract and position itself horizontally tight against the roller tube. This keeps a straight clean line when retracted, not an angle, which takes away from the appeal of the awning. Secondly the wind lock system allows the awnings to float 5 degrees with the wind, not fight the wind causing more stress on the arms. The arms are built with durable steel cable for maximum longevity and strength. State-of-the-art technology was used to design, manufacture, and install the Voss awnings system for years of trouble free operation. Solid mounting brackets permit quick and easy installation, and for those areas where an overhang or eaves aren't available, a hood and dip rail is available to preserve and protect the fabric. These awnings can be built from sizes 7 foot wide with 4' 11" projection to over 40' wide and 13' 1" projection (call for details).

### Models

**SUNRISE 2000** is the most popular model, which can be installed against walls, to ceilings and under rafters. (Maximum width: 35 feet, maximum projection: 13 feet)

**TOGA** is perfect for patios with no roof overhang! The entire fabric rolls up into a protective box that always closes properly even when adjusted to an extreme pitch.

**LITTLE BIG** is used for limited space, i.e. small patios and balconies, where it allows for extreme projection at an exceptionally small width.

**VARIO VOLANT** and its special front bar with a long separate telescopic valance provides privacy and protection from a low setting sun. Vario Valant is compatible with the three models above.

**MONOBLOC** models allow for tilting the front bar of the awning to adjust for low setting sun.
**Back to Top**

### Drop Arm Awnings



When a fixed awning won't do and a retractable is more than what you need, the solution may be a drop arm awning. Drop arm awnings allow you to set the coverage, from closed to 180-degree coverage of a window, door or opening. These awnings add a distinct European flair to any opening and can also be rolled out in the rain. Plus, when it's not in use it will roll up on its tube and the valence will add a distinct look to your window while the arms rest discretely at the sides. And with over 300 fabric styles and colors to choose including solids, stripes, and patterns, you can have it custom made to your taste and style.

### Valance Styles





France          Germany          Greece

Italy          Belgium

### Fabric Styles

Chicagone carries Dickson Sunbrella and John Boyle fabrics in a wide variety of colors and styles to meet every individual wish. The fabric has a 5-year limited warranty against dry rot, mildew and fading. Solution-dyed acrylic fiber protects the colors, and fluorocarbon finish provides excellent water resistance.

  

**Back to Top**

### ROLLING SCREENS

**Protection**

Rolling screens are the perfect product for any windows that lets in too much light & heat. If you would like to retain a view to the outside yet protect patrons, staff and merchandise from the sun, a rolling sun screen may be just the thing you need!

**Interior Screens**



If it's simply glare control you're looking for - an interior screen will do the job beautifully. Mounted just like a blind, interior rolling screens are available in many different colors and several densities. They are most commonly controlled with a chain-pull operator, but can also be motorized and operated with a switch or remote control

The reason that interior screens are relatively ineffective in heat control is due to the 'greenhouse effect'. Once the sun's rays penetrate the glass window and come into contact with something (blinds, furniture, floors etc) it turns into heat and becomes trapped. Therefore anything placed on the inside of the glass will not control heat.

**Exterior Screens**

To keep out the heat you need to block the sun *before* it penetrates the glass.  If it's heat control as well as glare control, an exterior application is required. Exterior rolling screens are similar to rolling shutters - they use the same rails & panel box as well as the same operators - the aluminum profiles of the shutters are replaced with pvc coated sunscreen material. Our screens have an innovative edge-retention system that keeps the screen 'locked' into the rails so they don't billow or blow out in the wind.



**Privacy**

In addition to providing light and heat control, exterior screens will create privacy in the daytime for anyone on the inside. Perhaps you have a common area outside your building and wish to give patrons inside some privacy yet allow them to retain their view. (Of course at night the effect is reversed! Exterior rolling screens are available in several different colors and 2 different densities. The denser the weave, the more heat and glare



control but less view to the outside is retained. Alternately, the looser the weave, more sun is allowed to penetrate, but the view is a bit clearer.)

