## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that copies of Plaintiff's Motion for Entry of Default Judgment, the Declaration of Douglas A. Henning in Support of the Plaintiff's Motion for Entry of Default Judgment and exhibits were served on the following <u>Via Federal Express Mail</u> on this 13th day of June, 2008:

        Roderick T. Sawyer
        Law Offices of Roderick T. Sawyer
        2325 South Michigan Avenue
        Chicago, IL  60616

        Mr. Darryl Hicks
        555 East 75th Street
        Chicago, Illinois 60619


        /s/Douglas A. Henning
        Douglas A. Henning