UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a HomeSafe Rolling Shutters<br><br>    Plaintiff,<br><br>v.<br><br>Darryl Hicks, individually, and Chicagone Developers, Inc., d/b/a The Shutter Man, d/b/a Home Safe Rolling Shutters<br><br>    Defendants. | No. 08 CV 1718<br>Judge Coar<br>Magistrate Judge Denlow |

## NOTICE OF MOTION

To: Roderick T. Sawyer
   Law Office of Roderick T. Sawyer
   2325 South Michigan Avenue
   Chicago, IL 60616-2104

   Mr. Darryl Hicks
   555 East 75th Street
   Chicago, Illinois 60619

  PLEASE TAKE NOTICE that on the **1st day of July, 2008** at **9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before Judge David H. Coar, Courtroom 1419, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or any judge who may be sitting in his stead, and there present the attached *Motion for Entry of Default Judgment*, copies of which are hereby served upon all parties.

              **QUALITAS MANUFACTURING INC.**

              By: /s/ Douglas A. Henning
                 One of Its Attorneys

Anthony Nimmo (ARDC No. 6195174)
Douglas A. Henning (ARDC No.6289724)
**ICE MILLER LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-1567

## **CERTIFICATE OF SERVICE**

Douglas A. Henning, an attorney, certifies that on June 17, 2008, he caused a copy of the **Notice of Motion and Motion for Entry of Default Judgment** to be served by certified mail, return receipt requested, upon:

Roderick T. Sawyer
Law Office of Roderick T. Sawyer
2325 South Michigan Avenue
Chicago, IL  60616-2104

Mr. Darryl Hicks
555 East 75th Street
Chicago, Illinois 60619

/s/ Douglas A. Henning
Douglas A. Henning

Anthony Nimmo (ARDC No. 6195174)
Douglas A. Henning (ARDC No.6289724)
**ICE MILLER LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-1567