# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Qualitas Manufacturing Incorporated

                          Plaintiff,

v.                                             Case No.: 1:08–cv–01718
                                                 Honorable David H. Coar

Darryl Hicks, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable David H. Coar: MOTION by Plaintiff Qualitas Manufacturing Incorporated for entry of default Judgment [15] is reset for presentment to 7/9/2008 at 09:00 AM. No one should appear on the presentment date of 7/1/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.