**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Qualitas Manufacturing Incorporated
                                          Plaintiff,

v.                                        Case No.: 1:08−cv−01718
                                          Honorable David H. Coar

Darryl Hicks, et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

    MINUTE entry before the Honorable David H. Coar: MOTION by Plaintiff Qualitas Manufacturing Incorporated for entry of default Judgment [15] is entered and continued to 7/16/2008 at 9:00 a.m. Defendants are granted leave to file its appearance and answer. Plaintiff is granted leave to submit its itemization for fees and costs for having to bring its motion for entry of default [15] by 7/11/2008. Hearing set for 7/16/2008 at 9:00 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.