UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Qualitas Manufacturing Incorporated, d/b/a )
QMI Security Solutions, d/b/a Homesafe )
Rolling Shutters )
)
)
Plaintiff, )
)
v. ) No. 08 CV 1718
) Judge Coar
Darryl Hicks, individually, and Chicagone ) Magistrate Judge Denlow
Developers, Inc., d/b/a The Shutter Man, )
d/b/a Home Safe Rolling Shutters )
)
Defendants. )

**NOTICE OF FILING**

FILED

JUL 08 2008 EA
Jul 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To:   Douglas A. Henning
      Ice Miller, LLP
      200 West Madison St., Suite 3500
      Chicago, Illinois 60606

    **YOU ARE HEREBY NOTIFIED**, that the **ANSWER OF DEFENDANTS, DARRYL HICKS and CHICAGONE DEVELOPERS, INC.** attached hereto has been filed with the above captioned Court.

_____
Attorney for Defendants

Roderick T. Sawyer /6205308
2325 South Michigan Ave.
Chicago, Illinois 60616
(773) 635-0011

**PROOF OF SERVICE BY MAIL**

The Undersigned hereby certifies, under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, that the above notice and any attached pleading was mailed proper postage pre-paid at a U.S. mail-box to the parties at the addresses set forth above before 5:00 p.m., _____7/8_____, 2008.

_____



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a Homesafe Rolling Shutters )<br><br>Plaintiff, )<br><br>v. )<br><br>Darryl Hicks, individually, and Chicagone Developers, Inc., d/b/a The Shutter Man, d/b/a Home Safe Rolling Shutters )<br><br>Defendants. ) | No. 08 CV 1718<br>Judge Coar<br>Magistrate Judge Denlow |

**FILED**
JUL 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

NOW COMES Defendants, Darryl Hicks, individually, and Chicagone Developers, Inc., d/b/a The Shutter Man (which also incorrectly lists as an assumed name Home Safe Rolling Shutters) by and through their attorney RODERICK T. SAWYER and hereby answers the Complaint, previously filed by Plaintiff, and for their answers, Defendants state the following:

1-4.   Defendants admit the allegations contained in paragraphs 1-4 of the Complaint.

5.   Defendants have no knowledge of the allegations contained in paragraph 5 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

6.   Defendant denies that it ever used the assumed name "Home Safe Rolling Shutters" and demands strict proof thereof. Defendant admits the remainder of allegations contained in paragraph 6 of the Complaint.

7.   Defendants admit the allegations contained in paragraphs 7 of the Complaint.

8.   Defendants have no knowledge of the allegations contained in paragraph 8 of the

Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

9. Defendants have no knowledge of the allegations contained in paragraph 9 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

10. Defendants have no knowledge of the allegations contained in paragraph 10 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

11. Defendants have no knowledge of the allegations contained in paragraph 11 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

12. Defendants have no knowledge of the allegations contained in paragraph 12 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

13. Defendants have no knowledge of the allegations contained in paragraph 13 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

14. Defendants have no knowledge of the allegations contained in paragraph 14 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

15. Defendants have no knowledge of the allegations contained in paragraph 15 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

16. Defendants have no knowledge of the allegations contained in paragraph 16 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

17. Defendants have no knowledge of the allegations contained in paragraph 17 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

18. Defendants have no knowledge of the allegations contained in paragraph 18 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

19. Defendants have no knowledge of the allegations contained in paragraph 19 of the

Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

20. Defendants have no knowledge of the allegations contained in paragraph 20 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

21. Defendants admit the allegations contained in paragraph 21 of the Complaint.

22. Defendants have no knowledge of the allegations contained in paragraph 22 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

23. Defendants have no knowledge of the allegations contained in paragraph 23 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

24. Defendants admit that Mr. Hicks and Mr. Gill started a company called Secure Rolling Shutters.

25. Defendants admit the allegations contained in paragraph 25 of the Complaint.

26. Defendants have no knowledge of the allegations contained in paragraph 26 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

27. Defendants have no knowledge of the allegations contained in paragraph 27 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

28. Defendants deny the allegations contained in paragraph 28 of the Complaint.

29. Defendants deny that they used any portion of Plaintiff's advertising materials that would be protected by copyright.

