UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case 08 CV 1718

Qualitas Manufacturing Incorporated,
d/b/a QMI Security Solutions, d/b/a Homesafe
Rolling Shutters
                          v.
Darryl Hicks and Chicagoans Developers, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Darryl Hicks and Chicagoans Developers, Inc.

FILED
Jul 8, 2008
JUL 08 2008   EA

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE

FIRM: Law Offices of Rodrick T. Sawyer

STREET ADDRESS: 2325 S. Michigan, 1st. Fl.

CITY/STATE/ZIP: Chicago, IL 60616

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6205308

TELEPHONE NUMBER: (773) 635-0011

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