UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a HomeSafe Rolling Shutters<br>           Plaintiff,<br><br>v.<br><br>Darryl Hicks, individually, and Chicagone Developers, Inc., d/b/a The Shutter Man, d/b/a Home Safe Rolling Shutters<br><br>           Defendants. | No. 08 CV 1718<br>Judge Coar<br>Magistrate Judge Denlow |

**ITEMIZATION OF FEES AND COSTS RESULTING FROM MOTION FOR DEFAULT JUDGMENT**

Plaintiff Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a HomeSafe Rolling Shutters ("QMI"), by its attorneys Anthony Nimmo and Douglas A. Henning, submit the following itemization of fees and costs resulting from the preparation, filing, and appearance in Court on QMI's Motion for Entry of Default Judgment.

1. Anthony Nimmo, partner at Ice Miller LLP, is the attorney primarily responsible for representing QMI in this litigation.

2. Douglas A. Henning, an associate at Ice Miller LLP, works under Mr. Nimmo's supervision representing QMI in this litigation.

3. Attached hereto as **Exhibit A** is an itemized statement for all work performed, in connection with the above-reference motion for default judgment from June 1, 2008 to July 11, 2008. Said statement shows the attorney/paralegal performing the services, the dates the services were performed, the time expended in one/sixth of an hour increments, and the nature of services rendered. The hourly billing rate of each attorney/paralegal is multiplied by their hours in order

to determine the proper charge.

4. The fees that the firm charges QMI in connection with the litigation are fair and reasonable and in accordance with the usual and customary charges for same or similar legal services charged by law firms in Chicago, Illinois.

5. The statements attached hereto as **Exhibit A** are kept as part of Ice Miller LLP's regularly conducted business activities, is recorded by attorneys/paralegals performing services at or about the time the services are performed, is compiled, and retained by the firm as its record of all services rendered on this matter, and it is the regular practice of the firm to keep such records.

6. QMI incurred total attorneys' and paralegal fees of $3,769.00 in connection with its Motion for Entry of Default Judgment.

7. QMI incurred costs for electronic research, photocopies, and courier/postage expense totaling $249.72 in connection with its Motion for Entry of Default Judgment.

Respectfully submitted,

**Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a HomeSafe Rolling Shutters**

By: /s/ Douglas A. Henning

*Attorneys for Plaintiff,* Qualitas Manufacturing Incorporated
Anthony Nimmo/6195174
Douglas A. Henning/6289724
ICE MILLER LLP
200 W. Madison Street
Suite 3500
Chicago, IL 60606-3417
(312) 726-1567

2

C/67860.1

```
                                                                              Page 1 (1)
DATE PRINTED 07/11/08 14:54:50            I C E   M I L L E R   L L P
FEES BILL THRU DATE 07/11/08                                                  PROFORMA NUMBER:    576393
COST BILL THRU DATE 07/11/08               CLIENT - 25490      QMI Security Solutions
BILLING PROFESSIONAL:        Anthony Nimmo
SUPERVISING PROFESSIONAL: Anthony Nimmo     MATTER - 25490.0057   CHICAGONE DISPUTE
RESPONSIBLE PROFESSIONAL: Anthony Nimmo                                       LOCATION: Chicago
```

**UNBILLED TIME (Through 07/11/08)**

| DATE | TIMEKEEPER | HOURS | RATE | DOLLARS | WORK DESCRIPTION | INDEX # | CHARGE OFF | TRANSFER TO |
|------|------------|-------|------|---------|------------------|---------|------------|-------------|
| 06/09/08 | D. Henning | 1.90 | 285.00 | 541.50 | Draft Motion for Default Judgment. | 10392892 | | |
| 06/09/08 | A. Nimmo | 2.40 | 475.00 | 1,140.00 | Reviewed and revised motion for default judgment; reviewed Judge Coar case law regarding default judgments. | 10397517 | | |
| 06/10/08 | A. Nimmo | .40 | 475.00 | 190.00 | Final revision of Motion and morning papers. | 10403544 | | |
| 06/11/08 | D. Henning | .80 | 285.00 | 228.00 | Research regarding Judge Coar's treatment of Motions for Default Judgments. | 10403009 | | |
| 06/12/08 | D. Henning | 1.30 | 285.00 | 370.50 | Prepare motion to default. | 10403030 | | |
| 06/17/08 | T. Mezo | .50 | 185.00 | 92.50 | Prepared Notice of Motion for Entry of Default Judgment and electronically filed same. | 10417184 | | |
| 06/19/08 | D. Henning | .30 | 285.00 | 85.50 | Research regarding damages in preparation for Motion for Default. | 10436087 | | |
| 06/27/08 | D. Henning | .20 | 285.00 | 57.00 | Prepare for Motion to Default. | 10432576 | | |
| 06/30/08 | D. Henning | 1.00 | 285.00 | 285.00 | Prepare for hearing on Motion to Default. | 10432701 | | |
| 07/02/08 | A. Nimmo | .10 | 475.00 | 47.50 | Conference with client regarding appearance of Sawyer in case. | 10449137 | | |
| 07/09/08 | D. Henning | .90 | 285.00 | 256.50 | Prepare for and attended hearing on our Motion to Default (1.3); prepare itemization of costs of Motion for Default (.5). | 10452828 | | |
| 07/09/08 | A. Nimmo | 1.00 | 475.00 | 475.00 | Attended hearing, conference with opposing counsel; conference with client. | 10452850 | | |
| TOTALS | | 10.80 | | $3,769.00 | | | | |



```
DATE PRINTED 07/11/08 14:54:50                I C E  M I L L E R  L L P              Page 2 (2)
FEES BILL THRU DATE 07/11/08                                                          PROFORMA NUMBER:   576393
COST BILL THRU DATE 07/11/08                   CLIENT - 25490      QMI Security Solutions
BILLING PROFESSIONAL:      Anthony Nimmo
SUPERVISING PROFESSIONAL:  Anthony Nimmo        MATTER - 25490.0057    CHICAGONE DISPUTE
RESPONSIBLE PROFESSIONAL:  Anthony Nimmo
```

