## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1718 | **DATE** | 7/16/2008 |
| **CASE TITLE** | Qualitas Manufacturing Inc vs. Hicks, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/16/2008 regarding # 15.  The Court will award to the plaintiff the sum of $1,250.00 toward Fees and Costs Resulting from Motion for Default Judgement. The defendant shall pay to the plaintiff the sum of $1,250.00. The defendant's time to file an answer to the complaint is extended to and including August 1, 2008. Motion [15] for entry of default judgment is denied as moot.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|