UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a HomeSafe Rolling Shutters <br><br>　　　　　　Plaintiff, <br><br>　v. <br><br>Darryl Hicks, individually, and Chicagone Developers, Inc., d/b/a The Shutter Man, d/b/a Home Safe Rolling Shutters <br><br>　　　　　　Defendants. | Judge Coar <br><br>No. 08 CV 1718 <br><br><u>JURY TRIAL DEMANDED</u> |

**PROPOSED SCHEDULING ORDER**

Plaintiff Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a HomeSafe Rolling Shutters ("QMI"), by and through its attorneys Anthony Nimmo and Douglas A. Henning and Defendants Darryl Hicks and Chicagone Developers, Inc., ("Defendants") by and through their attorney Roderick T. Sawyer, respectfully submit this Proposed Scheduling Order:

**A.    Discovery**

　　1.　　All disclosures required by Rule 26(a)(1) shall be made on or before August 25, 2008.

　　2.　　Any amendments to pleadings or actions to join other parties shall be filed on or before January 31, 2009.

　　3.　　The cut-off for fact discovery is January 31, 2009.

　　4.　　The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before February 15, 2009.

5.  The parties may depose the other side's expert at any time prior to March 30, 2009.

6.  The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to April 30, 2009.

7.  The parties shall have until June 15, 2009 to depose the opposing party's rebuttal expert.

**B.  Motions**

Any dispositive motion to be filed on or before July 15, 2009.

**C.  Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before October 15, 2009.

The final pretrial conference will be held on _____ at _____.m.

**D.  Trial**

Trial is set in this matter on _____ at 10:00 a.m.

**E.  Status Hearings**

A further status hearing should be held on September 30, 2009.

SO ORDERED:

_____ July _____, 2008
Honorable Judge David H. Coar

- 3 -

Prepared and submitted by:

| | |
|---|---|
| Qualitas Manufacturing Incorporated, d/b/a QMI Security Solutions, d/b/a HomeSafe Rolling Shutters | Darryl Hicks, individually, and Chicagone Developers, Inc., d/b/a The Shutter Man |
| By: /s/ Douglas A. Henning<br>One of Its Attorneys<br>Anthony Nimmo<br>Douglas A. Henning<br>ICE MILLER LLP<br>200 W. Madison Street<br>Suite 3500<br>Chicago, IL 60606<br>(312) 726-7143 | By: /s/ Roderick T. Sawyer<br>One of Their Attorneys<br>Roderick T. Sawyer<br>2325 South Michigan Ave<br>Chicago, IL 60616-2104<br>(773) 635-0011 |

C/68417.1