## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Qualitas Manufacturing Incorporated

                        Plaintiff,

v.                                          Case No.: 1:08−cv−01718
                                            Honorable David H. Coar

Darryl Hicks, et al.

                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

     MINUTE entry before the Honorable David H. Coar: This matter came before the Court on 7/23/200 for the Scheduling conference – but did not proceed. Report of Parties Planning Conference pursuant to Rule 26(f) and the Proposed Scheduling Order pursuant to Rule 16(b) to be e−filed by Monday, July 28, 2008. Both documents to be e−filed on the docket as individual separate documents – forms of Report of Planning conference and Proposed Scheduling Order were given out in open court and are available on the Courts web page or in chambers. If said documents are not filed by 7/28/2008, this action will be dismissed. Scheduling Conference continued to 7/30/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.