**Dark Colors vs Light**

When screens are on the outside of the window, dark colors will absorb more of the light which allows less to penetrate the glass. As well, dark colors are easiest to see through. If the screen is mounted on the inside, a lighter color will reflect a lot of the sun back through the glass but it is more difficult to see through. Because they are reflecting light, a light color will appear 'foggy' when you look through. Ultimately it is your choice as to the location of the screen or the color chosen. However, if you want to control heat and light, keep your view and yet minimize the changes to the appearance of your business, a rolling sun screen may be exactly what you need.



|  BLACKOUT SCREENS  |  SHADOW SCREENS  |
|:---:|:---:|
| click to view | click to view |

**Back to Top**

*The perfect combination of security, protection & Style*

## ROLLING SHUTTERS





**APPLICATIONS**
- Storefronts
- Homes
- Malls
- Schools
- Airports
- Hotels/Motels
- Counters
- Kiosks

## INDOOR/OUTDOOR ROLLDOWN SYSTEMS



















Available colors: White, Ivory, Beige and Bronze

**Surface Mount**
Standard Mounting Applications Actual AutoCAD drawing

**Recess Mount**
Standard Mounting Applications Actual AutoCAD drawing

Top View
Side Rail
Shutter Curtain
Center Mullion
Multiple Panels

A - Mini Storm Bar 2"
A - Mini Storm Bar 2 ½"
Mullions are fixed
Storm Bars are removable
Actual AutoCAD drawing

ChicagOne
1606 E. 75th St. Suite 1 W. Chicago, IL 60619
Phone 773.783.2005 • Fax 773.783.2155
www.chicagone.com

www.chicagone.com

# RESIDENTIAL

## COMMERCIAL







### Protection And Security Guaranteed

Anywhere you install ChicagOne rolling shutters and shades you'll enjoy the best available protection from damage associated with such elements as hurricane impact, rain, wind, sun & vandalism. Our rolling shutters are also available with interior lock and key mechanisms to further deter against burglaries and break-ins. Our systems have been designed so that they can interface with many existing alarms and telephone systems. With this option you can remotely control the operation of the shutters. The versatility of our custom shutters allows them to be used for almost any application, from small countertops to giant storefronts. ChicagOne is committed to providing quality products and complies with new building codes. And now, we have an internet address for business developers, architects, engineers and virtually any person who's interested in learning more about the company and how our products can be easily incorporated into the design of new buildings.

### Shutter Advantages

* Security
* Hurricane Protection
* Privacy
* Sun Protection
* Insulation
* Noise Reduction









# ENERGY SAVING

Rolling Shutters help prevent energy loss from thermal transmission...and damaging water condensation in winter.

Glass areas of your home transmit the outside heat of summer sun and blasts of wintry cold into your rooms.

Hot air currents striking curtains, drapes or shades are merely deflected upward toward the ceiling. Or, in the case of transmitted cold air, down-drafted to the floor, causing damaging water condensation on the glass areas.

Rolling shutters - each slat of which is an insulated thermal barrier - deflect and turn back heat and cold before either can strike the glass areas of windows and doors.

Properly installed Rolling Shutters have been proven to reduce energy costs in the home by as much as 35%.
































## Technical Data
## Types of Curtains



### PVC Curtains
PV 1 — 1.45"   PV 1 REB — 1.45"   PV 2 — 1.57"   PV 3 — 2.05"   PV 4 — 4.91"

### Aluminum & Steel Curtains
AL 2 — 1.57"   AL3 & ST3 — 2.06"

| Type of curtain | Lbs. per ft² | Lbs. per ft² w/ rebar | System | 5.5" | 6" | 7" | 8" | 10" | Max. Width | Max Square Ft. |
|---|---|---|---|---|---|---|---|---|---|---|
| PV1 | .60 | 1.1 | MINI | 45" | 58" | 103" | 125" | 200" | 78" | 30²ʼ |
| PV2 | .65 | .85 | MINI | 35" | 42" | 77" | 116" | 187" | 120" | 40²ʼ |
| PV3 | .75 | 1.1 | MAXI | NA | 38 | 55" | 87" | 157" | 144" | 65²ʼ |
| PV4 | .95 | 1.2 | MAXI | NA | NA | 38" | 56" | 95" | 168" | 85²ʼ |
| AL2 | .70 | NA | MINI | 34" | 42" | 76" | 108" | 177" | 180" | 81²ʼ |
| AL3 | .80 | NA | MAXI | NA | NA | 48" | 68" | 124" | 180" | 105²ʼ |
| ST3 | 2.00 | NA | MAXI | NA | NA | 48" | 68" | 124" | 180" | 105²ʼ |