30. Defendants have no knowledge of the allegations contained in paragraph 30 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

31. Defendants deny the allegations contained in paragraph 31 of the Complaint.

32. Defendants deny that they have used any protected mark of Plaintiff's.

33. Defendants admit the allegations contained in paragraph 33 of the Complaint, as Defendants do not use the mark "HOMESAFE".

34. Defendants deny the allegations contained in paragraph 34 of the Complaint.

35. Defendants deny the allegations contained in paragraph 35 of the Complaint.

36. Defendants repeat and reallege the responses to paragraph 1 through 35 of the Complaint as paragraphs 1 through 35 of this Count.

37. Defendants have no knowledge of the allegations contained in paragraph 37 of the Complaint and therefore neither admit nor deny the allegations and demand strict proof thereof.

38. Defendants deny ever using Plaintiff's HOMESAFE mark.

39. Defendants deny the allegations contained in paragraph 39 of the Complaint.

40. Defendants repeat and reallege the responses to paragraph 1 through 39 of the Complaint as paragraphs 1 through 39 of this Count.

41. Defendants deny ever using Plaintiff's HOMESAFE mark, and as to the remainder of the allegation contained in paragraph 41, Defendants have no knowledge of the allegations and therefore neither admit nor deny the allegations and demand strict proof thereof.

42. Defendants deny the allegations contained in paragraph 42 of the Complaint.

43. Defendants deny the allegations contained in paragraph 43 of the Complaint.

44. Defendants deny the allegations contained in paragraph 44 of the Complaint.

45. Defendants repeat and reallege the responses to paragraph 1 through 44 of the Complaint as paragraphs 1 through 44 of this Count.

46. Defendants deny the allegations contained in paragraph 46 of the Complaint.

47. Defendants deny the allegations contained in paragraph 47 of the Complaint.

48. Defendants deny the allegations contained in paragraph 48 of the Complaint.

49. Defendants deny the allegations contained in paragraph 49 of the Complaint.

50. Defendants repeat and reallege the responses to paragraph 1 through 49 of the Complaint as paragraphs 1 through 49 of this Count.

51. Defendants deny the allegations contained in paragraph 51 of the Complaint.

52. Defendants deny the allegations contained in paragraph 52 of the Complaint.

53. Defendants deny the allegations contained in paragraph 53 of the Complaint.

54. Defendants deny the allegations contained in paragraph 54 of the Complaint.

55. Defendants repeat and reallege the responses to paragraph 1 through 54 of the Complaint as paragraphs 1 through 54 of this Count.

56. Defendants deny the allegations contained in paragraph 56 of the Complaint.

57. Defendants deny the allegations contained in paragraph 57 of the Complaint.

58. Defendants deny the allegations contained in paragraph 58 of the Complaint.

59. Defendants repeat and reallege the responses to paragraph 1 through 54 of the Complaint as paragraphs 1 through 54 of this Count.

60. Defendants deny the allegations contained in paragraph 60 of the Complaint.

61. Defendants deny the allegations contained in paragraph 61 of the Complaint.

62. Defendants deny the allegations contained in paragraph 62 of the Complaint.

WHEREFORE, Defendants pray that this Court deny Plaintiff's request for judgment, that this Court enter judgment in favor of the Defendants, that this Court award Defendants all cost, expenses and reasonable attorney fees incurred by Defendants for defending

themselves in this cause of action, and grant Defendants such other relief that this Court deems fair and just under the circumstances.

>Respectfully submitted, Defendants
>by and through their attorney
>RODERICK T. SAWYER,
>
>_____
>One of Defendants' attorneys

Roderick T. Sawyer
Attorney for Defendants
2325 South Michigan Ave.
Chicago, IL 60616
(773) 635-0011