### SUMMARY OF TIME ENTRY - TASK

| SORT CODE | HOURS | AVG. RATE | DOLLARS |
|---|---|---|---|
|  | 10.80 | 377.78 | 3,769.00 |
| TOTALS | 10.80 | 348.98 | $3,769.00 |

### SUMMARY OF TIME ENTRY - ACTIVITIES

| SORT CODE | HOURS | AVG. RATE | DOLLARS |
|---|---|---|---|
|  | 10.80 | 377.78 | 3,769.00 |
| TOTALS | 10.80 | 348.98 | $3,769.00 |

### TIMEKEEPER SUMMARY

| ID | TIMEKEEPER NAME | HOURS | AVG. RATE | DOLLARS | % OF TOTAL | LAST DATE ANY TIME RECORDED | OPTIONAL ADJUSTMENT |
|---|---|---|---|---|---|---|---|
| NIMM A | A. Nimmo | 3.90 | 475.00 | 1,852.50 | 49.00 | 07/10/08 | |
| HENN D | D. Henning | 6.40 | 285.00 | 1,824.00 | 48.00 | 07/09/08 | |
| MEZO T | T. Mezo | .50 | 185.00 | 92.50 | 2.00 | 06/19/08 | |
| TOTALS |  | 10.80 | 348.98 | $3,769.00 | 99.00 | | |

### UNBILLED COSTS (Through 07/11/08)

| DATE | AMOUNT | AUTHORIZED BY | COST DESCRIPTION | CHECK NUMBER | SUMMARY PHRASE | INDEX NUMBER | CHARGE OFF | TRANSFER TO |
|---|---|---|---|---|---|---|---|---|
| 06/11/08 | 158.13 | | Legal Research Expense - LEXIS/NEXIS 25490.0057 | | | 3736567 | | |
| | 53.19 | | Photocopies | | | | | |
| | 19.00 | | Courier Expense | | | | | |
| | 19.40 | | Postage Expense | | | | | |

```
DATE PRINTED 07/11/08 14:54:54              I C E   M I L L E R   L L P              Page 3 (3)
FEES BILL THRU DATE 07/11/08                                                          PROFORMA NUMBER:   576393
COST BILL THRU DATE 07/11/08                 CLIENT - 25490      QMI Security Solutions
BILLING PROFESSIONAL:     Anthony Nimmo
SUPERVISING PROFESSIONAL: Anthony Nimmo      MATTER - 25490.0057  CHICAGONE DISPUTE
RESPONSIBLE PROFESSIONAL: Anthony Nimmo
```

### UNBILLED COSTS (Through 07/11/08)

| DATE | AMOUNT | AUTHORIZED BY | COST DESCRIPTION | CHECK NUMBER | SUMMARY PHRASE | INDEX NUMBER | CHARGE OFF | TRANSFER TO |
|---|---|---|---|---|---|---|---|---|
| TOTAL COSTS | $249.72 | | | | | | | |

### SUMMARY OF CLIENT COST - TASK

| SORT CODE | QUANTITY | AVG. RATE | DOLLARS |
|---|---|---|---|
| | 654.00 | .00 | 249.72 |
| TOTALS | 654.00 | | $249.72 |

**TOTAL UNBILLED FEES AND COSTS DUE**            $4,018.72

**GRAND TOTAL UNBILLED FEES AND COSTS DUE FOR THE LIFE OF THE MATTER**      $4,018.72