(column header: Max. Rail Height for these box sizes)

*Wind load testing and local zoning approvals available upon request

*Base slat of the curtain will reduce the actual rough opening by 2.5"

## Types of Controls






1. **Strap Control**
   Standard control for smaller shutters. Controls up to 25 lbs.
2. **3-1 Strap Crank**
   3-1 Crank ratio from small to medium size shutters. An economical way to control a medium size shutters. Control up to 45 lbs.
3. **Pole Crank**
   Geared system with pole operator for medium size shutters. Optional removable pole operator available. Controls up to 80 lbs.
4. **Electric Motor**
   Electric motor for all shutters sizes. Optional manual over-ride, advance electrical control systems available. Draws 1.5 to 3.5 amps depending on size.

## Multiple Panels



Actual AutoCAD® drawing

## Standard Mounting Applications   Additional mounting applications available



Actual AutoCAD® drawing



Actual AutoCAD® drawing

08CV1718        TC
JUDGE COAR
MAGISTRATE JUDGE DENLOW

# EXHIBIT E

FROM :HomeSafe-Rolling-Shutters        FAX NO. :17737788063        Aug. 02 2007 02:25PM P2

businessname: rolling shutters listings in Chicago, IL at Yellowbook.com        Page 1 of 1

**Yellow Book**

BUSINESS PEOPLE REVERSE LOOKUP BY DISTANCE    Product / Service
or Company Name
`rolling shutters`    Location
`Chicago, IL`    [ Find It! ]    Login | Register
My Yellow Book Help

Home → Business → Search Results: "rolling shutters" in Chicago, IL
Sort By: Relevancy | Alphabetically | Distance

If no exact matches found, try expand to: *Surrounding Chicago, IL, Cook County, IL*

**Expand To**
Surrounding Chicago, IL
Cook County, IL

**Local Results:**

A. **Home Safe Rolling Shutters** [View Ad]
773-778-8063
2100 W 63rd Street
Chicago IL 60636
More Results For: Shutters
More Info   Directions

B. **Home Safe Rolling Shutters**
773-778-8063
2100 W 63rd Street
Chicago IL 60636
More Results For: Awnings & Canopies
More Results For: Security Control Equip., Systems & Monitoring
More Results For: Shutters
More Info   Directions

C. **Home Safe Rolling Shutters**
773-783-2106
566 E 75th St
Chicago IL 60619-2230
More Info   Directions

D. **Home Safe Security Rolling Shutters**
773-778-8053
2100 W 63rd St
Chicago IL 60636
More Results For: Shutters
More Info   Directions

E. **Home Safe Security Rolling Shutters**
773-778-8053
2100 W 63rd St
Chicago IL 60636-2006
More Results For: Shutters
More Info   Directions

F. **Rolling Shutters Inc**
800-558-3930
Call
Chicago IL
More Results For: Shutters
More Info

G. **T2 Rolling Shutters Inc**
312-226-8282
2721 S Halsted St
Chicago IL 60608
More Results For: Shutters
More Info   Directions

H. **T2 Rolling Shutters Inc**
312-226-8282
2721 S Halsted St
Chicago IL 60608-5906
More Results For: Shutters
More Info   Directions


Show Map | Zoom image    1km/mi Map
© 2007 MapQuest    © 2007 NAVTEQ

**Other Advertisers Serving Your Area:**

**Rolling Shutters Inc** [View Ad]
800-558-3930
Call
More Results For: Shutters
More Info

Search Results: "rolling shutters" in Chicago, IL

Advertise With Us | Company Info | Careers | Contact Us

Browse Yellow Book | Browse Local Directories | Download Toolbar

Recycling Information

©2007 Yellow Book USA, Inc. All rights reserved

Conditions Of Use   Site Map   Help    1 800 YB-YELLOW

FROM :HomeSafe-Rolling-Shutters     FAX NO. :17737788063     Aug. 02 2007 02:26PM   P3



home safe rolling shutters in Chicago - YELLOWPAGES.COM                    Page 1 of 2

# YELLOWPAGES.COM

Home > Chicago > Name Search - home safe rolling shutters

We found **1 business** for "home safe rolling shutters" in the **Chicago, IL** area.

You can select **Save This Search** on the right to store this search in MY YELLOWPAGES.COM

Home Safe Rolling Shutters                          ☆ ☆ ☆ ☆ ☆
557 E 75th St                                       Review This Business!
Chicago, IL 60619 Map                               Rate It  |  Read Reviews

**(773) 783-2105**

More Info

Send to Mobile  |  Map It  |  E-mail It  |  Get Directions  |  Search Nearby  |  Save This Listing  |  Save a Note

## RELATED BUSINESSES

Renewal by Andersen



Serving Your Area
**(800) 447-2958**
More Info  |  Web Site

Home Depot Home Services



Serving Your Area
**(800) 504-9128**
More Info  |  Web Site

Revisions Window & Door
Replacement Company



451 W Fullerton Avenue
Elmhurst, IL 60126
**(866) 737-5221**
More Info  |  Web Site

Evergreen Door & Windows

3800 W 95th
Evergreen Park, IL 60805



# *Yellow Book* ™

## 2008-2009

**AMW**
312-530-5500
24 HOUR EMERGENCY SERVICE
Heating & Cooling
All Makes/Models Repairs
Sales & Service Repairs
Leaking Boilers Repaired
Since 1930
773-840-7001

# Chicago

**Complete Yellow Pages**
**Business White Pages**
Residential White Pages @ yellowbook.com

**Menu** SECTION — See Restaurants
**Coupon** SECTION — COUPONS
READY CAMPAIGN
SEE "EMERGENCY PREPAREDNESS"

## NORTHWESTERN UNIVERSITY ATHLETICS

### NORTHWESTERN *Wildcats*

For Ticket Information, Call:
**847-491-CATS (2287)**
www.NUsports.com

## LOOKING FOR GREAT SEATS?

Now you can buy premium tickets directly from season ticket holders at

CHICAGO BULLS **ticketexchange** by ticketmaster

visit BULLS.COM/**TICKETEXCHANGE**



# comcast.

### For Your Home and Business

**866.471.5050**

www.comcast.com   www.comcast.com/business



Park Ridge · Rogers Park · Jefferson Park · Franklin Park · Logan Square · Lakeview · Lincoln Park · Cragin · Lake Michigan · Broadview · Cicero · Downtown · Bridgeport · Brighton Park · Hyde Park · Englewood · Burbank · Ashburn · Evergreen Park · South Chicago · Chicago Ridge · Alsip · Palos Heights · Blue Island · Dolton · Des Plaines River · Indiana · Illinois

Bright yellow portion of map reflects distribution area of directory.

Recyclable Paper

## Great local search - nationwide... *yellowbook.com*

To Promote Your Business Call 1-800-YB-YELLOW (1-800-929-3556)

**HOME FINANCIAL GROUP INC**
6057 W Belmont Avenue
Chgo 60634.............773 237-4822

**HOME INSPECTOR CONSULTANTS INC**
Call..............................312 364-0190

**HOME APPRAISAL SERVICES LLC**
668b Broadway Suite #1
McIvin IN 46410..........219 796-9133

**HOME CARE PLUS**
2808 W Foster
Chgo 60625................773 267-5123

**HOME CARE SERVICES OF ILLINOIS**
Call..............................773 477-7792

**HOME CARPET ONE**
3071 North Lincoln Ave
Chgo 60657................773 598-5100

**HOME SQUAD 2411 N Marshfield**
Chgo 60614................773 868-4663

**HOME STAFF INC**
5517 N Cumberland #915
Chgo 60656................773 467-6002

**HOMECARE ASSISTANTS**
1200 Central Ave
Wilmtte 60091.........847 328-2000
www.homecareassistants.com

**HOMECARE OF MIDWEST**
2934 Central St
Evnstn 60201..........847 556-1700
www.homecareofmidwest.org

**HOMECRAFT CONSTRUCTION INC**
9449 S Halsted
Chgo 60620................773 846-2440

**HOMECRAFT FENCING**
9449 S Halsted
Chgo 60620................773 846-2440

**HOMELIFT INC**
Call..............................312 850-4105

**HOMER GWINN & COMPANY**
10001 South Western Avenue
Chgo 60643................773 445-1600

**HOMEVESTORS**
Toll Free "1".............800 765-9175

**HONG HUAH CHINESE RESTAURANT**
5924 W Fullerton Ave
Chgo 60639................773 889-4800

Shutters in City Of Chicago, Il - Map - Switchboard.com                    Page 1 of 2

**Switchboard** Your Digital Directory

| Find a Business | Find a Person | Maps & Directions | Search by Phone | Area & Zip Codes |

| Business Name or Category | Location | Within |
| Shutters | City of Chicago, Il. | |

## Home Safe Rolling Shutters

**(773) 783-2105**
555 East 75th Street Chicago, IL
60619

More Information
Driving Directions





Send to your phone    Print View

**▼ More Information**

**Home Safe Rolling Shutters**
555 East 75th Street Chicago, IL 60619

| Phone: | (773) 783-2105 |
| Payment Options: | All Major Cards Accepted, American Express, Master Card, VISA |
| Business Categories: | Awnings Canopies & Shade Structures, Shutters Retail |

**▶ Driving Directions**

Some business data provided by infoUSA, Inc. Copyright ® 2007



Reverse Lookup on AnyWho - Microsoft Internet Explorer

File    Edit    View    Favorites    Tools    Help

Back    Search    Favorites    Media

Address http://www.anywho.com/qry/wp_rl

You searched for: 773 7832105
Results 1 - 5 of 5

**Reverse Telephone Listings**

**Awning Man**
557 E 75 St
Chicago, IL 60619
Maps & Directions
773-783-2105 - Address & Public Records Available for this phone number.
Did you go to school with ?
Instant Background Check Available - $49.95!
› Find a Nearby Business

**Home Safe Rolling Shutters**
557 E 75 St
Chicago, IL 60619
Maps & Directions
773-783-2105 - Address & Public Records Available for this phone number.
Did you go to school with ?
Instant Background Check Available - $49.95!
› Find a Nearby Business

**Security Rolling Shutters**
557 E 75 St
Chicago, IL 60619
Maps & Directions
773-783-2105 - Address & Public Records Available for this phone number.
Did you go to school with ?
Instant Background Check Available - $49.95!
› Find a Nearby Business

**Shutter Man The**
557 E 75 St
Chicago, IL 60619
Maps & Directions
773-783-2105 - Address & Public Records Available for this phone number.
Did you go to school with ?
Instant Background Check Available - $49.95!
› Find a Nearby Business

**Shutter Man-Ingenious The**
557 E 75 St
Chicago, IL 60619
Maps & Directions

08CV1718          TC
JUDGE COAR
MAGISTRATE JUDGE DENLOW

# EXHIBIT F

**Potts, Rita**

| | |
|---|---|
| **From:** | Jim Miller [jmiller@qmiusa.com] |
| **Sent:** | Tuesday, September 12, 2006 8:13 AM |
| **To:** | 'Darryl Hicks' |
| **Subject:** | RE: Copyright material |

The law classes I took at Northern and our attorney's are family members. Did you ever meet my sister Joanell or her husband Jim? Want to?

The brochure on your website.

I am not screwing around here Darryl. I don't take kindly to our stuff being stolen and used to represent others.

Shut it down today.

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 7:53 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

What school of law did you go to, and what brochure are you talking about?

*Jim Miller <jmiller@qmiusa.com>* wrote:
So are you saying you used your brochure on the website to sell all of those customers and didn't use my brochures?

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 5:06 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

ok see ya in Atlanta

*Jim Miller <jmiller@qmiusa.com>* wrote:
The word on the street was there was a large settlement because of a death in the family.

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 4:58 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

settlement? I wish

*Jim Miller <jmiller@qmiusa.com>* wrote:
And a large settlement?

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 4:55 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

2/18/2008

How do you think I was able to start www.cafetrinidad.com, remember think and grow rich. Thank god for shutters.

*Jim Miller <jmiller@qmiusa.com>* wrote:
Yep.

---

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 4:48 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

come on you are a computer guy why should I go through all that. Do you think I would still be around without a customer base.

*Jim Miller <jmiller@qmiusa.com>* wrote:
Whatever. Start importing addresses.

---

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 4:40 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

If you have remote control access I will allow you to access my system and show you, this way you can see ingenious.net.

*Jim Miller <jmiller@qmiusa.com>* wrote:
Yeah, let me see the files. What are you worried about? Even I can't sell people who have already been sold. Anyway, that's not the point. Prove what you say.

I'm calling you on it.

Prove it.

---

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 4:14 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

How, give you my data. How about just asking St Clair  he knows.

*Jim Miller <jmiller@qmiusa.com>* wrote:
Yep at 12 years that would be 420 customers a week with an average of over 1 new customer a week. Yeah I don't buy it.

Prove it. Simple enough.

---

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 3:54 PM

2/18/2008

**To:** Jim Miller
**Subject:** RE: Copyright material

you would be surprised if you only knew. its been over 12 years, but I stll think you have the best shutter mind out there, remember I learned from the best.

*Jim Miller <jmiller@qmiusa.com>* wrote:
5000 customers? Come on.

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 3:25 PM
**To:** Jim Miller
**Subject:** RE: Copyright material

Ok Mr. Jim I will research my site and make any update asap.

As you already know I am working with several large venders with my software system, so I already have there permission to use any information I need, but since I have over 5000 currenty customers, I think I have enough info.

*Jim <jmiller@qmiusa.com>* wrote:
Anything that is not yours!

Especially anything that is owned by QMI or Alulux, or for that matter, anyone else.

It is your responsibility to make sure stuff isn't stolen.

**From:** Darryl HIcks [mailto:darrylhicks@sbcglobal.net]
**Sent:** Monday, September 11, 2006 2:40 PM
**To:** Jim Miller
**Subject:** Re: Copyright material

Mr. Jim Miller

Please detail exactly what items you are talking about, and I would be happy to remove it.

Thanks
Darryl A. Hicks

*Jim Miller <jmiller@qmiusa.com>* wrote:
Darryl

Get my stuff off your website and get that brochure off your

2/18/2008

website with my graphics. If I find out you give out another brochure with my stuff on it, and don't get that stuff off your website after today, it will give me a perfect opportunity to see you in court. Quit using other people's stuff. It is theft.

My sister in law will have to make up her own mind what she wants to do.

Jim Miller
President



ICEMILLER LLP
LEGAL COUNSEL

200 W. MADISON STREET
SUITE 3500
CHICAGO, IL 60606-3417

WRITER'S DIRECT NUMBER: (312) 726-7143
DIRECT FAX: (312) 726-6272
INTERNET: Douglas.Henning@icemiller.com

April 9, 2008

**VIA FEDERAL EXPRESS**

Roderick T. Sawyer
Law Office of Roderick T. Sawyer
2325 South Michigan Avenue
Chicago, IL 60616-2104

  Re: **Qualitas Manufacturing Inc. v. Darryl Hicks, et al., No. 08 CV 1817**
    **Our File No. 25490.0057**

Dear Mr. Sawyer:

  Per our conversation this afternoon, enclosed is a copy of the Complaint filed in the above-captioned matter, the Summons to Darryl Hicks, and the Summons to Chicagone Developers, Inc. ("Chicagone").

  Thank you for agreeing to waive formal service pursuant to Fed. R. Civ. P. 4(d) and to accept service on behalf of Darryl Hicks and Chicagone. Also enclosed is the Waiver of Service of Summons and a self-addressed envelope for returning the same to me.

  Also enclosed, pursuant to Local Rule 16.3 is the Court's letter regarding the Lanham Act mediation program.

  It was a pleasure speaking with you. Please feel free to contact me once you have an opportunity to review the enclosed documents.

    Very truly yours,

    **ICE MILLER LLP**

    Douglas A. Henning

DAH:mw
Enclosures
cc: Anthony Nimmo

C/64661.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **08CV1718**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**William Donahue**, being first duly sworn on oath deposes and says that he
served process in the above mentioned cause.
That he served the within:

( **X** ) Summons & Complaint
(    ) Citation to Discover Assets
(    ) Rule to Show Cause
(    ) Subpoena
(    ) Other:

1.    ( **X** ) By leaving a copy with the named party, **Darryl Hicks** personally on
**April 10, 2008**.

2.    (    ) On the within named party, -------, by leaving a copy with -------, -------,
who states that they are a member of the household on -------, and informed that
person of the contents thereof, and that further he mailed a copy of same in a
sealed envelope with postage prepaid addressed to the party on -------.

3.    (    ) On the within party, ------- by leaving a copy with  -------, on -------, and
informed that person of the contents thereof.

4.    ( **X** ) That the sex, race and approximate age of the person with whom he
left the documents were as follows:

SEX: **Male**          RACE: **African American**     APPROXIMATE AGE: **35**

5.    ( **X** ) That the place where and the time of day when the documents were
served were as follows:

PLACE: **1145 E. 87th St.,  Chicago, IL 60619**
TIME OF DAY: **8:50 AM**

6.    (    ) That he was unable to serve the within named party ------- located at -
------ for the reason: -------

Signed and Sworn to before me
This **10**th day of **April 2008**.

_____
William Donahue
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Qualitas Manufacturing Incorporated, d/b/a QMI
Security Solutions, d/b/a HomeSafe Rolling
Shutters

V.

Darryl Hicks, individually, and Chicagone
Developers, Inc., d/b/a Shutter Man, d/b/a Home
Safe Rolling Shutters

CASE NUMBER:     08CV1718

ASSIGNED JUDGE:     JUDGE COAR
MAGISTRATE JUDGE DENLOW

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Darryl Hicks
555 East 75th Street
Chicago, IL  60619

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Nimmo
Ice Miller LLP
200 W. Madison, Suite 3500
Chicago, IL  60606

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*J. Cervantes*

--------------------------------
**(By) DEPUTY CLERK**

**March 25, 2008**
--------------------------------
**Date**

NOTE: When the print dialogue box
appears, be sure to uncheck the
Annotations option.

AO 399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### Waiver of Service of Summons

TO:  _____ Douglas A. Henning _____

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Darryl Hicks _____, acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of  Qualitas Manufacturing, Inc. v. Hicks et al.  ,

(CAPTION OF ACTION)

which is case number  _____ 08 cv 1718 _____  in the United States District Court

(DOCKET NUMBER)

for the Northern District of Illinois.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means
by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit
by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the
manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the
jurisdiction or venue of the court except for objections based on a defect in the summons or in the service
of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if

an answer or motion under Rule 12 is not served upon you within 60 days after  _____ 04/09/08 _____  ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____ 4/28/08 _____       _____ Roderick T. Sawyer _____

(DATE)                                      (SIGNATURE)

Printed/Typed Name:  Roderick T. Sawyer

As  Attorney  of  Chicago ne Developers Inc + Darryl

(TITLE)                          (CORPORATE DEFENDANT)          Hicks

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of the
summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located
in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown
for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been
brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.
A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service
of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or
unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or
motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed
more time to answer than if the summons had been actually served when the request for waiver of service was received.

**Wilson, Minnie**

| | |
|---|---|
| **From:** | Henning, Douglas |
| **Sent:** | Tuesday, May 20, 2008 10:13 AM |
| **To:** | 'rtsawyersr@sbcglobal.net' |
| **Cc:** | Nimmo, Anthony |
| **Subject:** | QMI/ChicagOne Developers |
| **Attachments:** | QMI Chicagone Scheduling Order.pdf |

Dear Mr. Sawyer,

   We attempted to reach you via telephone but your phone system did not give us the opportunity to leave a message.  Attached is the Court's scheduling order for the above referenced case.

   Please let us know If you intend to represent ChicagoOne Developers and Mr. Hicks in the above referenced matter.  If so, we want to schedule a Fed. R. Civ. Pro. 26(f) conference with you Thursday, May 22, 2008 at 11:00 a.m.

   We look forward to hearing from you.

Regards,
Doug



DOUGLAS A. HENNING
Attorney at Law                          200 West Madison Street
Phone 312-726-7143                       Suite 3500
Fax 312-726-6272                         Chicago, IL 60606-3417
Email henning@icemiller.com              www.icemiller.com

   Open as vCard

6/12/2008

## Wilson, Minnie

| | |
|---|---|
| **From:** | Henning, Douglas |
| **Sent:** | Thursday, May 22, 2008 10:13 AM |
| **To:** | 'rtsawyersr@sbcglobal.net' |
| **Cc:** | Nimmo, Anthony |
| **Subject:** | QMI v. ChicagOne |

Roderick,

   We attempted to reach you at your office again this morning.  Once again we were unable to leave you a voice message.  As you know, deadlines are approaching and we need to know whether you intend to represent ChicagOne and Mr. Hicks in this litigation.  Please contact me as soon as possible.

Doug


LEGAL COUNSEL

DOUGLAS A. HENNING
Attorney at Law
Phone 312-726-7143
Fax 312-726-6272
Email henning@icemiller.com

200 West Madison Street
Suite 3500
Chicago, IL 60606-3417
www.icemiller.com

Open as vCard

6/12/2008

## Wilson, Minnie

| | |
|---|---|
| **From:** | Henning, Douglas |
| **Sent:** | Tuesday, June 03, 2008 2:44 PM |
| **To:** | 'rtsawyersr@sbcglobal.net' |
| **Cc:** | Nimmo, Anthony |
| **Subject:** | QMI v. ChiagoOne, 08 C 1718 |
| **Attachments:** | CHICAGO-66477-v1-Qualitas_v__Hicks_-_Docket_Entry.PDF; CHICAGO-66476-v1-Supplemental_Standing_Order_on_Pretrial_Procedures-Civil_Cases.PDF |

Dear Mr. Sawyer,

   In your May 22, 2008 email, you stated that you were planning on filing an appearance for the above referenced matter after Memorial Day.  Please confirm your intention to represents the Defendants in this litigation.

   As you are aware, we are required by Fed. R. Civ. P. 16(b) and 26(f) and Judge Coar's Supplemental Standing Order on Pretrial Procedures in Civil Cases to conduct a planning conference and to file a proposed scheduling order prior to the June 19, 2008 scheduling conference.  Attached please find a copy of Judge Coar's standing order and another copy of the May 12, 2008 docket entry.

   Please contact us as soon as possible to schedule a planning conference.


Regards,
Doug



DOUGLAS A. HENNING
Attorney at Law                          200 West Madison Street
Phone 312-726-7143                    Suite 3500
Fax 312-726-6272                       Chicago, IL 60606-3417
Email henning@icemiller.com      www.icemiller.com


Open as vCard

6/12/2008

**Wilson, Minnie**

| | |
|---|---|
| **From:** | roderick sawyer [rtsawyersr@sbcglobal.net] |
| **Sent:** | Thursday, May 22, 2008 12:23 PM |
| **To:** | Henning, Douglas |
| **Subject:** | Re: QMI v. ChicagOne |

Sorry for the delay in getting back to you.  I do plan on filing an appearance and answer for Hicks and Chicagone right after Memorial Day.

Atty. Roderick T. Sawyer
2325 South Michigan Ave.
Chicago, Illinois 60616
(773) 635-0011

----- Original Message ----
From: "Henning, Douglas" <Douglas.Henning@icemiller.com>
To: rtsawyersr@sbcglobal.net
Cc: "Nimmo, Anthony" <Anthony.Nimmo@icemiller.com>
Sent: Thursday, May 22, 2008 10:12:38 AM
Subject: QMI v. ChicagOne

Roderick,

   We attempted to reach you at your office again this morning.  Once again we were unable to leave you a voice message.  As you know, deadlines are approaching and we need to know whether you intend to represent ChicagOne and Mr. Hicks in this litigation.  Please contact me as soon as possible.

Doug



DOUGLAS A. HENNING
Attorney at Law
Phone 312-726-7143
Fax 312-726-6272
Email henning@icemiller.com

200 West Madison Street
Suite 3500
Chicago, IL 60606-3417
www.icemiller.com

Open as vCard

6/12/2008

Page 2 of 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIRCULAR 230 DISCLOSURE:  Except to the extent that this advice concerns the qualification of any qualified plan, to ensure compliance with recently-enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including any attachments, is not intended or written by us to be used, and cannot be used, by anyone for the purpose of avoiding federal tax penalties that may be imposed by the federal government or for promoting, marketing or recommending to another party any tax-related matters addressed herein.

CONFIDENTIALITY NOTICE:

Except to the extent that this advice concerns the qualification of any qualified plan,
This E-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited.  If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you.
ICE MILLER LLP
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6/12/2008